UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

Norman Laurence JR CA 07 081
CA NO. 07-81

V

Asbelt T Wall 11 ETAL

COMPLAINT

The PlainTiFF Norman Laurence JR is sueing The defendants For a policy That violates his consTiTuTional Rights. They use A concealed camera To watch plainTiFF do Legal work, write Lawyers, police, Attorney generals office, and The courts in violaTion oF The First Amendment, Sixth amendment and Eighth amendment As its calculated harassment and violaTion oF The FourTeenTh Amendment To due process, Equal proTecTion Life and Liberty and privacy. DeFendants use The camera To watch plainTiFF urinaTe deficaTe and MasTerbaTe walk, LAy down ect. They use The camera To Gamble on what Laurence will do They use The camera To WATch and video TApe Laurence

do Legal work Masterbate deficate. work out The special investigation unit Siu Bill Begones shares these video tapes with correctional officers, Male, Female, Doctors, Counselors, nurses psychologists, psychiatrists, Social workers, and Lawyers, Society, Bill Begones also does the same with photographs siu Bill Begones and Joseph Forgue use Listening devices to tape record Laurence talking to all of the above and then Bill Begones uses this to turn people in society against Laurence, they Listen in on Laurence's attorney calls. The department of corrections Committed slander and defamation of character As to Society, Access to courts, due process, Equal protection, Life Liberty, They violated his Eighth amendment over a period of years There actions were calculated harassment The director and all the defendants acted with deliberate indifference callous indifference Malice, They intentionaly inflicted psychological and mental pain causeing him to need medication. They harassed him while he attempted to have Bodily Functions, urinate deficate Masterbate shower, Brush his teeth any thing he did they made an act Related to child Molestation Kiddy porn or sexual deviant This harassment has gone

on since June of 2001 with a court ordered psychiatrich report and since June of 2003 with a camera. Siu Bill Begones and Louis ricci shared video Tapes and photographs with The state police Defendants violated Plaintiffs civil Rights By secretly Recording him, videoTapeing him, Turning videos in To photoGraphs and useing all of The Above To harass Embarrass degrade, humiliate him causeing him To Suffer Depression, Stress, Anxiety Nightmares, and a Life Long Scar of permanent stigmatizing Defendants Tormented Laurence SomeTimes Three Times A day while he ate makeing indecent Remarks Associating Food with penises and semen, superiors did nothing. The STATE did nothing But Try and conceal That Laurence was A Victim. Now they want To say Laurence invited them To video Tape him That he set them up. There actions were Sexual harassment There actions were Malice, pure evil callous Atrocious in violation of State and Federal Laws and his civil rights They used The united states Federal mail Service To send people nude oBscene photo Graphs of Laurence. They used The internet. and concealed causes of actions and They Tampered and altered Tape recordings

# Jurisdiction

1) This Honorable Court has Jurisdiction over plaintiffs civil claim and is Being Filed pursuant To section 9-1-2 9-1-14 9-1-14.1 9-1-14.3 9-1-20 9-1-25 9-1-28 9-1-28.1 9-1-30 9-1-4 9-1-19

2) This instant civil Action is Being Filed As A 1985 U.S.C civil Rights Action and a 1983 civil Rights Action as defendants concealed the cause of Action and a Eighth amendment claim

# Parties

3) The Plaintiff Norman Laurence is incarcerated at the adult correctional institutions High Security P.O. Box 8200 Cranston R.I. 02920

4) Defendant A.T Wall II The Director of The ACI is Being sued in his official and individual capacity

5) Defendant Former Director George vose is Being Sued in his official and individual capacity

6) Defendant Assistant Director Jake GaDsden is Being sued in his official and Individual capacity

7) Defendant Former warden walter whitman is Being sued in his official and individual capacity

8) Defendant Warden James Weeden is Being Sued in his official and individual capacity

9) Defendant Former Deputy Michael Reynolds is Being Sued in his official and Individual capacity

10) Defendant Captain Arnold Anderson is Being Sued in his official and Individual capacity

11) Defendant Captain Barbara headen is Being sued in her official and individual capacity

12) Defendant LT Carol Getter is Being sued in her official and individual capacity

13) Defendant LT Thomas Doyle is Being sued in his official and individual capacity

14) Defendant LT Robert Langlois is Being sued in his official and individual capacity

15) Defendant Rn cheryl Bailey is Being sued in her official and individual capacity

16) Defendant LT. Galagan is Being sued in his official and individual capacity

17) Defendant Avelino Duarte Guard is Being sued in his official and individual capacity

18) DeFendanT James Henry Guard is Being sued in his OFFicial and individual capacity

19) DeFendanT Paul Ledue Guard is Being sued in his OFFicial and individual capacity

20) DeFendanT SCOTT Social worker is Being sued in his OFFicial and individual capacity

21) DeFendanT RoBerT Simpson is Being sued in his OFFicial and individual capacity as Guard

22) DeFendanT Kevin Manning is Being sued in his OFFicial and individual capacity as Guard

23) DeFendanT STeven Fehnel is Being sued in his OFFicial and individual capacity as Guard

24) DeFendanT Joseph Trindade is Being sued in his OFFicial and individual capacity as Guard

25) DeFendanT Nicholas violanTe is Being sued in his OFFicial and individual capacity as Guard

26) DeFendanT ALBenzio Dimezza is Being sued in his OFFicial and individual capacity Guard C/o

27) DeFendanT JeoFFroy Brouilette is Being sued in his OFFicial and individual capacity as Guard

28) Defendant Claude Burdick is Being Sued in his OFFicial and individual capacity as Guard

29) Defendant Ronald Renshaw is Being Sued in his OFFicial and individual capacity as Guard

30) Defendant Gregory Belisle is Being Sued in his OFFicial and individual capacity as Guard

31) Defendant Brian Dauray is Being Sued in his OFFicial and individual capacity as Guard

32) Defendant paul Mariorenzi is Being Sued in his OFFicial and Individual capacity as Guard

33) Defendant Daniel Tyler is Being Sued in his OFFicial and individual capacity as Guard

34) Defendant William Gilbault is Being Sued in his individual capacity as Guard and OFFicialy

35) Defendant Sandy Smoot is Being Sued in his OFFicial and individual capacity as a Guard

36) Defendant Charles North is Being Sued in his OFFicial and individual capaeity as a Guard

37) Defendant John perrotta is Being Sued in his OFFicial and individual capacity as a Guard

38) DeFendant Thomas pierce is Being sued OFFicialy and individualy as A Guard

39) DeFendant Edward Gannon is Being sued OFFicialy and individualy as A Guard

40) DeFendant Leisa amy wood is Being sued OFFicialy and individualy As A Guard

41) DeFendant Donna Gracie is Being sued OFFicialy and individualy as A Guard

42) DeFendant Gary Bouley is Being sued OFFicialy and individualy As A Guard

43) DeFendant William Rossi is Being sued OFFicialy and individualy As A Guard

44) DeFendant AlFred Zannini is Being sued OFFicialy and individualy As A Guard

45) DeFendant inspector John Lopez is Being sued OFFicialy and Individualy As inspector

46) DeFendant Bill Begones is Being sued in his OFFicial and individual capacity As investigator

47) DeFendant Joseph Forgue is Being sued in his OFFicial and individual capacity investigator

48) Defendant Aarron aldrich is Being sued in his official and individual capacity as a inspector

49) Defendant Kernal of The Rhode Island State police is Being sued in his official and individual capacity

50) Defendant Eric croce of The Rhode Island State police is Being sued in his official and individual capacity.

51) Defendant John Doe of The Rhode Island State police is Being sued in his official and individual capacity

52) Defendant Deputy Donna collins is Being sued in her official and individual capacity

53) Defendant Supervisor of The providence superior court Marshals and sheriff is Being sued in his or her capacity officialy and individualy

54) Defendant Albenzio Dimezza is Being sued in his official and individual capacity as a sheriff

55) Defendant LT. Avila is Being sued in his official and individual capacity

56) Defendant John doe psychiatrist is Being sued in his official and individual capacity 9/15/04

57) Defendant DR Friedman is Being sued in his official and individual capacity 2/1/05

58) Defendant c/o Sousa is being sued in his official and individual capacity

59) Defendant Tony Amaral is Being sued in his official and individual capacity

60) Defendant c/o Johansen is being sued in his official and individual capacity as Guard

61) Defendant Mr Mccullen is being sued in his official and individual capacity

62) Defendant c/o Mike Mellucci is being sued in his official and individual capacity

63) Defendant RN Dale Fogarty is being sued in her official and individual capacity

64) Defendant RN Nurse haley is Being sued in her official and individual capacity

65) Defendant Jane doe Marshal is Being sued officialy and indiviualy

66) Defendant John doe Marshal is Being sued officialy and individualy

67) Defendant Jane doe store women is Being sued officialy and individualy

68) Defendant John doe store man is Being sued officialy and individualy

69) Defendant John does is Being sued offi cialy and individualy

70) Defendant Jane does is Being sued offi cialy and individualy

71) Defendant Dennice is Being sued officialy and individualy as the stewart

72) Defendant c/o Spadoi is Being sued officialy and individualy as Guard

73) Defendant c/o John doe renshaw is Being sued officialy and individualy As A Guard

74) Defendant c/o Mcnulty is being sued officialy and individualy as Guard

# ALLEGATIONS

75) on or near May of 2004 c/o spadoni The D Module control Booth officer hung up A News paper Article in The control Booth That depicted A story pertaining To Norman Laurence, Laurence was never allowed To see this Article Even Though it was allegedly About him. The inmates were allowed To Read it. The officers could Read it. The News paper Article was Alleged To have accused Laurence of Molesting a Boy and its Alleged To have quoted a court ordered psychiatrich Report That Laurence was never allowed To see. while down in F Module inmates would Torment and harass Laurence about This News paper article when ever a inmate came From D Module he would Be Tormented About This News Article. and They would say correctional officers said Laurence Raped Betty Jo Gardner. and That he went Back and kept haveing sex with her Body. officers would say if its in The paper it must Be True officers used inmate Kevin Lanigan To harass Laurence and To Turn other inmates Against Laurence. Every one would quote The News Article

76) on or near The Month of July 2004 while in F Block c/o Duarte and c/o henry allowed and instigated There porter Joseph parra To harass Laurence. and Torment him calling him pettifile names Telling him he Fucked his son in The Ass. while wipeing his penis on Laurences door. c/o Duarte and c/o henry would sit in The control Booth Listening and Laughing Duarte would play Good cop Bad cop with henry. IN The First couple weeks on First shift c/o henry entered The Block and Told nurse dale Fogerty while Refering To Laurence he Just stuck his Finger in his ass and wiped iT on his Towel, while Takeing showers Laurence noticed That c/o henry and c/o duarte had him under surveillance. Then Laurence heard officers and a nurse Talking about c/o duarte writeing reports That Laurence was Masterbateing in The shower and That he claimed To have seen semen on The Floor. Laurence pointed out To ~~see~~ c/o duarte That There was hard plastic sealer on The shower Floor To defend him self c/o Bouley and c/o WoJTanowsk and John doe Main control room officers were complaining That since Moveing To F Block Laurence was not Masterbateing as Much as he use To Before Moveing. This Resulted in c/o henry and c/o duarte To watch

76) Laurence Threw The Mirror and They would Bum rush The shower To see if Laurence was Masturbateing except For when duarte was on vacation. Duarte, henry, and others all Talked about what DR walls psychiatrich Report and or Laurences psychiatrich Tapes Alleged Laurence did in The showers Many years earlier. Laurence often heard c/o duarte and c/o henry Argue about him, henry wanted To constantly Book Laurence Because he Told on henry For cheating on his wife. Duarte was Looking out For Laurence As A Favor To The State police and him self As he said it was his Boy hood dream To Be A state police officer, Duarte had To write Good Reports Bad Reports and not sure reports For The state police so if Laurence was a witness. Bad Reports For SIU and not sure reports so he could Go either way

77) on or near 7/5/04 c/o Spadoni called Laurence a diddler in a pine Box N.S.o.d

78) Threw The Month of august c/o duarte and c/o henry continued To watch Laurence in The Shower and would sit in The Bubble Talking about Laurence, and on The 3-11 shift Laurence would hear what Duarte and henry wrote in reports

79) on or near 8/27/04 c/o henry and c/o Manning stood in Front of Laurences door while c/o henry had what looked Like an erection which he kept Touching with his hand Trying To Get Laurences attention. c/o Manning Then Told c/o henry he Just caught Laurence Looking They Both started Laughing. The store women asked what was so Funny They Then exited The Block and while leaving c/o Manning Told c/o henry To write a Report That Laurence was Looking AT your prick with envy. c/o henry Then Brought up The contents of A letter LAurence Mailed and while debateing with c/o Manning about Laurence Brought up Allegations That Main control SAid They seen Laurence with a camera down B Block

80) on or near 8/29/04 cheryl Baily said a officer watched Laurence wash out his socks while Looking at his kids pictures That was on his mirror and Then Masterbated To The pictures. cheryl The nurse also said That Laurence Masterbated in his socks and Then wrung Them out in To a cup and drank it cheryl was constantly makeing allegations about Laurence