81) on or near 9/3/04 while Laurence was out side he asked c/o dimezza what time it was? dimezza Told Laurence To Buy A watch and Then Told c/o oliver how he enJoyed doing That and Then Told oliver That his Father in Law Talked To Grant, and Grant Said There is no way This kid knew he was Being watched The shit he was doing To him self you wouldnt Believe it. Dimezza Told oliver he would Let Laurence hear him on purpose and pretend To Feel Bad about what he did To Laurence he called Laurence a diddler he claimed Laurence was on Tape putting cum in his mouth useing a spoon. he Told oliver That Be cause of Laurence he had To wear a wire on Ricky Silva he said he gave Ricky Silva The heads up By Gestering To his chest he Said he was not gonna Rat him out he said hes known him all his Life, he said he wanted To Get even with Laurence For Exposeing his Extra Marital AFFAirs, He said Laurence is Just mad he cant drink it and That Bill Beg ones and Joe Forque had Audrey elman watch video Tapes of him masterbateing he said he ~~Felt~~ pretended To Feel Bad passing around Laurences psychiatrich Report.

82) During The Months of september october of 2004 Laurence suffered from constipation from Being Forced To go To The Bath room in his cell Knowing he was Being watched with a hidden camera and Knowing That he was Being Laughed At By c/o Bouley and others who watch him From Main control center Laurence would have To Give him self a enema or have To use his Finger Because he was So Tense c/o Manning and c/o north would LAUGh About iT. c/o Duarte and c/o henry would TAlk and LAUGh about iT every Morning when They came in To F control center. Laurence would often hear Them while he stood out side The control center Getting sun while on Recreation. c/o henry would also TAlk ABout how he cheat-ed on his wife with c/o wood and c/o Gracie and SAY Derogatory Remarks ABout them and how he was Just use-ing Them. and They continued To watch Laurence in The shower

83) on 9/9/04 C/o Brouilett was at The F Mod ule Control Booth door TAlking in detail ABout A Letter Laurence wrote To Judge Procaccihi and Said Laurence was Throwing names around in The Letter. Laurence used Judge Stephen Fortunato JR Judge anni vogel and The Supreme court Justice williams and

83) Mrs cindy soccio as references as to his court room Behaviour. Because he could not understand why he was not Being Brought to court

84) on 9/15/04 while Laurence was in a room talking to a psychiatrist about how the Guards and nurse and just about everyone tortures him with a camera thats concealed in his Light he observed nurse cheryl Baily move close to the door so she could Listen. c/o henry told her Laurence was Looking at his penis and asked her if she could see it By sitting where Laurence was sitting. her face Blushed. They were Laughing at what Laurence was telling the psychiatrist who was a Doctor at Butler hospital where Laurence was committed August of 1996 For telling state police, warwick police, providence police, ww police, ACI Guard. Fatima Hosp, Rhode Island hosp, pawtucket police, D.C.W.F and Kent county Hospital that his Girl Friend was Being sexualy abused By men and abuseing his son By haveing sex in front of him, he told all these people and the cranston police

85) That she was a prostitute and trying to have him killed, Laurence was Diagnosed Delusional, paranoid, a Smorgasbord of injury's And Forced to take psychotic medication. and Stigmatised Laurence Told the psychiatrist About his hospitalization. while henry and Mrs Bailey laughed. she told henry and Dennice it was okay for her to listen Because she was a nurse the three of them talked about what officers claim to see him do with the camera, and henry and dennice laughed at how Dennice won a $150.00 Betting Laurence would eat the new Brand of Sausage's. the psychiatrist subscribed medication for Laurence not Being Able to sleep some times and for his Depression.

86) on 9/16/04 After Laurence had his legal work put on the mail box in a sealed yellow Envelope about how Audrey elman wore a listening device on him, nurse Cheryl Baily came in F Block for med call and told c/o paul Mariorenzi that it was not Audrey. it was S.I.U who had the room Bugged Audrey is the prison psychologist

87) on 9/18/04 c/o Sousa and nurse Baily while entering F Block were talking about A

87) A Letter Laurence had Just Finished writeing To his Son ABout Buying him A dirt Bike when he won his Law Suit The Letter was sealed in A white envelope

88) on 9/19/04 during Lunch in F Block while leaving c/o dimessa Told c/o haberShaw what Laurence was seen writeing in his cell By The Camera and SAid dont worry he cant hear us hes All doped up on medication. and Told HAberShaw dont Tell John Douglas I Told you. c/o Dimesia often TAlked ABout A psychiatrich Report he passed around that was written By A Doctor BArry wAll, This Report was Allegedly ABout Laurence he also TAlked ABout TApe recordings that pertAined To This Court ordered psychiatrich evaluation and used This To harass Laurence.

89) on or near october 5th/2004 while AT The hospital For A colonospy Laurence heard c/o Ledue Tell c/o Manning That he has us By The BAlls and They might have To open it up. it will Cost A FortuneThen while Laurence was in the BAThroom urinateing he heard A nurse complain ABout Ledue Being in The BATh room with Laurence. c/o MAnning Told The nurse That Ledue was in The BATh room Because Laurence STicks

89) Things in his Ass. he Told her how Laurence is watched and Told her he is a serial Killer and she would Be responsible For him Going Free if she TAlked

90) As c/o Leduc, North, and Manning approached The procedure room c/o Manning Took his Gun and handed it To c/o Leduc so he Could go watch Laurence. c/o Leduc Looked suprised and said Hey I dont have A License For This Gun. This was Tape recorded

91) while Laurence was Getting his colon checked Manning, North Made disrespectFull COMMENTS ABout Laurences Rectum Asked The Doctor questions ABout his rectum inFering he was Gay and Makeing in Front of him and continued This Back AT High Security. c/o Manning would constantly Laugh AT Laurence, Make Faces Look AT his crotch TAlk ABout what c/o Bouley WoJTANOWSK, Gannon ect claimed They Seen Laurence doing in his cell with The Camera. High security officers Told overtime officer's ABout Laurence and The Camera, This was Taped recorded

92) The FAll OF 2004 c/o henry and c/o duArTe Allowed There Porter To harass And ABuse Laurence By cAlling him A

92) child Molester They would encourage him To harass Laurence while They saT in The control center Listening and Laughing. Both c/o henry and c/o duarTe would wATch LAurence Threw The Mirror while he Took a shower and Tell every one LAurence was MASTer BaTeing in The shower, There reason For Keeping LAurence under Surveilance wAS CAUSE c/o woJTanowsk who wATched LAurence MASTerbaTe on second ShiFT SAid Laurence was MASTerbaTeing less Then BeFore. Then he knew he was Being wATched LAurence did noT know his name AT The Time c/o Bouley also

93) on ~~of near~~ 11\8\04 Ali Lions Flooded his cell in F Module. c/o Addison Told CAPTain headen That Laurence was helping. c/o Manning Told CAPTain headen he would Go check The Tape. A Few MinuTes LaTer& c/o Manning ReTurned and Told CAPTAin That Laurence was noT helping and ThaT he only Flushed his ToileT once and was only pushing The waTer OUT OF his cell

94) on or near 11\12\04 c/o henry came To The shower and Looked AT LAurences CroTch Area This AcTiviTy was consTanT henry allways wATched LAurence while in The shower

95) on or near 11/14/04 while doing Med call c/o Tierny Looked at Laurences crotch and Smiled at Laurence Strangely, Makeing Faces attempting To Give Laurence a complex. Main control room officers Tell The nurse and officers That They observed Laurence Masterbate or doing obscene Things at his door or window, Sink, Bed, or while walking with pictures and while scratching or while Fixing his pants with The concealed camera

96) on or near 11/16/04 cheryl Baily while passing out Medication Looked at Laurences crotch and gave him A dirty Look Like he was doing Something wrong. c/o Tierny Took Laurence's yellow Legal envelope off his door and placed it on The Mail Box cheryl Baily Told Tierny Make sure you wash your hands he Took A Shit and didnt wash his hands. After Laurence Filed a Law Suit complaing about officers watching him urinate deficate and Masterbate with a camera, officers and cheryl Began writeing Reports affidavits and would write in The Log Book That They seen Laurence Deficateing Threw The window or That his cell Smelled Like shit and That They seen him Masterbate They did This To coverup

96) For one another when Laurence heard Them TAlking about him while entering and Leaving The Block Laurence would write down what They said and send a complaint To The deputy or S.I.U. or The attorney Generals office. The Main control room officers would watch what Laurence wrote with The concealed camera and Tell The people he Told on Then when questioned About it. They say we seen him Threw The window and smelled it

97) on or near 11/23/04 Laurences cell 4 was searched with out him present officers Took There Time getting To Laurences cell So The Main Control Room officer could watch and see if Laurence Flushed anyThing down The Toilet or Took down Religious ArTicles To determine whether Laurence had Guilt. and To show That he Knows The difference Between Right and wrong They also did certain Things To show Laurence had a good Memory

98) on or near 11/24/04 c/o North Looked at Laurences crotch and smiled attempting To make Laurence have A complex

99) on or near 11\30\04 Former correctional officer ALBenzio Dimezza who Torchured Laurence with a court ordered psychiatrich report was now a sheriff As he and Laurence were Leaving providence superior court Laurence Said No hard Feelings. Laurence Then Boarded The Bus As he climbed The stairs A Jane doe Marshal was steering at Laurence smileing At him. while Laurence sat down Mr dimezza Told Jane doe I did not Tell you so you could Laugh at him. she Then said I didnt Laugh and commented how Laurence seemed Taller Now Then she Remembered him at his 2000 criminal Trial. Dimezza Then spoke ABout Things pertaining To Laurence. he Then spoke To A Black African american John Doe Marshal who mistreated Laurence earlyer in The day Because he Believed he was A child molester. They Talked ABout The court ordered psychiatrich Report That was circulated all over The courthouse and A.C.I. Dimezza Blamed Laurence For him Loseing his JoB AT high security. The Marshal said you make This sound Like A step down. Dimezza Explained how he lost his seniority The marshal said A Marshal is prestigious he gets To work around Important people NOT EXACT words.

100) MR dimezza Told The Marshal That he Just Got Laurence on Tape Saying no hard Feelings on or near March 6Th 2001 c/o dimezza and c/o Manning entered B Module dineing room Like Gang Busters ordering inmates To shovel snow, Laurence Told Mr dimezza To call The nurse To verify he was on interferon Treatment and had Been haveing Back problems he refused and Told Laurence To go easy. officers came To The window and Laughed at Laurence while he shoveled heavy wet snow and hurt his Back. Laurence Filed A Grievance and was Abused, Threatened, March 2004 he Filed Suit and was Extorted harassed and Tormented untill he dropped Dimezza's Suit on 11/30/05 and Then he was still Tormented. MR dimezza Told The Marshal how Laurence had caused him a Lot of problems and warned him. and he Explained how Laurence committed a sexual assault when he was a kid and was Joking about it. he went on To say how Laurence screwed up his Law Suit By amending it and how all he had now was stumps left and said Laurence was Gonna Get 5000 Grand he called it Negligence how photographs were mailed of Laurence The Bus Left and along The way

100) MR dimezza kept A watchfull eye on Laurence Because inmates had Been harassing him calling him a childmolester because of what A court ordered psychiatrich Report said That was on The news. Dimezza called high security To share his and There good Fortune with his private phone and Then upon Entering high security he was greeted By officer Brouilette who hugged him congratulated him and patted him on The Back. Dimezza Told Laurence he would Be waiting For a witness subpoena. when Laurence said all he would Be sending is A Law suit Dimezza and others Laughed Dimezza said it will hit him Later

101) on or near 11/30/04 c/o Brouilett escorted Laurence To F Block c/o henry was working 3-11 he Laughed in Laurences Face. For ABout A week The officers Laughed at Laurence and made comments while Entering and Leaving The Block how all Laurence had Left was stumps and how he screwed up dropping his claims while celibrating Laurences demise c/o henry duarte and all The rest Joyously Bragged at how The cameras, Tapes, and photographs were Trade secrets

102) on 12/1/04 cheryl Baily while passing out meds Gave Laurence a disgusted Look while Looking at his crotch trying to Give him a complex infering he was doing something obscene Because of what officers claim the camera observed him doing

103) on 12/3/04 cheryl Baily and c/o Brouilette Looked at Laurences crotch and gave him dirty Looks trying to make him feel uncomfortable and trying to make him feel Like a sexual deviant

104) on 12/9/04 Laurences cell was searched with out him present this was observed By the main control center with the use of a hidden camera. officers take there time Going to Laurences cell so c/o Gary Bouley, Edward Gannon and others could watch Laurence to see if he took down pictures and threw away ketchup and tangible items they do this so they can say Laurence is not insane and that he knows Right from wrong

105) on 12/10/04 cheryl Baily and c/o Brouilett looked at Laurences crotch then his face smiled and left wispering trying to Give Laurence a complex knowing he was complaining

106) on 12/14/04 cheryl Baily looked at Laurences crotch and smirked trying to make Laurence

106) paranoid and Trying To Give Laurence a complex her self and other nurses and officers all talked about Laurences medical records his mental illnes. debated on whether or not he was A sexual deviant or child molester. cheryl would complain That she did not like Laurence Because she claimed he ruined her neighborhood for committing A murder and would not stop Talking about Laurence even Though he kept complaining To S.I.U and superiors

107) on 12/15/04 cheryl Baily pretended To Benice To Laurence while Looking at his crotch

108) on 12/16/04 cheryl Baily while passing out meds had c/o paul mariorenzi go By Laurences cell First To see if Laurence was dressed c/o mariorenzi Looked directly AT Laurences crotch

109) on 12/17/04 c/o Brouilett made penis Jokes he allways infers Laurence is GAY makes comments about Laurence Being seen By A camera in cell 18 playing with a Tooth Brush holder which he and officers refer To AS A dildo

110) on 12/17/04 cheryl Baily Looked AT Laurences crotch with Blood shot red eyes Trying To make him paranoid. and Trying To make him Feel Like he was doing something wrong. Giveing him A complex

111) on 12/20/04 c/o Brouilett Looked at Laurences crotch trying to give him a complex makeing him paranoid

112) c/o Gary Bouley, Edward Gannon, Paul Mariorenzi c/o Dauray. and John does, Mike Mellucci, who watch Laurence in the main control center 24 Hrs A day with a concealed camera tell officers and nurses fabricated storys about Laurence in an attempt to make every one hate him, so they wont be truthfull in answereing interrogatories they all so tell every one what Laurence writes to Lawyers Judges, state police, and special assistant Ms cindy Soccio.

113) on or near 12/23/04 Tony amaral came to Laurences door smiled and said Laurence dreams and makes up storys about him. he made this in response to Laurences law suit

114) on or near 12/30/04 cheryl Baily Looked at Laurences crotch with disgust trying to give Laurence a complex infering he was doing something wrong. attempting to make him paranoid

115) on or near 12/31/04 c/o Scott oliver gave Laurence a threatening look his eyes were blood shot red with foam at the corners of his mouth, he dont like Laurence because he read a court ordered psychiatrich report.