116) During The Month OF January officers and nurses would discuss Laurences charge and conviction of Murder and say he raped her. They would discuss his court ordered psychiatrich Report That he has never seen They would call him A child molester. and debate on whether or not his son was dead and whether or not he had him Killed-and Say it was not his kid. only he knows they continued to discuss what Guards said they seen him doing in his cell with a camera. and Laurence kept writeing letters complaining to Bill Begones and superiors At some point Laurence Began explaining him self in A Attempt to defend his character. and out of fear

117) on or near 1/24/05 c/o Brouilett Looked at Laurences crotch and winked Brouilett all ways Trys To Make Laurence Feel Gay Be cause he knows ABout The video Tapes and photographs of Laurence playing with him self.

118) on or near 2/1/05 c/o Rossi was in The Booth Exposeing him self while Smileing at Laurence his hands were all over the place he then writes A Report stateing Laurence Looked at his penis

119) on or near 2/1/05 Laurence complained to DR Friedman ABout The ABuse he was enduring From officers watching him with A camera And asked to see him on A regular Bases

120) on or near 2/11/05 c/o North Looked at Laurences crotch with Blood shot Red eyes, disgust Trying To Make Laurence Feel Like A deviant Because of The camera and a court orderd psychiatrich report

121) on or near 2/19/05 officers discussed DR walls psychiatrich Tapes and Report.

122) From The Begining of July 2004 After Laurence Moved To F Block untill December 2005 c/o duarte, henry, Tierny Gracie and others had Laurence under surveilance while he Took a shower They watched him Threw The Mirror To see if he masterbated while in The shower and They Made no secret of it They would write Laurence in The Log Book. This was Because c/o wojtanowsk was complaing That Laurence was not masterbateing as much as he use To So c/o duarte and c/o henry Assumed Laurence was doing it in The shower, c/o duarte Made Reference To something Laurence Told DR wall pertaining To The High security showers That happend in 1983 They also kept Telling Guards That Laurence was masterbateing To A poster That depicted ~~Lauren~~ 4 Boys on A xmas poster Laurence was Tormented By c/o duarte and henry.

123) on or near 3/11/05 c/o Duarte was Looking at Laurences Face and crotch Makeing Faces with Tears in his eyes

124) on 3/13/05 c/o Manning was Looking at Laurences crotch smileing makeing Faces Trying To Make Laurence paranoid and Giveing Laurence A Complex. he Gave Laurence A hard Time while handling him For Court. Laurence oBserved c/o Leisa Amy wood and Edward Gannon working the Main control center watching the cameras

125) on or near 3/25/05 c/o Manning Looked at Laurences crotch then Laughed in Laurences Face with Blood shot red eyes he would often Say paranoia self destroyer.

126) on or near 3/25/05 c/o North Took A peek at Laurences crotch and Smiled officers contantly Joked about Laurences penis and accused him of doing oBscene Things. in his cell and shower

127) During the Month of March Laurence would often hear c/o henry and c/o duarte Talking about him Laurence could hear them while cleaning near the doors and windows, they discussed the camera, Laurence Masterbateing, writeing Letters, deficateing, sticking his Finger in his ass, Being paranoid, and debated about

127) Laurence's psychiatrich records, Reports, Tapes whether his son was dead, Henry would constantly say he Believes Laurence Fucked his son in his Ass knowing Laurence could hear him, and Accuse his Mother of Giveing Blow JOBS in The parking Lot. when c/o duarte and henry would come in The Booth in The Morning They would usualy Be LAUGhing at what The 3-11 officers said Laurence was doing in his cell. it was usualy humiliateing, degradeing. Giveing Laurence A complex Makeing him extremely paranoid.

128) on or near 4/1/05 c/o Manning was Looking AT Laurence, his crotch Trying To Make Laurence Feel paranoid.

129) on or near 4/4/05 c/o Fehnel looked at Laurence with his weird look and then searched his cell with out him present it was ABOUT This Time That officers would Take there Time Getting To Laurences cell This was To oBServe Laurence with The concealed camera To see if he would hide contraband or Flush it down The Toilet. This was To show That Laurence knows Right From wrong

130) on or near 4/6/05 c/o Rossi walked around The control Booth with no clothes on 3rd shift Looking AT Laurences cell MAkeing Faces Gropeing his self Acting Femine.

131) on or near 4/6/05 c/o duarte was mad at Laurence and wrote desicrateing reports about him because inmate Lenny Thorton was accuseing c/o Duarte of checking out his penis.

132) on 4/15/05 officers were talking about a letter Laurence wrote in his cell

133) on 4/18/05 Laurence saw the mental health Doctor for his paranoia and complaint about the camera that officers tell Laurence to his face dont exist

134) on 4/19/05 C/o Manning was talking about Laurence

135) on 4/22/05 c/o Manning was talking about how Billy Begones was never in danger of loseing his JoB

136) IN A desperate attempt to get officers to leave him alone Laurence wrote Bill BeGones the investigator from the special investigation unit letters on the back of two hundred pages of psychiatrich Records from Buttler hospital, Fattima hospital, Rhode Island hospital, Johnston mental health, Barrington mental health, Kent county hospital, warwick, state police, and cranston police reports and gave him a copy of a Restraining order stateing his sons mom filed a

136) criminal complaint with the Pawtucket police stateing Laurence threatened to kill her for cheating on him, she stated he was delusional for accuseing her of Being a prostitute and for doing this in front of his son, he gave Mr BeGones the Pawtucket police Report that charged Laurence with Assault on the maintence man that he kept catching in his apartment when he came home early from work, He did this to show SIU and officers that Laurence was trying to stop his son from Being mentaly abused after he caught two maintence men his sons mom undressed, dressing in front of his son who was 22 months old. a half smoked joint on the microwave oven and a tube of lubricant on his sons dresser. his son was pointing out seamen stains. Laurence was commited to a hospital for 7 days for this and when he got out it started all over again. it ended in a violent murder on Jan 31 1997. he also Reported this to child welfare, then Retract-ed out of fear his son would Be taken. he also Reported this to the Pawtucket police and providence police he also showed Mr BeGones he was threatened By Drugdeal ing criminals in the state of Conn who turned Laurences sons mom in to a prostitute ~~conducted this Behavior in a trailer while~~

137) and conducted drug deals and acts of prostitution in the presence of his son he showed Mr Begones interrogatories from nelson and his sister. Main Control room officers watched Laurence they Read this and the medical Reords and police Reports By the use of a camera. and they Read it during cell searches and MR Begones tells officers everything everyone here knows all about Laurences allegations and proof- and continued to call Laurence a child molester. c/o henry would and duarte would laugh at Lauren ce in the control Booth, and henry would constantly say that Laurence fucked his son, his child and say he was dead.

138) on or near 4/29/05 c/o Manning was play ing scratch and sniff imatateing what c/o wojtanowsk claims he observes Laurence doing with the camera they say dont exist as well as other officers. and My calenda says Manning was extorting Laurence

139) During the Month of April c/o duarte and c/o henry continued to set up Laurence By writeing Reports and Log entrys accuseing him of lusting off the poster on the wall Depicting Four Boys while he was in the shower. while working c/o henry would say Laurences face was red out of Guilt From the poster on the wall and constantly

139) Tell Every one Laurence was cutting off the poster and he would turn inmates against Laurence

140) on or near 5/3/05 c/o Manning was again harassing Laurence makeing in front of him c/o Manning tells officers nurses store workers and inmates Laurence is a child molester

141) on 5/12/05 Laurence wrote a letter to c/o duarte to make him happy so he could keep working as a porter. c/o duarte was working with Bill Begones pretending to Be cool with Laurence while secretely des/crateing his character and working with Mr Begones to set up Laurence pertaining to a law suit he filed March of 2004 in providence superior court. Duarte was useing Laurence to get a job with siu the special investigation unit or the R.I. state police. he claimed it was his Boy hood dream to be a state police man. Bill Begones was also trying to get a job with the state police. After the writeing of this letter Laurence heard c/o duarte and henry talking while they had the control Booth door open Laurence was mopping near the door he was Bragging how his association with Mr Begones Gave him the inside track to All the inside information and he was reasuring c/o henry that his wife would never know about his cheating with c/o Leisa Amy wood and c/o

141) Donna Gracie. c/o henry kept complaining That Laurence haveing The porters JoB was a conflict of interest Because he was Threaten his Life and wife and kids By Telling on him For cheating on his wife and kids. Every Time LAurence wrote Bill Begones or police about henry cheating on his wife he would yell AT Least it was not A Boy. The STATE police asked c/o duarte and Bill Begones To Look out For Laurence. They developed a Good pile Bad pile not sure pile To cover all ends

142) on 5/13/05 c/o manning was once again Make ing Face's AT Laurence Acting Feminine and Looking AT Laurences crotch Trying To Give him A complex and MAke him paranoid.

143) on 5/14/05 c/o Manning and LT Avila CAme To Laurences cell and Told him he needed To call his MOM, c/o Manning Then watched Laurence urinate Attempting To make him Feel paranoid. LT Avila and c/o Manning did A skit so Laurence could hear them. Manning wanted To go in Laurences cell and un Block The Light. LT AVILA SAid no. This was To make Laurence Think he had The Camera Blocked The A.C.I wanted Laurence To Believe They could not see him with The camera so They could watch him. Then while Laurence was Being Told By his Mom That his Aunt shirley died Manning pretended To cough and choke, while smile ing and Looking at Laurence's crotch

144) on 5/26/05 while Laurence was working IRVing Briggs came To his door and Began Screaming AT LAurence calling him A BaBy Fucker, Diddler RAT and Threatened To Kill him Because duarTe Told him Laurence ratted on him

145) During The month oF May c/o duarTe and henry continued To dirty up Laurence in The LOG BooK and in ReporTs, They RouTinely puT words in LAurence's MouTh Telling siu That LAurence said This or That To Turn people AGainsT him, siu Then Told Eric crace oF The sTATe police And The A C I COMMander, oFFicers And siu were ATTempTing To MAke Laurence Look dangerous so The ATTorney Generals oFFice would noT puT Laurence in proTecTive cusTody

146) on or near MAY 27, 05 inMaTes were calling LAurence pettiFile names Because oF DuarTe, henry and oFFicers TAlKing about LAurence They cAll This conquer and divide

147) on or near The FourTh week oF June 05 c/o duarTe came ouT side while Laurence was on rec, he Told Laurence The reason he was ouT was cause his BroTher died he had Tears in his eyes and seemed sincere he Told LAurence These people

148) I work with dont even know, keep this Between you and I, dont say anything. Laurence felt Bad untill he oBserved c/o duarte go in the Booth and tell c/o henry wait untill he Finds out I dont have A Brother. he and henry then Laughed hysterically not knowing Laurence seen and heard them.

149) on or near 6/29/05 c/o duarte Looked at Laurences crotch while he had tears in his eyes trying to make Laurence paranoid.

150) on or near 7/11/05 c/o duarte sat on the table trying to get Laurence to look at his crotch while smileing at Laurence and looking at the poster of the Four Boys on the wall. he then went in the booth at which point henry and he Laughed and wrote in the Log Book trying to make Laurence feel uncomfortable and paranoid. then a short time later c/o duarte stood at the control Booth with the door open talking to henry about how he promised Bill Begones he would not Laugh at Laurence for the letter he wrote. Bill Begones shared all Laurence's Letters with Duarte. and Give henry and duarte credit for creating incidents so Laurence would write Bill Begones. Duarte would talk about the tapes that Bill Begones had of Laurence. and he said he thinks hes playing him watch

151) Both Duarte and henry knew what Laurence was writeing about them in his cell from Gary Bouley who watches Laurence with the camera. Laurence could not write down every thing they said because he had no privacy in his legal work

152) on or near 7/6/05 c/o duarte yelled from the control booth thats from all our mothers because he did not like what Laurence wrote in a letter in his room. he then looked at Laurences crotch trying to give Laurence a complex

153) on or near 7/7/05 while c/o duarte was in the booth with c/o parratta duarte opened his pants exposeing his underware and crotch. parratta was looking at duarte smileing c/o duarte said you see him looking and asked parratta why he didnt look Duarte did this on a regular basis try ing to set Laurence up while desicrateing his character. figured out code,

154) on or near 7/15/05 c/o henry looked at Laurence's crotch and then wrote in the log book, c/o henry would harass Laurence while on rec and while working by writeing in the log book that Laurence was playing with him self or that he was looking at henrys penis or inmates penises because Laurence said he is not gay

155) on or near 7/19/05 C/o North Looked AT Laurences crotch and Then his Face Turned Red he looked Guilty and was sweating. C/o north writes A report everyTime he see's Laurence

156) on or near 7/25/05 Laurence heard C/o henry Lie ABout picture

157) on or near 7/26/05 C/o henry was Looking in Laurences cell aT his crotch and Then went To The Booth and wrote in The Log Book Trying To MAKe Laurence Feel Like henry CAught him doing Something wrong

158) on or near 7/27/05 c/o henry c/o duarTe Made a BeT ThaT Laurence would write a letter Calenda 7/27/05 SAys Bets. or John does Made BeT

159) on or near 8/3/05 Bill Begones and C/o DUArTe was searching cells. They Looked in Laurences cell. Laurence FelT this was a warning shoT. OFFicers LaTer said ThaT Laurence Better write Bill Begones a letter.

160) on or near 8/4/05 C/o wood was in The Control Booth For ABouT 5 MinuTes Fooling around with c/o henry she had her arM around him and puT her Face next To his Face and was Blowing him Kisses he had a Smile ear To ear C/o wood Then picked up a

160) Pen and pretend to hand it to Laurence telling him to write about that. c/o henry had an erection from fooling around with c/o Leisa amy wood she then left. Laurence heard after from c/o henry that they did this in prepera-tion for court so that if Laurence asks him did you have a sexual affair with c/o woods he would shrug his shoulders and say we fooled around a little

161) on or near 8/9/05 c/o duarte was looking at Laurences crotch smileing trying to make Laurence feel like a sexual deviant and trying to make him paranoid

162) on or near 8/25/05 c/o Brouilette hand delivered interrogatories to Laurences cell he then stopped at F control room door and said hes gonna get the same thing next time to. Every one was laughing at Laurece and Rubbing in the fact that the majority lied under oath about the camera, psychiatrich Report and how they harassed Laurence

163) on 9/2/05 C/O Manning came in To F Module and Made remarks about Laurences interrogatories saying hes gonna get The same Thing again its a winner all right officers were makeing comments That The Judge was gonna let Them Lie under oath To make Laurence Think there were no cameras even Though They TAlked ABouT what main control claimed They seen LAurence do every day and night

164) while in F Block C/O duarte C/O henry CAlise, Tyler, Gracie and Many others would Talk ABouT when or if Laurence Brushed his Teeth, urinated, deficated, and masterbated They were pretending The CAmera could not see LAurence masterbate Because he Thought he was Blocking it BuT AFTer he would masterbate, he would hear Duarte and henry comment how They could only see The shadows of him masterbate. To survive LAurence was ignoring it and excepting it As Life

165) on or near 9/12/05 C/O duarte opened Laurences Legal Mail and Looked Threw each page slowly Trying To make Laurence Think he was Trying To read it, so he can Later say if we watch him with a camera why would I need To read it duarte would Talk about how Laurence did not Brush his Teeth AFTer a nap. he and other officers constantly did skits Trying To make Laurence Think There was no

165) camera and That They could only see shadows when he Blocked it at night. c/o duarte and c/o henry constantly talked about Laurence masterbateing. going to the Bathroom and the letters Laurence wrote. They were allways contradicting them selves driving Laurence to escape there torment By Fantasy he would pretend to be somewheres else to survive mentaly c/o duarte would constantly Bragg about his undercover work with Bill Begones and how Bill was gonna get him in to S.I.U.

166) officers and nurses would talk about Laurence while entering and Leaving F Block They would stand at the control Booth door and talk about what Laurence wrote on his Calenda c/o Bouley c/o Gannon c/o WoJTanow sk and c/o mellucci would tell them what Laurence wrote on his calenda or in a report after they left the Block, the officers and others would then write a report to dispute or coroberate what Laurence wrote, Laurence would have to write in codes or not at all, he kept complaining to Bill Begones, the Attorney Generals office and to superiors it kept continueing Laurence complained about Being tormented with a psychiatrich Report and this started late June of 2001 he then kept complaining about the psychiatrich report and that they were tormenting him with a concealed camera since late June 2003

167) on or near 9/1/05 inmate edred Buchanan Told Laurence he heard c/o wood TAlking about him and how he eats his sausages with his left hand and that he is allways putting people in his Frivilous LAW SUITS

168) on 9/13/05 OFFicers CAME in TO F Mod TO search cells They Took there Time going TO Laurences cell This was so MAin control could OBServe and Tape Laurence with a con cealed camera To see if he hid or destro-yed contraband or Took down Religious Articles They do This TO show LAurence knows right From wrong LT. Getter was The Supervisor c/o renshaw was photo Graphing LAurences Belongings.

169) on 9/13/05 Edred Buchanan who was on disci-pline For hideing medication was given his Radio By c/o duarte. This was Because Duarte heard him Tell LAurence about c/o wood and Because Laurence asked him For an AFFidavit Edred Then GAve LAurence an aFFidavit wrongly dated with out The Sausages

170) on or near 9/13/05 c/o duarte Took A photo graph From JusTin prouts cell and gave it To LAurence he Then questioned LAurence about inmate Joshua Flynn

171) on 9/14/05 c/o duarte Asked Laurence For a urine he watched LAurences penis closely Trying To intimadate humiliate and degrade Laurence

172) on or near 9/16/05 c/o Manning came in To F Block and Stood AT The Control Booth door Manning Talked ABOUT LAUrence while c/o Simpson said LAUrence WAS seen digging in him self which means putting his Finger in his rectum while unable To go To The Bathroom. officers were saying That Joshua Flynn WAS writeing S I U about Laurence

173) on or near 9/19/05 c/o Gracie walked into F Module and Sat down on c/o henrys LAP in The Control center. SheriFF Dimessa was al So in The Booth with c/o SpAdoni. henry WAS LAUGhing while c/o Donna Gracie gave him A Lap dance he Then wrote it in The Book. LAUrence Later heard Them SAying how This WAS A Land Mine a SKIT To poTray henry AS A VicTim To Being pursued By The women To down play LAUrence's Allegations of There sexual Relationships That Took place AT Gracies house, woods ApArTMent, and There going To his Milatary BASe To meet him For Sex AT A hut, and Motel rooms on his weekends and Two week STay. They were Desicrateing LAUrence poTraying him AS A serial Killer and sexual deviant To destroy his credibility so no one will Be-lieve his Allegations about henry or his LAW SUIT. This all came ABOUT Because

173) Laurence Reported To Deputy Reynolds H.D Storys he heard in C module About c/o henry haveing sex with Gracie in The closet and c/o wood AT her apartment

174) on 9/21/05 Feeling pressured By c/o duarte To write him A Letter giveing him inFormation he wrote a letter. N/s Bill 2/4

175) on 9/23/05 Edred Buchanan Gave Laurence a second AFFidavit sighned. correctly dated and stated he is A witness To c/o wood makeing a statement That Laurence uses his Left hand To eat Sausages

176) on 9/27/05 c/o duarte was in The Booth saying Laurence is Lucky iF he has a 3 inch penis Called him a women Beater Said he cant wait To get his hands on Laurence he Made statements To others That Laurence Tried To molest a cheri Marchand he said Dan Brown Told him storys about how he would Get oral sex From cheris mother who was Laurences Girl Friend in The 1980s and Then watch her kiss Laurence, Duarte kept Talking about Laurences Murder conviction all he Talked about was how Bill Begones had Laurence on TAPe and photographs playing with A dildo putting it in his mouth masterbateing putting semen in his mouth

177) on 9/29/05 c/o duarte while in The control Booth Told c/o henry To dress up The Log Book Real Good in Reference To Laurence.

178) On 9/30/05 Laurence sent SIU Aarron Aldrich A photo of A half nude women that c/o duarte gave Laurence after he took it from Justin Prouts property while Bagging it up to move him out of the Block.

179) On 10/1/05 while c/o Gracie was in F control with a white pad Takeing notes Edred Buchanan was calling Laurence A Rat a child Molester and threatened to hurt Laurence. Inmate vega turned Edred Against Laurence and Edred feared Retaliation for the Affidavits About c/o wood and the sausages

180) On or near 10/3/05 Edred Buchanan was in the shower Looking threw Laurences window watching Laurence go to the Bath room when Laurence saw him Looking Edred Began yelling saying Laurence Ratted out John dapont, when c/o henry took Edred from the shower he again said Laurence Ratted on John dapont and spit on his window in front of c/o henry

181) On or near 10/6/05 c/o duarte said c/o violonte wrote a 2 page report on Laurence while he was sleeping c/o duarte was talking to c/o wood c/o duarte May of had a wire on.

182) On 10/7/05 c/o Manning came in to the Block and followed c/o duarte around asking him to take him to dan Browns house so he could Laugh at Laurence he said Arujo said All he has to do is