182) Tell Me The caliber of The gun. he Told Duarte Laurence Just hung up his centerFold of A women That you could not see From out side his door or window AT That Time. Duarte Said Bill Begones Asked him do you want Me To drop vegas Booking hes The Best Thing That ever happen To us

183) on or near 10/10/05 c/o Gracie while TAlk ing To c/o Sousa as They left The Block Said Laurence has sex More Then her. he went From doing it every Three days To every Two day's and Talked about how Many pushups he did.

184) on 10/11/05 c/o Brouilett Took a Ted Bundy Book From The Table That was To Go To Laurence They were recording Books Laurence read in an Attempt To Make him Look like a serial killer and a pettiFile They had him under constant 24 Hr survelience and would constantly Talk about whether Laurences Face was Red and what it means, They photographed Books. IF Laurence Masterbates the same night he reads the Following day c/o duarte and exspecialy henry would say The Book Triggered it. when Laurence Asked Duarte ABout The Ted Bundy Book Duarte said Brouilett Took it To Fuck with you

185) On 10/11/05 c/o duarte Henry Zannitti and Dennice were in F Module BuBBle Laughing

185) Dennice was trying to talk Duarte out of fire ing Laurence, he told duarte you have him so Fucked up he has his vent Blocked he thinks the camera is in the vent now. The conversa-tion then turned to Gossip, c/o Manning and how everyone cheating on there wives is Recreation, The Trap on the control Booth door was open and the officers were very Boisterous Laughing at Laurence while he was ~~a tape recorder and concealed~~ listening

186) During the month of october it rained all week causeing Laurences shoulder to Bother him he put on some Ben Gay and Later took a nap then went to work, c/o henry and duarte smelled Bengay and thought Laurence had it on his Back. duarte said he is not Getting any sympathy from me. Lauren-ce asked duarte for a pen for Joshua Flynn and then put the pen in his pocket and swept his cell which put him out of Duartes vision he then Gave Flynn the pen. Duarte left and Returned from Main control and told henry that Laurence did not switch the pen on Flynn he gave it to him and Laurence put the Ben gay on his shoulder not his Back

187) on 10/10/05 Justin prout Gave Laurence an affi davit that his picture was stolen from his cell and described the picture that Laurence reciev-ed from duarte and turned over to Mr aldrich he stated how Edred Buchanan called Laurence A Rat, stool pigeon child molester and threatened to punch Laurence in the face and stated how Edred spit on his window. c/o henry Laughed

188) on or near 10/12/05 LT Avila went To Mr vegas cell and said whats it worth To you To Keep your program. I'M dropping your Booking and your NOT Being Booked For Buchanans Magazines. Duarte and henry said They Liked vega Because he was Turning inmates against Laurence They used intimadation Manipulation and Bribes

189) on or near 10/10 5 c/o duarte on A Regular Bases Tells henry and others Laurences Law Suit is never getting off The Ground it will never see The court room we have To MAKE him LOOK AS BAD AS possible he and others keep SAying That if Laurence MAKES us open This up we will drag him Threw Mud GAry According To duarte Told Bill Begones he will Be in Court with Bells on he Said Laurence Jerks off To Kids pictures and his Kids picture Triggers it. Duarte said we Made A pact he never Told me nothing he was down There in B Module doing all Kinds of Things To him Self

190) on or near 10/14/05 c/o Manning came in To F Block Smiling and while Talking To c/o Zannini said its To Late For him To sue about The hospital he Explained how Laurence was reading a Book ABout Dead Kids wait untill he Finds out The Same Thing happened To his Kid said Duarte did not impress him with The shit in The court yard. zannini Asked him not To Get him involved in This Shit. Manning Said if he Knows whats

190) Good For him he will keep his mouth shut

191) on or near 10/25/05 c/o duarte called Laurence out to the control Booth and told him IF I Find out your passing stuff to prout on second Shift I will Fire you. Duarte was mad about prouts affidavits

192) on or near 11/3/05 Laurence was seen By Scott a Sociologist For his mental health he complained about the camera and Guards watching him masterbate and Going To The Bathroom. writeing Letters doing Legal work. LT Avila positioned him self so he could Listen as well as others when Laurence is done They write Reports on what They hear and what They think They hear and what They dont hear when Laurence was done and left the room Gary Bouley who watches Laurence with a camera From The main control center was working F control second Shift. he was Laughing at Laurence as well as c/o wood. IT was Scott who ended the mental health visit. c/o Bouley Tells male and Female Guards all day Long what Laurence is writeing or doing in his cell and out of hatered he makes up stuff then while entering and Leaving the

192) Block Laurence will hear what Bouley and others Told Them They seen Laurence doing The only Thing Laurence could do is write every one defending him self

193) on or near 11/4/05 Avelino duarte c/o henry and LT. Doyle were in F Control center window doing a SKit Knowing Laurence could see and hear Them as he Told everyone in writeing They Talked about Scott and how Bill Begones was Behind it. They debated on whether or not Laurence was A diddler and LT Avilas Report That he claimed To hear Laurence implicate him self while Talking To Scott and how Mr Begones was gonna use Scott To get it all out of Laurence

194) on or near 11/5/05 c/o Danials Told Smoot how his Affidavit and Report was not Laid in stone and That he wished he Kept his Mouth shut About Laurence giveing him an empty Toilet paper roll

195) on or near 11/7/05 c/o duarte May of Said while in F Control That Bill Begones went To Scott and asked him if I Told you That Laurence Knew about The camera all along and That he was Fakeing would you Feel differently

197 ABOUT your earlyer assesment of Laurence That officers Realy did a JoB on him and That MR Begones Asked Scott To wear a wire on Laurence To Record There conver-sation not his EXACT words. Laurence could not write down everything he Learned From c/o duarte and c/o henry Because They would RETALIATE So Laurence wrote Things in code Forgetting some subJects

196) on or near 11/9/05 officers Took There Time Going To Laurence's cell So That c/o GARY Bouley and John doe MAIN CONTROL Room officers Could watch Laurence with The concealed camera To see if Laurence Flushed contraband down The Toilet oR Took his pictures down oR Tried To con ceal Things The Main Control Room officers would Then write Reports and in A Log Book whether They detected Guilt and oR whether Laurence Knew Right From wrong. and They constantly Tried To prove That Laurence had A Good Memory c/o GARY Bouley would Tell c/o henry and c/o duarte every Little Thing Laurence did in his cell and he would FABricate That Laurence Talked Bad ABOUT people while writeing in his cell They would allways

196) Use the camera to keep track of where Laurence puts his notes and legal mail so when they go in his cell they can read it and photo graph it for the special investigation unit.

197) On or near 11/9/05 11/10 c/o Duarte was in the control booth telling c/o Henry storys about DR Barry Walls tapes that are actually Laurences tapes he told Henry that Laurence molested his step sister and that the younger one was to young to remember he was saying things that was not true sending Laurence in to a depression

198) On or near 11/11/05 c/o Estrella told c/o Rossi while standing in F control with the door open this guy meaning Laurence is gonna make his kid and family move out of state. you dont think the state is gonna take his side do you.

199) On or near 11/14/05 c/o Duarte told Laurence when your done with work I want to talk to you. c/o Duarte questioned Laurence about a letter he wrote to Bill Begones and then questioned Laurence about his criminal career his back ground. Laurence then turned the interroga-tion around and asked c/o Duarte c/o Henry C/o Zanitti about the cameras c/o Henry laughed at Laurence and denied there was any cameras. c/o Duarte also looked at Laurence and laughed both Duarte and Henry tried to make Laurence think he was nuts. Laurence then asked c/o Zanitti about the camera. he swore to God there was no camera he was pale and started to

199) Sweat, Laurence Asked Zanitti if he was catholic As Laurence Left he heard c/o duarte and c/o henry Laughing hysteriely threw the Trap on the door that was open About Laurence

200) on or near 11/15/05 c/o duarte came to Laurence's door and opened his Legal mail and while Looking threw it Duarte said whats the Matter Laurence you Look Tired Laurence said I am I was up all night Laurence watched Duarte Look threw the Legal papers, Duarte wanted Laurence to complain so Duarte could say if we watch with a camera why would we need to read your Legal Mail

201) on or near 11/15/05 when Laurence came out to work he asked c/o henry to give a letter to deputy Collins Laurence Told duarte and henry that the Letter would make them Manning and others happy untill Tomorrow Laurence then started his Job. a short Time Later c/o spadoni was down here Like clock work patting duarte on the Back while Laughing Loudly. spadoni yelled thats all Bill was waiting For and Told duarte he wanted to take him his Girl and Gracie out For a steak dinner. they were in the Booth Laughing with the door wide open how it was perfect Timeing cause Laurence had just Taken communion. c/o duarte then entered The Block and watched Laurence work while

201) Smileing at Laurence and said whats the matter you look hot? your sweating. Laurence was washing doors and ledges in 60 degree whether and he told duarte I'm working and your sweating Me. duarte left came back smileing and said I dont know Laurence I'm Getting Bad vibes Laurence said may be its Guilt do you feel Guilty about something? theres no Bad vibes here I dont have any Bad vibes. with in minutes of sending a letter to Deputy Collins the special investigation unit was here and the contents of the letter was all over the Building

202) on or near 11/18/05 c/o spadoni came to F Mod Bubble to see Gracie who lives with him and to harass Laurence he had his hand up By his face with his thumb in his mouth holding his pinky finger out

203) on or near 11/18/05 c/o Simpson took Laurence to the classification Board while there c/o Manning and c/o Fehnel were giggling and talking about Laurence c/o Fehnel told Manning we can Be a witness for each other c/o Fehnel said something about Going to Kansas City c/o Fehnel then Brushed off c/o olivers Back kissing up to him trying to intimadate Laurence Fehnel has claimed that Laurence told him and oliver he is a child molester

204) On or near 11/18/05 while passing out store orders Fehnel harassed Laurence By standing at his door Leaning against The wall looking in Laurences cell at his crotch. c/o Fehnel and duarte then pretended to have an arguement a skit orchestrated By Bill Begones. Fehnel Said wait untill he Finds out They can still see him Jerking off, hes got 3 pens in his cell said Laurence stuck something in his Toe, Talked about a boy, girl and diapers Refering this to Laurence Fehnel Said something about Loui ricci Dimessa And Asked duarte why dont he call c/o clause a women Beater to his Face c/o duarte said Thats different. As They left The Block c/o Fehnel said wait Till he Finds out his son is dead.

205) on or near 11/18/05 c/o Fehnel Talked about The letter Laurence wrote in his cell To his Mom and how he did not Tell his Mother Something and Threw part of The letter away

206) on or near 11/19/05 c/o Fehnel was in F Block with over Time officers pointing at Laurences door. Later officers said dont get to close to him he didnt Brush his Teeth. A officer was Told to come and check on Laurences cause he had his Light Blocked another c/o said ya its Blocked cause There out There pecker checking he will Be at The courthouse

206) WiTh Sighn ThaT Says Boy in Kansas Laurence Fell a sleep and had a nighT Mare

207) on or near 11/22/05 Laurence gave his civil Claim To dave RoBerTs The Lawclerk For copys duarTe Looked Sick and nervous he Told henry To denie everyThing. DuarTe Took henrys Lunch Break To Go with Bill Begones To The STaFF house with Laurences Law SuiT To do There under cover work, DuarTe ReTurned Laurences Law work aT 1230 while The LiBrary was closed, when Laurence came ouT For work c/o duarTe was Telling c/o henry abouT some of Laurences AlleGATions ThaT Laurence was Able To conceal henry yelled aT LeasT iT was noT A Boy and yelled he Fucked his Son in his Ass and Gave him ThaT, duarTe and henry Laughed while duarTe Told him how Bill had Laurence on TApe puTTing cum in his MouTh and his Fingers up his Ass This was common Knowledge

208) on or near 11/22/05 in Response To Laurences Law SuiT c/o danials said your noT gonna Black Mail me Laurence Accused danials oF Excessive Force noT By name in his Law suiT ThaT duarTe copied

209) on or near 11/22/05 c/o Ledue Looked aT Laurence's croTch when he Took his Food Tray Because oF Main conTrol They consTanTly Tell every one FABricATed STorys ABouT Laurence

210) on or near 11/22/05 Third shift c/o Estrella came to F Module control and was Laughing about Laurences Law suit and the word Carrot sticks the Law suit that Duarte and Begones copied while doing there "under cover work"

211) on or near 11/23/05 c/o henry stated to c/o duarte he could not of Been that up set about what I said about him and his son he Jerked off Last night, Laurence masterbated while Believeing he had the camera Blocked and was not sure that henry said that untill the Following day 11/23/05 he knew I heard him Because I wrote it down in my cell and he knew Laurence masterbated From Main control who tell them what Laurence writes and does

212) on or near 11/24/05 c/o danials told c/o smoot while entering the Block that he talked on purpose Refering to 11/22/05 Because he knew Laurence could hear him he said he was Trawling which means when Laurence writes a Letter and tells on him Laurence usualy gives up other information and he will Get credit

213) on or near 11/25/05 c/o Gracie was keeping Track on whether or not Laurences Face was Red and compared it to how he Looked the Friday Before she asked c/o Calise to check Laurences Face

214) on or near 11/25/05 c/o Estrella came to F Mod Bubble to talk to c/o Rossi c/o Rossi told him dont come near me get away From me This Guy has ears Like A Mouse

215) On or near 11/29/05 Edred Buchanan was yelling threats at Laurence He then asked c/o duarte for a shower, while in the shower Edred used a Jelly container to squirt urine and water at Laurences door a drop of urine richoted off the door frame landing on Laurences right cheek. c/o henry and duarte were in the Bubble Laughing henry yelled Reliable informant that in Retaliation for a Letter Laurence sent the STATE police. Edred then threw the Jelly container in to the trash can c/o Duarte then got rid of the Jelly container and trash Buchanan past on a shower earlyer

216) on or near 11/29/05 a Source Told Deputy Collins and Captain Headen that c/o duarte allowed Edred Buchanan to serve Laurence to knock him down to size and that Duarte Removed the Jelly container from the Trash and Got rid of it

217) on or near 11/29/05 c/o Danials stopped at Laurences door Because of what Main Control Told him and Looked at Laurences crotch and Gave him a dirty look.

218) on or near 11/30/05 Edred Buchanan was yelling death threats at Laurence threw the door his face was Bright red and his head was swelled with anger his eyes were Blood shot red. Main Control said they observed Laurence fill a small nasal container with water, leave return and leave Return and flush it

219) C/o duarte was in the Booth with c/o wojtanowsk talking about Laurence and how c/o wojtanowsk is a witness wojtanowsk said you get the good with the bad. This c/o wojtanowsk is the officer who works main control 3-11 and watches Laurence and tells officers what Laurence is writeing in his cell, he tells them that Laurence sticks his finger in his mouth, he tells them when he masterbates he tells them when and where laurence scratches him self and what he thinks it means c/o wojtanowsk tortured Laurence since 2003 Laurence found out who he was on 11/30/05 But still did not know his name and he tells them he sticks his fingers in his ass

220) on or near 12/1/05 c/o duarte banged on the window and asked Laurence if he wanted the civil Litigation Book. when duarte came out side he said Laurence Buchanan told me you said I gave him his Radio early while he was on discipline is this true because if it is we are gonna have problems. Laurence told him he would have to check his Law suit and he told duarte how c/o danials tips him off every night when he walks threw talking during feedings when Laurence came out for work he dropped a letter to Mr Patrick lynch in the mail box complaining about c/o duarte.

221) on 12/1/05 when Laurence entered the shower c/o duarte came to the shower and told him how he gave him a job and how bad

22) he was doing when he came From c/o douglas es Block how distraught and Traumatised he was From Being abused By c/o douglas. Duarte said I even Keep Manning From comeing down here thats me I stop him From comeing down here. Duarte repeatedly Told Laurence he would have problems if he sued him Duarte Told Laurence if he did not remove his name From The Law Suit he would have problems. Laurence said are you Telling me I will have problems I should remove your name? yes Duarte replied he watched Laurence Take a shower, Laurence went and retrieved The letter From The Mail Box That he wrote patrick Lynch. Duarte and Laurence also Talked about Betty Jo Gardner. Later That evening Laurence heard LT Avila and c/o danials Talking and They said That duarte said Laurence Turned around in The shower while Talking about Betty Jo Gardner and how This showed Guilt. Danials said That ~~Laurence~~ Duarte got Laurence good LT Avila Said Laurence Got duarte and That duarte is To Flamboyant.

227 on 11/30/05 c/o henry LeFT work and went To The State police Barracks To report he Felt Black mailed and EXTORTED By Laurence Because Laurence Knows about his EXTRAMARITAL AFFAirs with Female oFFicers. Henry Said several Times That his wife dont Take care of his needs and That she wont Give him oral sex. c/o henry made Bets with

222) c\o wood on whether or not Laurence would masterbate when wood worked the Block IF henry won wood would perform oral sex on him if he lost he had to clean her apartment which Led to sex any ways he often Bragged Main control center would tell them the Following day whether Laurence masterbated

223) on 12\2\05 when Laurences cell door opened For work Laurence was at his ~~door~~ Toilet urinateing c\o duarte approached Laurence's cell and watched Laurences penis in a curious manner Trying to make Laurence Feel un comfortable Forceing Laurence to turn his Body. The day Before while in the shower Laurence had to turn around Because c/o duarte was steering at his penis in a harassing manner. Laurence Told c/o duarte how he heard the officers talking about all his allegations and how he claimed to of Got me For rape. Duarte Told Laurence your hearing Things and then asked Laurence did you ever Fuck Betty Joe Gardner. he asked Did you Fuck Beverly Brown he then said why did you say you Fucked Beverly Brown Laurence said to Get dan Brown Back. he said did you ever let her Blow you Laurence said no. He said nancy had Aids and hung her self while smileing strangely. Duartes quest ions were disturbing Laurence. Duarte then Fled. Duarte was also whistling Baby songs

224) on 12/2/05 c/o Trinadad north Simpson and The store man came to the Block, The store man let a roll of cookies Roll off Laurences Trap then when they entered The court yard Trinadad said watch out he might sue you he then yelled hes not Black mailing me lets open them up which means The cameras he then said Laurence committed a sexual assault work that in, The store man said Thats for The women he killed.

225) on or near 12/1/05 After passing out food Trays c/o Leduc while leaving The Block said to duarte That Laurence did over a Thousand push ups c/o Leduc Talks about what Laurence is seen doing By The camera on a Regular Bases and Laughs

226) on or near 12/3/05 c/o Leduc kept Giveing Laurence dirty looks and looking at his crotch area and told officers we need to dirty him up hes not Black mailing me. Hes Trying to Take my pention while looking at Laurence in a threatening manner.

227) on or near 12/5/05 Laurence asked c/o duarte for a pad duarte kept questioning Laurence about Telling and kept asking him if he Ratted him out he asked Laurence if he wrote Bill Begones a letter. all ready knowing that he did. Laurence heard c/o duarte and henry Talking about what Laurence wrote threw The Trap on The control Booth door

228) On or near the morning of 12/6/05 Deputy Collins Recieved a letter from Laurence Telling on c/o Duarte, useing the paper he Gave him

229) on or near 12\6\05 Laurence came out For rec and saw three one hundred dollars Bills Brand new Ben Franklins he picked them up and immediately Gave them to c/o duarte who was Agitated and unhappy to Get his money Back. he was Later called to see Deputy Collins. he came Back a short time Later and Brought Justin prout to the Board

230) on or near 12/6/05 while returning From the Board and entering F Block c/o prout Asked to see Dave RoBerts the Law clerk Duarte said no and Became Agitated and pushed prout in to the entry. prout who was hand cuffed and in a cast up to his inner thigh was slammed on the Floor Duarte yelled I'm sick of him takeing my kindness For weakness. I cant wait untill his Mother dies so I can Laugh in his Face Duarte said I want him Booked For creating a disturbance Dennet and duarte said Laurence yelled From his door LT. Galagan Said yous are not gonna get me in this shit Prout said Dennet kneeled on his head 112617 Duarte picked Prout straight up and said I just hurt my Back. After seeing a photograph

231) OF Laurences ExGirlFriends daughTer cheri Marchand depicting her with her Mom and Laurence when she was 7 years old. c/o duarte went on I.o.d and while out on Iod Bought cheri and her kids XMAS presents and Then had sex with her and while out on IoD used Taped Transcripts of Laurence Talking in The ACI To duarte and others To Turn cheri Marchand and The Brown Family Against Laurence. c/o henry was Telling Male and Female officers storys That c/o Duarte was Telling him cheri Marchand and The Brown Family Told him. Henry claimed Duarte had Affidavits stateing Laurence sexualy Assaulted and Molested kids Henry would discuss this with in ear Shot of inmates Turning inmates Against Laurence while c/o henry would Listen and Laugh.

232) on or near 12/9/05 c/o Manning Laugh ed in Laurences Face and Flipped out yelling what did you say charging To Laurences window with Blood Shot red eyes Laurence Asked him For XMAS Flyers To order XMAS Food c/o Manning then left Acting Feminine and Talking Feminine pretending To imatate Laurence

233) on or near 12/22/05 Laurence wrote on his wall with a pencil useing The wall as A Black Board and a Sock and Foaming cleanser As an eraser Laurence wrote A paragraph ABout he and Tucker. Then AFTer 3 pm C/o Brouilette Said Some dis Respectfull Comments in Response To what laurence wrote and quickly wash ed off The wall

234) on or near 12/23/05 C/o pierce went To The F control center stood in The door way with The door open while Telling C/o Johansen The only Reason Laurence is winning his Law Suit is cause its cruel and unusual its not slander. he Then said That Laurence molested his Best Friends Sister when They were kids Johansen said Thats not Molestation its STATUTory RApe. pierce Then Said Laurence RAped A BABy and There proof Is The camera Thats in Laurences Light oBserved him Act Guilty while write ing A Letter. IF Laurence hesitates while writeing in his cell in view of The camera That dont Exist it means to them That Laurence has Guilt Then Laurence is SubJected To All The comments