235) That officers say while walking threw the Block when Laurence tells on them if he reveals something in the letter that S.I.U did not know he knows. The officers who he told on will get credit and then officers will by them lunch. Bill Begones promoted this behavoir condoned it and often was the force behind it as the correctional officers would continue to harass Laurence even though he would write Bill Begones and constantly complain

236) on or near 12/22/05 after Laurence heard c/o pierce say every thing he said to c/o Johansen he messed up his cell and wrote on his wall watch what I say in court on 1/17/06

237) on or near 12\23\05 while leaving the Block c/o Brouilette while talking to LT Avila, Danials and McKray about what Laurence wrote on his wall said the Mar shals will tear gas him and drag him right out of the court room. LT Avila said in this conversation or the one before Just Like he said some people will say anything to get out refering to what Laurence wrote on his wall about Tucker

237) LT Avila and c/o Brouilette Then had words in which Brouilett Tried To Black Mail LT Avila. LT Avila Then Laughed at him and said you cant Black mail Me These are My Boys you ever Try That shit again Ill Book you

238) on or near 12/22/05 Laurence was videoTaped Messing up his cell Laurence was videoTaped on 12/23/05 and 12/24/05 writeing on his wall watch what I say in court on 1/17/06 and he was videoTaped xmas eve writeing on The wall if I Find out My Son has Aids I will drag every one of you Threw The Legal system. while down in F Block Laurence heard officers and cheryl Except For her year I od Tell others what c/o Gary Bouley and c/o woJTanowsk claimed They oBserved Laurence write and do in his cell and They would say They GoT iT on Tape They Gave Laurence not a MoMent peace. officers Gambled on when Laurence would Brush his Teeth Masterbate deFicate wash his hands. Laurence Rewrote This civil claim From 2/2/07 until 2/12/07 and officers were with him every step of The way. while in F Module Laurence was videoTaped every Time he did Legal work or wrote a letter

239) on or near 1/2/06 cheryl Baily and c/o Allard Entered F Module and while approaching cell F1 were in A discussion about The camera in Laurence's Light That it was a infrared at A Later date Laurence heard cheryl Telling c/o Allard while Exiting F high Side dont ever admit to that deny it. This was in Response To what Laurence was writeing in A civil complaint.

First CAUSE OF ACTION

240) The defendants in pAragraphs 75 Threw 239 Violated Laurences First Amendment By committing slander and defamation of character By there actions in Society and By there actions committed with people of Society

Second cause of Action

241) The defendants in paragraphs 75 Threw 239 Violated Laurence's First amendment To Access of Courts By watching Laurence with a concealed camera while doing Legal work and writeing Legal letters By harassing him while he worked By Bill Begones opening up All of Laurences Legal Mail, copying it, Eraseing it, and Tampering with it. and destroying it and By concealing it.

Third cause of Action

242) Defendants in paragraphs 75 Threw 239 violated Laurence Fourteenth amendment To due process and Equal protection of The Laws. By watching and video Tapeing Laurence with a camera

Fourth cause of Action

243) Defendants violated Laurences Sixth Amendment in paragraph 75 Threw 239 By watching him do Legal work and write legal letters

Fifth cause of Action

244) Defendant in paragraphs 75 Threw 239 violated Laurences Eighth amendment To Be Free From cruel and unusual TreaTment By useing A camera To watch him 24 Hrs A day, By video Tapeing him, By Talking about what Main control room officers claim They see Laurence do with The camera and Then Telling him There is no camera, And By Talking about A court ordered psychiatrich report and Tapes useing it To sexualy harass him and psychologically Torment him

Sixth cause of Action

245) Defendants in paragraphs 75 Threw 239 violated Laurence's Fourteenth amendment To privacy in prison and society By useing a concealed camera To watch and video Tape Laurence urinating Deficating and Masturbating

245 Defendants Gary Bouley and c/o Wojtanowsk Edward Gannon, Dauray John does used the concealed camera to watch Laurences penis while he urinated to determine what hand he used to hold his penis to assist MR Begones in his "Sexual Assault investigation" Sexual harassment

Seventh cause of action

246 The defendants in paragraphs 75 threw 239 violated Laurences 14th amendment to life liberty Defendants used the camera to study Laurence for guilt Laurence cant go to the bath room brush his teeth scratch an itch or do any thing with out haveing it used to harass him he cant read or write a letter with out hearing how he hesitated or made a mistake on purpose or tried to clean it up he cant lay down because if his blood goes to his face and makes his face red they say its guilt because of what hes reading in the law book or because of what some one said. Laurence cant even look in his photo album at his son. with out defendants desicrating his character. and sexual harassment

Eighth cause of action

247) The defendants in paragraphs 75 threw 239 violated Laurences sixth amendment by listening to Laurence talk to an attorney on the phone and by

247) Watching him work on his criminal case while Laurence works on his case c/o danials while Entering and Leaving The Block as well as Cheryl Bailey. and Many others will comment That Laurence hesitated while writeing or That he Turned Transcripts FAST So The camera couldnt see and his Face was Red and he has Guilt IF Laurence reads LAW That is ABOUT a Sexual Assault officers write him up For haveing erections. and say That he was Master Dateing.

NiNTh cause oF AcTion

248) DeFendants in paragraphs 75 Threw 239 violated Laurences First and Fourteenth amendment To statutory right To privacy common Law right To privacy Limited bodily privacy, Life, Liberty, By video Tapeing him around The clock From June of 2003 They interfered with Laurences Right To have Bodily Functions he had To insert his Finger in To his Rectum To help him seLF have a Bowel movement Because he was So Tense and paranoid and constipated, only To have every one LAUGh AT him The video Tapes LoG Books and Reports will show Laurences Misery. There Actions were cruel and unusual Treatment with deliberate in difference ATrocious Malice causeing plainTiFF

248) To suffer Emotionaly and physicaly he suffers From depression Anxiety and nightmares and needs medication and was sexual harassment

Tenth cause of Action

249) Defendants in paragraphs 84,85,86,119,192 193,195, Denie Laurence mental Health treatment siu puts a listening device on or in the room and officers stand outside the door makeing Accusations about what Laurence is seen doing By the camera

Eleventh cause of action

250) Defendants in paragraphs 75 Threw 239 violated Laurences First Eighth and Fourteenth amendment to privacy, and due process and there actions were cruel and unusual treatment By secretely recording plaintiff with the use of listening devices and sharing this with society and Employees

Twelfth cause of Action

251) Defendants in paragraphs 75 Threw 239 violated Laurences constitutional Rights By manufactering video tapes and photographs that are pornographic and obscene and they serve no penilogical intere st other then to demean degrade and humiliate Laurence in the most cruel and unusual way there actions were cruel and unusual and sexual harassment

# CLAIMS

252) Plaintiff Has Been used As A Science Study For entertainment hes Been ABused physicaly psychologicaly Emotionaly and mentaly there Actions were deliberate indifference and intended To cause harm its Been going on since 2003 with plaintiffs knowledge, there still watching theres A camera out side that can watch the window At the same cost Defendants degraded me humiliated me demeaned me and laughed at me all along the way since June of 2003, since June of 2001 with A psychiatrich Report they lauched At me and I did not know what they lauched At. this Brief does not show the ABuse To Appreciate the ABuse A Jury needs To view the video TApes and Log Books. plaintiff Respectfully Requests A Jury Trial and Comensatory and punative damages From defendants in there official and individual capacity and any other Relief this Court may Grant

253) plaintiff Respectfully Request injunctive Relief To have the cameras Removed From High security As They serve no penilogical interest in Being used To watch me urinate deficate, masterbate Brush my Teeth and pick my nose

254) Plaintiff Respectfully Requests That The High Security center Be ordered To place steel Traps on Attorney room doors so Guards cant Listen To Attorney clergy and mental health visits

255) plaintiff Respectfully Requests That High security center Be ordered To install A cusion down stairs For a inmate To kneel on while Being shackled. Just Like The one providence superior court has. kneeling on hard metal serves no purpose other To cause pain.

Respectfully
Norman Laurence
Norman Laurence
P.O. Box 8200
Cranston RI,
02920
2/23/07

Plaintiff Respectfully Requests Costs For This civil process and Judgement in his Favor

# CerTiFicATion

I will serve defendants with a True copy of This civil Rights action when I recieve a case number. and Im allowed To make copys and Given means To serve defendants

RespectFully
Submitted
Norman Laurence
Norman Laurence JR
P.O. Box 8200
Cranston RI.
02920
2/23/07