united STATES DISTRICT COURT

FOR

The DISTRICT OF Rhode Island

Norman Laurence JR

CA 07 081

CA. NO ______

V

Asbel T Wall II ET.AL

# Motion For Forma pauperis

I Norman Laurence have been unemployed since July 21\06 I own no property or assets I have to serve some 50 defendants one or TAKE with Two civil complaints one 116 pages long one 80 pages Long IT will cause Me un due hardship to pay For copys it will cost Ruffly 1490.00 MAY I Be Granted Forma pauperis For the purpose of Copy my Both U.S district civil claims. And can I Be Granted Forma pauperis To waive The Fileing Fees For Fileing said civil claim

signed and sworn to before me this 23 day of Feb at 2007

County of Providence

[signature]

notary public

ID 37198

02/17/2007

Commission Expires

Norman Laurence

Norman Laurence JR
P.O. Box 8200
High security
Cranston RI 02920

ordered

______
Justice of the U.S. district court

entered

______
clerk of the U.S. court