UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

~~STATE OF RHODE ISLAND~~
~~AND~~
~~PROVIDENCE PLANTATIONS~~

~~SUPERIOR COURT~~

AFFIDAVIT OF INDIGENCY

CA 07 081

Norman Laurence JR

vs

CASE NO.:

Ashbel T Wall II Et al

AFFIDAVIT OF INDIGENCY

I, Norman Laurence JR, the (Plaintiff)/~~Defendant~~ (circle one) in the above case, make affidavit being first sworn and under oath, that after payment of necessary and reasonable expenses for ~~food, shelter~~ copys law cases postage, and medical care, I do not have sufficient income or assets to enable me to ~~retain counsel~~ pay fileing fee, nor is there anyone to whom I am entitled to look for support who has such income or assets. In support of this affidavit, I refer to and incorporate herein the attached financial statement. Norman Laurence

we have no Federal Forma pauperis Forms

Norman Laurence
Affiant's Name

High security P.O. Box 8200
Address

Cranston R.I. 02920

Signed and sworn to before me this 23 day of Feb 2007 at Cranston, County of Providence.

Notary Public

Commission expires on 02/17/2009.
ID 54795

Ordered:

Justice of the Superior Court

Entered:

Clerk of the Superior Court

affidavit of indigency

United States District Court
For
The District of Rhode Island

Norman Lawrence Jr

vs                Case no

Ashbel T Wall II et al

AFFidavit of Indigency

There is no Forma pauperis Forms Available in The Library. I Norman Lawrence in This above Matter make Affidavit I've Been unemployed since on or near July 21/06 I own no property or assets. After Being Forced To pay For Law citations The Library dont have as well as copys, paper, envelopes, postage, cosmetics, sneakers, socks, ect and medical I can not afford to pay For Fileing Fees can you please Grant me Forma pauperis

Signed and sworn To before me

This 23 day of Feb 2007 at Cranston County of Providence

ID 54798

Notary public

Commission expires on 6/21/2009

Norman Lawrence

Norman Lawrence JR

High Security

Cranston

Ordered

Justice of the U.S. District Court

Entered

Clerk of the U.S. Court