united STATES DISTRICT COURT
FOR
The DISTRICT OF Rhode ISLAND

Norman LAWrence JR

VS CASE no

Ashbel T WALL II eTal

AFFIDAVIT OF Indigency

There is no Forma pauperis Forms available in The Library. I Norman Laurence in This above Matter MAKE Affidavit I've Been unemployed since on or near July 21/06 I own no property or assets. After Being Forced To pay For Law citations The Library dont have As well as copys, paper, envelopes, postage, cosmetics, sneakers, socks, ect and medical I can not afford To pay For Filing Fees. can you please Grant Me Forma pauperis

signed and sworn To before me

Norman Lawrence
Norman Lawrence JR
High security
Cranston

this 29 day of Feb 2007 at Cranston County of Providence

[signature]
notary public
ID 54798
04/17/2009
commission expires on

ordered

Justice of the U.S. District Court

Entered

Clerk of the U.S. Court