United States District Court
For The District of Rhode Island

RECEIVED
APR 05 2007
Property of U.S. District Court
District of Rhode Island

Norman Laurence

V

Ca.no. 07-081 ML

A.T. Wall, eT aL

Motion For Forma Pauperis Trust account

On March 20 2007 Senior united states Magistrate Judge Jacob Hagopian ordered That Norman Laurence shall submit A certified copy of his prison Trust account statement for the six month period immediately preceding the Filing of The complaint or From septem ber 1, 2006 To March 1. 2007, said copy Must show the credit To, and The Monthly balances therein. Enclosed is a inmate account statement From The date of 7/20/06 Threw 3/26/07 showing Laurence has 12.94 in his Active account and $100.00 in his Frozen Account and A Balance of 112.94. on Febuary 26, 2007 IT was ordered By Judge Hagopian That Laurence pay a

$15.00 Fileing Fee and 20 percent of the preceding Months income every Time it Exceeds The amount of 10.00. As of 3/28/07 The Account office has not Taken The money That Laurence was ordered To pay For The Fileing of CA no. 07-066 ML. With All due respect I Ask This Court To please Take The $100.00 From my Frozen Account Also So That The $100.00 will not Be included in my average Monthly Balance. If I Get $20.00 A month + The $100.00 in my Frozen Account 20 percent of my monthly Balance is $22.00. Where as with out The Frozen Account its $4.00.

This is a certified statement and ledger showing Laurence's prison Trust Account For the Fileing of 07-081 ML.

[signature] 2APR07 — Notary Public Date
ID 54798 02/17/2009

Norman Laurence — Plaintiff Date