1-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V

Ca. no 07-081 ML

Ashbel T Wall II ETAL

# MOTION TO COMPEL

On 3\2\2007 plaintiff Norman Laurence Filed A 80 page civil Rights Action CA. no. 07-081 ML He has to serve fuffly 71 Defendants, The ACI claims Laurence is indigent Therefore he is only Allowed 200 copys per Month it would take Laurence More Then 2 years to perform service of process at that rate he has only 120 days plaintiff Asks This Court to ~~provide~~ compel The ACI attorney Michael Grant To provide Laurence with 71 copys of his 80 page civil claim so he can serve defendants pursuant to Federal civil rule 4 and That plaintiff Be provided with 71 yellow Legal envelopes 71 white envelopes and 71 notice

2

OF LawSuit and Request For waiver of Service of Summons and 142 waiver of Service of Summons so as I can comply with Federal Rule 4. I cite This Federal rule 4 and Casey v Lewis and Bounds v Smith with all due respect. where Fore I pray This Motion will Be Granted

Respectfully
Submitted
Norman Lawrence

4/2/07