1-2

United States District court
For The district of Rhode Island

Norman Laurence JR

CA.no.07-066 ML
and
CA no.07-081 ML

V

Ashbel T WAll II ET.al

Motion For Jury Trial

on 3\30\07 PlainTiFF recieved a docket sheet Civil Docket For CAse 1 07 CV 00081-ML-JH under neath This Heading it STATed Related CAse 1 07 cv 00066-ML-JH. Across From it it STATed Jury demand none. with all due respect. CAse no 07-066 ML on Page 114 plainTiFF Requests A Jury Trial. And costs of This LiTigation. on CAse no. 07-081 ML page 78 paragraph 252 plainTiFF RespectFully Requests A Jury Trial and compensatory damages and punative damages From defendants in There OFFicial and Individual capacity And AT PARagraph 253 plainTiFF Requests

INJuctive Relief To have The cameras Removed From High security As what They use iT For, pertaining To Me serves no penilogical interest.

Where Fore I pray This Motion will Be Granted

Respectfully Submitted
Norman Lawrence

4/2/07