**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 081 ML**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on a motion filed by the *pro se* plaintiff wherein he seeks the Rhode Island Department of Corrections' legal counsel to photocopy 71 copies of his 80 page complaint. Said motion is **DENIED**. The Rhode Island Department of Corrections' legal counsel is under no obligation to undertake such a daunting task.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 30 April 07