2 copys

# UNITED STATES DISTRICT COURT
## For The District of Rhode Island

Norman Laurence

V

CA. no. 07-081 ML
07-066 ML

A.T. Wall, et al

# Motion For INJunction RELieF

Now comes The plainTiFF Norman Laurence JR in This ABove Matter and Moves This Honorable court To issue A court order To The Adult correcTional institutions To Remove all cameras That are concealed inside The Light Fixtures in cells AT High security That PerTain To PlainTiFF As he is Moved From cell To cell. This camera allows The correcTional oFFicers in The Main control center To watch Laurence urinaTe, deFicaTe and MasTurbaTe in FacT Laurence is Forced To urinaTe, deFicaTe and MasTurbaTe Knowing he is being waTched. Laurence will do cerTain Things To geT a reacTion. They waTch him 24 Hrs A day. The inJuncTion

Restraining order is Based on his FirsT amendment Guarantee of Freedom of speech and FourTeenTh amendment a proTecTion against unJusTified governmental interference with the intended communication. Laurence has been oBserved with a camera since 1999, This was corroboraTed on SepT 1,04 when Laurence positively heard MR JeoFFrey Brouilette Tell A Mr calise That The camera could see Laurences desk when he was on Trial. he Told Mr calise he Better GeT A Bad memory And he Talked about photographs and he Talked about Mr pAGe a inmate who in 1999 Told Laurence He heard a MainTence man and a officer putting A Camera in Laurences LighT FixTure in cell B18. Mr Brouilett was implying That inmate pAGe would Lie in Exchange For A senTence reduc Tion and sAy That Laurence Believed him. Laurence did noT Believe him. and The evidence ThaT EsTablishes ThaT is There is no documenTaTion. From Mr pAGe. Mr BrouileTT Told Mr CAlise abouT picTures of Laurences desk. He also Told Mr CAlise abouT pic Tures of Betty Jo GArdner and he Talked

To Mr Calise About photographs of Laurence. Mr Brouilett and Siu Bill BeGones Told officers IF They did not Get A Bad memory Laurence would Get out of prison. Laurence observed Mr Brouilett Tell This To Mr Calise on sept 1 2004 while sitting on a Table, He Asked Them Both under oath about This conversation They Both Lied, Laurence did not name Them in This suit As To committing perJury Because he Thought it would Be A collateral attack on his conviction and because Laurence is not a attorney. on 1/17/06 Bill Begones Asked Honorable Judge Fortunato JR in providence superior court while Talking About The camera That was in Laurences cell while he was on Trial IF we say we were not watching is are word Good. MR Bill BeGones and Mr Joseph Forgue and Ms cindy soccio spoke To The Judge about photographs pertaining To Laurence. Bill BeGones Admitted To showing An attorney photographs or one To An attorney Believed To Be John Siccicline. while in court. Mr BeGones Told Ms Soccio about photographs of Laurence with a Toilet paper roll on his penis and other embarassi

ing incidents pertaining To semen. After the Judge left Ms Cindy soccio discussed the photographs that were sent to Gretchen J Nelson Silva. I Believe Judge Fortunato JR Told This Honorable Court about This 11/17/06 incident. I was led away in shackles and waiting at the elevator. I heard them just like I heard Mr Brouilett on Sept 104. I also heard Mr Begones Tell Them about incidents at High security and intake center pertaining to cameras watching inmates he said you should see all the tapes I have. She said she did not hear that its illegal and thats not what they are suppose to be used for they recieved permission from a Judge. The fact I want to esta blish is that Ive Been observed with a camera and video taped since 1999 with out my consent the photographs and video tapes have been shown to a long list of people state police Doctors, nurses, psychiatrists, psychologist Lawyers, a Judge, counselors a female psychologist, naked obsene photos were sent to my ex girl friend and shown to her husband, and my son

seen them. on or near July 2003 I heard officer steve Fehnel Talk About These pictures and when I did. iT put A puzzle Together. Mr Brouiletts Remarks About A dildo. And parts of A conversation That I heard on July 2 2001 while suffering From A nervous Breakdown I wont Retell The whole Sordid history of Events. Begining on or near July 03 I came to sadly Believe I had a camera in My cell and I Complained To every one which resulted in Me Being Told I was delusional March 04 Sept 04 and April 07 and I was Told The same Thing By Ms elman. Since July of 03 until now Ive over heard ruffly Bits and pieces of at Least 3000 conversations By officers during Feedings parts of conversations ends of conversations Begining of conversations and whole conversations and Since They siu and Gary Bouley John douglas Took My TV I Learned To read a Little Lips. All said and done Theres 100 cameras in each and every cell. Just About every employee has Talked about how I have a class Action which means 100 cameras. every Time I write complaints To Authoritys All I hear is how My

camera is on A Locked Box. within A Couple Hrs I Establish Thats Fiction. Guards Retaliate AGainst Me For what The camera Sees me write in my cell. I will write How I Feel ABout a OFFicer who abuses Me and Then Flush iT down The Toilet. and Then he or her will do or say SomeThing To Embarrass me. They usualy write horrendous Fabricated allegations in The Form OF incident Reports. Ive Been Threatened By To Many OFFicers To cant How They will Say They seen me MASTurbateing To pictures OF children and My Son if I Sue Them or MAke Them open This up. Since c Block 2003 Ive Seen and heard officers Lose There Composure and SAy he better not MAke us open this up or a hundred different Threats useing The word open it up. I Believe it was 03 or early 04 The First Time I heard open it up. in I Believe 04 I heard C/o John douGlas Talk about inmates MASTurbateing and The size of there discharge and The name GAry whom iT I Believed To Be a inmate GAry Silva, I LATer learned GAry is GAry Bouley whom watches me

From main control on the 7-3 shift the man has torchured me brought me to tears countless times. his weapon a camera. Paul Mariorenzi has torchured me on the 3-11 shift as well as c/o Wo Jtanowsr a c/o McNulty watched me since 1999 and I believe he is the person who video taped me masturbating to which the tape was turned in to still shots and mailed to my sons mom. IN 2003 or 04 John Douglas and others did a skit leading me to believe there was no McNulty. I filed suit in state court nameing c/o McNulty. After my 1/17/06 court date I wrote a note to my self to do list c/o McNulty and put it on my desk I then heard a officer talk about what I wrote. I was then subjected to a night time cell search by a tactical team. This paper was stolen. I believe by a c/o Bulackua and I had an affidavit stolen w/s when. I believe they possibly switched my answer by the defendants. I'm not sure I thought I remembered McNultys name in the answer as a defendant. After the search there was no McNulty his

name is in The STATE civil claim AS A defendant. Ive not recieved his interrogatories. Ive not Been ABle TO write down The Thousands OF conversations Ive heard Because They watch and read my every word if I hide They do A cell search with out me present. and photograph my notes and legal work and work product actualy I dont have no work product privilege in my criminal pro-se or civil work. They use The camera TO watch. and Then during A cell search what They seen is sought out and photographed or stolen. This has been intense since october of 2003 Actualy since I started To complain. Ive wrote family, Ms Soccio, Lawyers, police and Judges. Begining July 2003 except for Ms Soccio, I was writeing letters dropping Them in The mail Box I would Then Go eat and hear officers discuss The contents Then AT C Block, I would either leave A sealed letter on my TV or drop it in The Box walk 20 seconds To The dineing room sit down eat and hear John douglas Thomas pierce charles north nicholas violonte Mr Spadoni

ect discuss the contents then while in F Block I would write a letter put it in the mail Box and hear the contents From paul Leduc Robert dennett, ave lino duarte, James henry, cheryl Bailey ect. one night I had a yellow legal envelope containing legal work I had wrote something in my cell. how Audrey elmen wore a listening device on me it was sitting on the mail Box cheryl Bailey entered the block with paul mariorenzi on 9/16/04 and told him the officer gets credit for pulling that threw. she said Audrey did not wear the wire. the listening device was in the hospital room. This turned out to be valuable information as SIU and Bill Begones secretely recorded me talking to a psychologist for years. As well as videotaped me masturbating. on 1/17/06 Mr eric croce of the R.I. state police said to Judge Fortunato Jr that Bill Begones was helping them with a sexual assault investigation they alleged took place when I was a adolecent. Guards torchured me and accused me of molesting a child when I was 14. I did not molest any children I was attracted to Audrey Elman the psychologist I wanted

To keep her interested so I pretended to be responsible for some unsolved murders that other people committed. On or near October 2003 I wrote an attorney and explained my lawsuit and asked him to represent me. He wrote me back and told me to send him what I got. I placed the suit in a yellow legal envelope and then hung a towel from the top bunk, hid behind it and wrote the attorney a letter about two murders, a 1982 W.W. murder and a 1981 North Kingstown murder. At some point I heard a Steve Fennel discuss how Bill Begones opened my letter attorney legal envelope and they discussed how Bill Begones questioned Captain Anderson about the letter I wrote the lawyer Mr Farley. I told Mr Farley Captain Anderson told me I had a class action, we all had a class action. I overheard him say it. He did not tell me. Bill Begones told Judge Fortunato on 11/17/06 he opened Mr Farley's envelope to keep me honest. Then when the Judge told him it was poison fruits he then said the envelope opened itself. He also admitted to

officers Listening in on my phone conversation To my Lawyer Kevin dwyer I was Talking To him About The cameras Mr Begones said They listened To me To keep me honest. when The Judge Told him He violated my Confidentiality. He Told The Judge How James Henry claimed To over hear me Talking To my Lawyer. what realy happen is Main control called Mr Henry Told him what I was saying Mr Henry left The Booth passed Threw Two doors as I hung up we still had A third door Between us. in Any event I said nothing illegal. Mr Henry called here At night when I lived in his Block. he called From his home To ask Main control IF I was Telling on him. To Find out what I was writeing About him in my letters To the court, police, Attorney Generals office. I Repeatedly Told on him For haveing sexual Affairs with Donna Gracie and Leisa Amy wood I heard him and Them Talk About it many Times. As well As him paying c/o Casandra petty For sex. Begining 3/30/06 I started To keep c/o petty

under surveilance. I learned From c/o Avelino duarte That c/o WoJTTANowsk was The one who watched me on The 3-11 Shift

I Then oBserved him Being questioned By c/o petty while I was working she asked him if She could call him to Find out what I was doing he said yes I Believe on 3/30/06 From Then untill I left The Block I wrote ms petty love letters I Gave her A pluses, stars, and watched her and others Bet on me From whether or not I would wash up, masturbate, to how many A pluses and stars I would Give her. I watched her win Lose. and develope sexual Relationships with numerous men For money rangeing up To 500 hundred dollars and once For 1000 I did not Get The 1000 Amount From her. I have hundreds OF Exhibits and I recieved Retaliation hundreds OF Times not By Bookings. For what I secretely wrote on my desk. and usualy Flushed. I cant write my mom what I want to say and I cant let her Tell me what She wants to tell me not in A letter or By phone

cause As soon As I write it or say it on The phone Im Harassed with it. Im positive About everything Ive said in this motion except for one thing The answer pertaining to Mr Mcnitts name. if there was not so much at stake Id say They switched The answer. Bill BeGones and Mr Grant had Access to The court File I heard Bill speak of The File on 11/17/06 To Judge Fortunato Jr. The ACI defendants were Told To lie in interrogatories By Bill BeGones who was Given The nod To fudge The interrogatories. This is an FACT. IF They dont watch everyone. why Are They so ascared why Fight Tooth and nail To keep something They dont use? why write Affidavits That They dont watch certain people. if Theres no camera. During 2004 and 2005 Ive heard offi cers in F Block comment how she had The whole Block masturbating last night. Ive heard Them Talk About other inmates! Theres inmates That Are now Finaly Believers. what does one expect when Guards Talk about what people do day in and day out. After reading Procunier v Martinez cite

AS 94 S.cT 1800 several Times Ive realized it pertains to me, when A letter is read it effects both parties and impinges on the interest of Both parties thats Grounded in The First amendment Guarantee of Freedom of speech. during and AFTer I write my private and legal letters Im harassed As Main Control informs Guards what I write and Then They laugh and Joke ABout what They Think it means Bill BeGones is The instigater. They watch me read law They learned A long Time AGo There Actions Are wrong. They have violated My liberty interest Thats Grounded in The First amendment Bill BeGones And The Guards Act AS AGents of The STATE Based on All his Admissions on 1/17/06. Im suppose To be protected By Arbitary governmental invasion see Board of Regents v Roth 408 U.S. 564 92 S.cT 2701 1972. Sostre v McGinnis supra 442 F2d aT 199. First amendment guarantees protect The Free and uninterrupted interchanges of ideas upon which a democratic Society Thrives: The First Amendment Serves not only The needs of The polity but also Those of The human

spirit - a spirit That demands selF ex pression such an expression is an inte gral part of The development of ideas and a sense of identity. To suppress ex expression is To reject The basic human desire For recognition and a FFront The individuals worth and dignity CF Stanley V Georgia 349 U.S. 557, 89 SCT 1243 such restraint May be The greatest displeasures and dignity To a Free and knowing spirit That can be put upon him

Wilkerson V Skinner 462 F2d 670 672, 673, CA 2 1972 and There are various intermediate positions, most notably The view That A regulation or practice which restricts The right OF Free expression

COFFin V Reichard 143 F2d 443, 445 CA 6 1944 Accordingly, prisoners are, in my view entitled To use The Mail as a Medium OF Free expression not as a privilege, but rather as a constitutionaly guaranteed right it seems clear That This Freedom May be seriously inFringed by permitting correctional authorities To read all prison er Mail correspondence. A prisoners Free and open expression will surely be re strained by The Knowledge That his every word May be read by his Jailors

and That his Message could Find its way into A disciplinary File. Be The OBJecT of ridicule, or even lead To reprisals A Similar pAll May be cast over The Free expression of The inmates correspondents. A Guard on This Morning OF 4/15/07 Beat Me For My BreakFast Juice OUT OF RetaliaTion For what I sent The State police on 4/13/07. yesterday AFTernoon on 4/14/07 I wrote some STUFF on A sheet OF paper placed it on My Sink Then Flushed it. A c/o Tyler is Alleged To of said he seen what I wrote when he walked By My cell To MAke it AdMissable. No I watched him he was in The Booth, I was working out I never left My door, cause IM not suppose To work out. Lee v Washington 390 U.S 333, 88 S.cT 994 1968. prisoners May also claim The protections of The due process clause. They May not Be deprived of Liberty or property without due process of Law Haines v Kerner 404 U.S. 519 92 S.CT 594. IM Being ThreaTend and SubJected To intiMadation Because IM Explaining Law To inmates and Telling Them some of what I know. Johnson v Avery says I May help inmates

and I should not Be Barred From Furnishing Assistance AT 393 U.S AT 490, 89 S.cT aT 751 The right oF Access To The courTS upon which Avery was premised is Founded in The due process clause and Assures That no person will Be denied The opportunity To present To The Judiciary allegations concerning violations of Fundamental Constitutional rights. The Recognition by This CourT That prisoners have certain Constitutional Rights which can be protected by civil rights actions would Be diluted iF inmates often Totally or Functionally illiterate were unable To articulate Their complaints To The courts. Ive Been Requesting Case Law From The Law Librarian Since January as well as Asking To have Law cases shepardised. Since January Ive recieved nothing! procunier V Martinez cite 94 S.cT 1800 Explains This is A Viola Tion oF My Access To courTS. wolF V McDonnell cite as 94 S.cT 2963 also says This is A violation To Access oF courts it also violates all inmates rights in High security To Access oF Courts By Trying To intimadate and Threaten me To Be quiet. wolF V McDonnell says

The Actions of Guards and Bill Begones is A violation of My Sixth amendment. see Wolf v McDonnell AT 2984 paragraph 18 Sixth amendment, its reach is only To protect The attorney client ~~priv~~ relation ship From intrusion in The criminal setting see Black v United States 385 U.S 26 87 S.CT 190 1966, OBrian v U.S 386 U.S 345 87 S.CT 1158, see Coplon v U.S 89 U.S App D.C 103, 191 F2d 749 (1951), Wolf paragraph 8 Some kind of hearing is Required at some Time before a person is Finally deprived of his Liberty.

IN determining The merits of A claim For inJunctive Relief AGAinst prison officials For Alleged violations of There constitutional Rights The court must Apply The standard of review For evaluateing prisoners constitution al claims which The supreme court Articulated in Turner. when a prison regulation or policy impinges on inmates constitutional rights The regulation is ~~invalid unless~~, valid if it is Reasonably Related To legitimate penological interest Turner 482 U.S AT 89 107 S.CT AT 2261. IN Turner There are 4 Factors Governing The Reasonableness Review of prison Regu-

Lations (a) whether There is a valid rational Connection between The Regulation and a legitimate government interest put Forward To Justify it (b) whether There are alternative means of exerciseing The asserted constitutional right That Remain open To The inmates (c) wheth er and The extent To which accomada-Tion of The asserted right will have an impact on prison staff, INMATES and The allocation of prison resources generally and (d) whether The regulation represents an exaggerated response To prison concerns Harris 941 F.2d at 1516 quoting Turner 482 U.S at 89, 91, 107 S.CT at 2261-63. Laurence is in cell E10 His window is directly in Front of The control center where They sit and often watch Laurence place in Front of his window. There is a metal Bar and Screen on The inside and a metal Bar on The outside. its escape proof. Laurence would Be un able To Get his head Threw or Torso even if There were no Bars. This policy is an exaggerated response The camera is used To watch laurence write legal work legal letters and work on

his civil and criminal work. Im not Allowed To obTAin discovery From the ACI. SIU, or Mr grant. But Maincontrol room Guards and Bill BeGones Are Allowed To watch me and video TApe me. They watch me urinate deficate and masturbate and imatate my movements in The control center They LAUGh AT me and harass Me. Bill BeGones is showing people in and out of prison nude obscene video Tapes and photoGraphs of me. he showed and Told people AT providence superior court. I Get LAUGhed AT when I Go and Im The Joke. Boddie v Schnie Der cite as 105 F3d 857 Sexual ABuse May violate contemporary standards of decency and can cause sever physical and psychological harm. Jordan v Gard ner 989 F2d 1521 1524-31 For This ~~doubt~~ reason There can be no doubt That severe or repetitive sexual ABuse of and inmate by A prison officer can be oBJectively sufficiently serious enough To constitute an eighth amendment violation, Rhodes 101 S.cT 2399 Sexual abuse of a prisoner by a corrections officer has no Legitimate penological purpose and is simply not part of the

penalty That criminals pay For Their OFFenses against Society. Since I STARTed sueing in The LATE summer FALL OF 2003 corrections have Threatend me with photoGraphs OF My self MASTUrbating ~~and~~ and photoGraphs OF what They claim was A dildo every Time I START TO do LAW work That exposes Them or Tell inmates My knowledge. I hear Them TALK about An embarrassing incident. LATely They have TAlked ABOUT incidents From 1998 and 2000 and Are Threatening TO Give iT TO all inmates in discovery. I Except The challenge Lets do That. its not By coincidence They Just happend To see me MASTUR bateing Thousands OF Times Since 1998 and Just happend TO video Tape me They Tell Female GUARDS LOTS OF Em barrassing STorys That Took place on My Bed or Toilet, And They use iT TO harass me, GriFFin v Michigan Dept OF Corrections cite AS 654 F. Supp 690 Ed Mich 1982 in an attempT TO Formulate a More specific criteria For determin ing The Boundaries OF an inmates rights To privacy a California Superior CourT in Sanluis obisbo county held ThaT no

privacy rights exist For prisoners to successfully complain of their bodies being viewed in what ever condition or positions their bodies then happen to be unless such a viewing is conducted For purposes of (1) embarrassment of the prisoner (2) sexual emotional gratification of the viewer (3) infliction of cruel and unusual punishment. I hit the Trifecta, They all Gamble on what I will or wont do in my cell, Main control views me with the camera. They laugh and Gossip about me all day every day For years and no one will stop them they laugh at the size of my penis and talk about my penis all the time, Male Guards tell Females how much Bigger theres is. All this Gossip and Betting at my expence has led to numerous acts of Adultery and acts of prostitution and then when I tell they retaliate.

Parratt V Taylor 451 U.S. 527 101 S.CT 1908 The court held that a prisoner has a Limited privacy right in his cell entitleing him to protection against searches conducted solely to harass and humiliate, Fortner V Thomas 983 F2d 1024 inmates retain certain Fundamental rights of

privacy
STATE V SAMuel L. EphRaim 80 RI 321 96 A2d 641 1953 RI Lexis 70. Mr BeGones Actions OF Exhibiting objectional Matter whether For The purpose OF Sale, loan, circulation or any other reason what so ever He would Be Guilty OF The OFFense Charged. STATE V BradFord & DuFour 98 RI 120 206 A2d 82 1965 RI LEXIS 405. DeFendant was charged with possession oF oBscene MoTion picture FilM For The purpose oF Loan in violation OF RI General Law 1956 11-31-1. Mr BeGones running Around showing LAwyers counselors psychologists, psychiatrists doctors, STATE police Cindy Soccio, DonnA Oracie, video Tapes, and photographs OF Me MASTurbating and showing people Me deFicateing and The size oF My deFication is A violation OF My civil RiGhTS. ALTON Best V District CourT oF Columbia 1991 U.S District Court Lexis 5435) (SlayTon V Willingham 726 F2d 631 1984 U.S. App Lexis 26033) (York V STory 324 F2d 450 1963 U.S App Lexis 3883) Best V DisTrict OF Columbia CiTe as 743 F. Supp 44 Huskey V NATional Broadcasting Co inc cite As 632 F. Supp 1282) SMith V Fairman CiTe As 98 F.R.d 445 1982 Are all

privacy. Miles v Bell 621 F.supp 51 privacy right. Jones/Seymour v LeFBVRe cite as 781 F.supp 355 Fourteenth amendment privacy right. williams v price 25 F. supp 2d 623 right To privacy, confidential communications Sepulveda v Ramirez 967 F2d 1413, 1415 9th cir 1992 inmates retain right To bodily privacy. Mitchenfelder v Summer 860 F2d 328 333-34 9th cir 1988. Bill Begones A ACI investigater running Around showing Females and Males in and out of prison pornographic photographs and video TApes of me in Bed MAsturbateing and doing obscene sexual Things To My Body is A Violation of STATE and Federal Law. He Goes To My Sons Mothers house and Tells her what The MAin control room officers claim To of seen Me doing while in My cell, with The use of A concealed camera, he uses The Guards As secret informants IF I see a picture of A child or read A case about rape or sexual Assault As Many Law cases deal with different subjects and if I masturbate later in The day or night The cameras informants Tell everyone I was Gratifieing My self. To These

cases dealing with prison privacy and Being Filmed with out there consent. slayton Has to do with A prisoners photo Graphs. York v story deals with A Female victim Being photoGraphed Smith v Fairman I. Believed recieved some negative Treatment. on pages I said I heard 3000 conversations, during Feedings since 2003 also during med call. The Guards and Mr Begones claim I make all this and other stuff up then when cornered they say I read there Lips, Then when cornered they say I didnt say it. hes putting words in my mouth, John douGlas spoke of inmates masturbating in A Block. said the cameras were wireless and they came in fuzzy down there cause of the distance A Block is protective custody! I never read Mr douGlases Lips I didnt start reading Lips untill F mod I learned watching James henry and Avelino duarte returning From Lunch Break Telling each other what Gary bouley told them he oB served me doing or writeing with a camera and I watched them in the morning and I Listend to them while

working They would laugh at me and Talk about me. The whole complex Talks about The size of my penis and laughs at me Because of main control room Guards and Bill BeGones secretely Filming me and showing people video Tapes and photographs of my erect genitalia. Mr Begones on 1/17/06 Told a Judge in The presence of Female civilians That I Told a psychiatrist my penis was a certain size and said I have pictures of his penis right here. what Business is it of his or any of The correctional officers with all due respect They have some serious issues.

Lewis v Casey cite as 116 S.cT 2174 1996 says convicted criminals retain some of The liberties enjoyed by all who Live out side Those walls in communities To which most prisoners will someday return Cruz 405 U.S at 321 92 S.cT at 1081 Freedom To communicate with The out side world. Thornburgh v Abbot 490 U.S 401 109 S.cT 1874 1880-1881(1989 and The Freedom To petition Their government For a redress of grievances Johnson v avery 393 U.S. 483

485. 89 S.CT 747, 748-749 1969 while The exercise of These Freedoms May of course be regulated and constrained by Their custodians, They may not be obliterated either actively or passively As of This date 4/15/07 ~~I will Refrain From Talking To Inmates About My Law suit To protect My self Against Fraudulent Fabricated statements By Correctional Guards and~~ inmates. I Believe C/O worden spit in My Juice at Lunch a result of what I write in My cell. Hes MAd For what I write and because I Told on him For cheating on his wife with a prostitute. I dont need inmates.

STATE V Cole 672 A2d 115 Silent witness Theory applies To videotape evidence. 2 McCormick on evidence 214 at 17-18 Accord 3 photographic evidence 1294 at Supp 106 commenting That videotapes May Be Admitted either To illustrate Testimony or as A independent Silent witness

IM Asking This Honorable Court For an INJunction Based on all I have Avered and I cite Farmer V Brennan cite as 114 S.CT 1970 1994

Estelle v Gamble 429 U.S. 97 S.cT 285, 297 The Eighth amendment prohibits all punishment physical and mental which is Totally with out penological Justification. Mr Begones all so lets Guards Listen To Tapes of me Telling A prison psychologist about me Being molested as a kid. The Tape depicts me crying they Think its hilarious. I ask for an INJUNCTION To have The camera removed From High security E 10, That The video Tapes Be confiscated as well as All Audio Tapes of me Talking To Audrey elman The psychologist as well as All photographs depicting me in my cell. This is constant and a on Going violation of my Farteenth amendment right To privacy due process and Liberty as well as my First amendment. Fortner v Thomas cite as 983 F2d 1024 Paragraph 13 we are persuaded To Join other circuits in recognizeing a prisoners constitutional right To Bodily privacy Because most people have a special sense of privacy in Their genitals, and involuntary exposure of Them in The presence of people of The opposite sex may be

especially demeaning and humiliateing Jordan V Gardner None of The Eighth amendment cases decided by The Supreme Court This district or any other court of appeals has upheld a pain inflicting measure simply because prison officials implemented The policy To address A legitimate government interest. Jordan V Gardner cite As 986 F2d 1521 9Th cir 1993 Gives me precedent. Liu v Striuli cite as 36 F.Supp 2d 452 R.I. Gen Laws 9-1-28.1 privacy Act of RI. Gen Laws 9-1-28.1 The General assembly created a universe of statutory privacy rights in 1980 The privacy act adopted The Formulation of Four common Law privacy Torts out Lined in The restatement. as a matter of Basic human decency ~~More deserving of~~ it is difficult To imagine Something more deserving of The right To privacy Than ones own body see russell 649 F. Supp at 404. All The Federal Law I Read none of The Federal Courts cared how A Judgement would Look. There decisions were based on Federal Law. I have numerous ACI defendants who are caught Lieing under oath Trying

To Frame me For Fraud. in Light of the well documented situation regarding siu Bill Bebones Louis riccis Long on going relationship with the State police and Ms Soccio As well As Louis riccis Extramarital Affair with Audrey El man the prison psychologist And All The Acts of prostitution IN High security By Guards The Betting And The Fact They are Busted Cold For watching me and secretely video Tapeing me since 1999 all most 8 years, Actually since 1998 But I cant prove it At This Time. I Believe They were heard Adding A second camera in 1999 so They could watch me masturbate. I Find This Fraud Allegation very entertaining comical and Based on Bill Begoneses Admissions on 1/17/06 That he had Guards watch me eat since 2003 To make A record For The police To show I was Treated properly and Ate while writeing implicating Letters, in Fact it corroberates Guards Acted Like commentators harassing me while I Ate. comparing Food To penises I slept very little From Late June 03 untill probably Late June 28 04, Avelino Duarte wore A wire on me

and corroberated That I was Torchured down e module. on Thursday a c/o worden came To my door 4/12/07 and Told me S.I.U SAid I Made 2 phone calls on Tuesday and Told me I was Booked, on 4/10/07. I Tried To call My Mom. AFTer some one else may have used The phone. I'm not sure in any event on The morning of 4/10/07 I Never got an answere. every phone call is recorded By A computer I Tried To call her AGAin AFTer 1 PM and Got threw Thats The only phone call I made since March. I complained To My Mom and Told her how c/o worden pays c/o petty For sex and I Told her how c/o dennett cheated on his wife with a nurse Fogarty. Everyone Knew what I said As They Listen To My call. I Told My Mom I was Gonna File A class action For violating The First amendment. I Believe This is why I was Told I was Booked on 4/12/07 For makeing 2 phone calls. I subpoenard TAPE recordings From This Building in 1999. They STATE The DATE and Time of The call. I Talked To no one on Tuesday morning 4/10/07 as They allege! Since 03-04 Ive made several complaints ABOUT ACTS OF prostitution. Theres A Female c/o petty who has

Made A LOT OF Money OFF MAle correcTional officers. This has been going on For a Long Time. Bill BeGones The SIU. A in vestigator had my cell searched 11/?/07 To have my CAlenda photoGraphed after The cell search Mr Begones Took c/o petty off her post. Brought her To The STAFF house showed her photographs of me, possibly photos of my son As Ive heard. he Then Took her To his house and had sex with her. and smoked A Joint. This MAN in A position of power in stead of Fireing or suspending people Joined Them. he Told every one he heard So much about her he wanted To see For him self. women Are Arrested every day For prostitution A LOT OF This Acti vity is directly involved with me. Guards TAKE Time OFF on MenTAl STress. Ive Been useing sheets of paper since The spring of 04 To Tell people To Go F them selves. A Good 3 years. They still Tell These officers every morning every rotten Thing I write in here. I write it on my Bed. I Then will sit on my Toilet or STAND AT my Toilet or place it on The sink or Bed read it Flush it. Before days end The whole complex

Knows I'm Sorry This is so Long But This is very short, I'm A convicted murderer. Ive Been very much A model inmate and have not hurt any one in 10 years. Thats All I have. I'm being psychologically and mentaly Tortured. U.S. V Robert Vigent A R.I. U.S. District case says Even unsavory individuals have rights. As To The yellow Legal Envelope Bill Begones opened with The letter pertaining To Two murders and As A result of Guards watching me write with A camera. I Learned A phylis perry a long Time Ago wrote A statement That her husband confessed To her over The phone while drunk That he accidently shot A W.W man during A Robbery in 1982, I Also Learned The weapon was a 357. I Learned That A inmate nicknamed cowboy wrote a statement That A Mr hughes Told him he killed A North Kingstown women in 1981. and I heard other details From Guards I was in Coos County Jail west Stewerts Town N.H. it was not me. This is A small Fraction of The damage Thats Been done By Bill Begones it Just Goes on and on and like A nightmare They Are

are watching me now. I'm only Being Allowed To order one pad a week Todays monday I'm down To My Last 3 sheets of paper I'm Asking For an InJunction and a Restraining order. I have A Forteen th amendment privacy interest in The video Tapes and photographs. As well As A First Amendment right To Freedom of speech with my mother Lawyers, police, Judges, Ms Soccio and If I want To Talk About A person By writeing on paper in my cell and Then Flush it I should Be Able To Bill BeGones And the MAJority of These officers have some serious issues. Also see U.S v Grace cite as 103 S.ct 1702 1983)

Where For I pray This Motion will Be Granted

Respectfully

cc/

Norman Lawrence

5/7/07

copy To Michael Grant