UNITED STATES DISTRICT COURT
For The District OF Rhode Island

Norman Laurence

V

CA. No. 07-081 ML

A.T. WALL, eT al

MoTion For ReconcideraTion AGAin

With all due Respect Now comes The plainTiFF in This ABove matter Norman Laurence JR and Moves This Honorable court To compel Mr A.T WALL eT al To Allow norman Laurence To copy A 80 page civil complaint CA No 07-081 ML To serve approximately 60 ACI DeFendanTs. in The reconcideration MoTion you said I asked For The DeparTment oF CorrecTions To provide 6,264 photo copys of documenTs, and you STATed PlainTiFF has presenTed no new FacTs or legal arguements which would alTer This courTs previous order. with all due respect I sent you everyThing BuT The KiTchen Sink. The Federal courT civil rules STATe PlainTiFF has To serve deFendanTs with The civil

claim within 120 days of Fileing The civil claim. I assume its 120 days Ive Been asking the ACI defendants For a Federal civil rule Book For All most a Month now your Honor Granted me Forma pauperis on Laurence v A.T. Wall CA No 07-081 ML on 4/17/07 I Recieved several waiver of service of summons and notice of Law Suit and request For waiver of service of summons From Mr David A. DiMarzio and it says Re- Norman Laurence v Ashbel T. Wall, II et al CA 07-81 ML and it says pursuant To Rule 4 of the Federal Rules of civil procedure you are required to effect service on the named defendants and it Tells me how to do it via interdepartmental mail a copy of the complaint along with the attached Forms. with All due Respect I dont see how I need law or a legal arguement Im pro-se in prison. Again with All due respect the Federal court civil rules dictate whats To Be done. Ive Been Granted Forma pauperis 28 U.S.C 1915 Twice For case 07-081 ML and For case 07-066 ML So its Been Established I have no money or not enough. To serve 60 defendants I need 60 copys of a 80 page civil

claim so I can Follow The Rules and LAW OF United STATES district court. The First Alle GATion in This 80 pAGe civil claim STARTS AT MAY 20Th 2004 All MOST 3 years AGO According To The LAW I have less Than 3 years From May 20Th 2004 To serve defendants. Today is 4/27/07 I have 20 dAys Be For The statute of Limitations runs out. I sent The other 116 PGe civil claim To Be copied on 4/17/07 I still have not recieved it. I dont have The money To pAy For copys. I'M Asking For A FAir and impArTial decision Thats decided By A impArTial Judge who determines The MoTion BAsed on U.S. district court rules and Federal LAW. you SAid My Request is burdensome. These LAW SuiTs Reflect on The ABuse and TorMenT Ive Been subjected To For years As well As The FACT The reason I'M in FederAl Court is CAuse The MAJoriTy oF defendAnTs lied under oath To conceal several CAuses OF Actions And Honorable Judge ForTunato Jr Told Bill BeGones a defendant That his Actions and Theres were Fraud and perJury. I'M Being ABused and TorMenTed with A CAMera By people who hate Me! I need To serve defendants with These LAW SuiTs now so I can serve Them with

An inJunction. I wrote Judge Mary M Lisi LAST night I Explained how I Feel My Mental health is deteriorating I Explained IM Talking Backwards and stuttering. on 4/26/07 C/o Leduc came To My Trap at 720 AM and shut it he Knew My Appeal was denied. I started 5 days Loap no rec. on 4/27/07 AFTer Judge Lisi's Letter was picked up C/o Leduc came To My cell and nodded his head To Me. Asking Me iF I wanted rec. when I responded Loudly he did it again To Make Me Talk Twice. Then All day C/o dennet Asked Me questions pretending not To hear Me or understand Me once in Front of The nurse dick. This was To contradict My Letter To Judge Lisi. C/o Leduc Knew I have no rec. C/o dennette Asked Me questions They all ready Know the answere To. IM Being psychologicaly ABused, Mentaly, Emotionaly, STalked and sexualy harassed with A camera. I can Lay on My Bed For 2 Hrs AT Any given Time I can do someThing. They will TAlk ABouT iT. IM in restraints and I Feel Better since My letter To Judge Lisi on 4/26/07. I Know you's decide cases Based on Fact And Law. not Emotion-The Fed Rules and Law over The ACI is To Be ~~orderd To Allow Me copys so I May serve~~ Them with Accordance To Federal rule 4

# LEGAL Arguement

chavers v STUMMer cite as 786 F.Supp AT 757 paragraph(1) in order To authorize a litigant To proceed in Forma pauperis The court must make Two determinations whether The Litigant is unable To pay The costs of commencing The Action, and second whether The Action is Frivolous or Malicious. The court is obliged To give Mr chavers pro-se allegations however inartfully pleaded a liberal construction see Haines v Kerner 404 U.S. 519, 520, 21, 92 S.cT 594, 595-96. Mr chavers Filed an AFFidavit of indigence showing he has no Assets and The Court was satisfied he is unable To pay The costs of commencing his actions. Both My civil cases Are Docketed For Jury Trial, I need To serve The defendants. IN Gale v U.S. Government cite as 786 F.Supp 699 Paragraph 4 Merely asking The FBI For a referral To The C.I.A is not sufficient see Fed R. civ. 4(d)(4)(5) Accordingly The court lacks Jurisdiction over The ciA and all claims against it are dismissed. Wolf v McDonnell cite as 94 S.cT 1974 and Johnson v Avery The right To Access of The courts upon which avery was premised is Founded in The due process clause and Assures That no person will be denied The oppurtunity To present To The Judiciary allegations concerning

violations of Fundamental constitutional rights. see procunier v Martinez cite as 94 S.cT 1800 AT paragraph 21 The constitutional guarantee of due process of Law has a corollary The requirement That prisoners be afforded access To The courts in order To challenge unlawfull convictions and To seek redress For violations of Their constitutional rights. Regulations and practices That unJustifiably obstruct The availability of The right of Access To courts Are invalid Ex part Hull 312 U.S. 546, 61 S.cT 640 (1941). The ACI has A policy I'm only Allowed 200 copies per Month. Ive asked permission To Exceed This policy I'm Told I'm indigent. I was denied copys when I had $38.00 in my Accont. I cant copy This Law suit with out A court order. This is my Third request. May 2007 The statute Expires on A very important incident. Guards Are saying you Fudged my motion on purpose I dont Believe That. They are Laughing in my Face and watching me every second As well As what I write. and They Are Tormenting me and Sooner or Later. I will prove They have grossly violated my Constitutional rights. with all due respect I pray This Motion will Be Granted.

Respectfully
Norman Laurence