United States District Court For The District of Rhode Island

Norman Laurence Jr

CA No 07-081 ML

V

Ashbel T Wall 11 etal

# OBJection To Recommendation

Honorable senior united states Magistrate Judge Jacob Hagopian I oBJect To The dismissal. But I do aGree That I violated rule 8. and I Think it would Be in my Best interest To Amend The Law suit Ive reduced the defendants down To 32 To reduce Any Further would open me up To A indispensable party defense. Theres no Law AGAinst Sitting in Main control center watching me with A camera and video Tapeing me. But Theres A Law AGAinst sending photoGraphs To society and theres A Law AGAinst driveing me nuts and Theres A Law AGAinst Lieing under oath, committing Fraud, and concealing A cause of Actions so Ive sued Those who I Believe are Responscable I received A MeMoranDuM

and order From you April DATed 4/17/07 Granting me Forma pauperis To File norman Lawrence v Ashbel T wall eT al CA NO 07-081 ML. That Gives me 120 days From 4/17/07 To accomplish Service of process Bringing me To August 17 07 This is June 18, 07 with All due respect I Ask permission To Amend The civil claim CA NO 07-081 ML. and conceed That civil CLAIM 07-066 ML is in violATion of Rule 8. And I RespectFully request That I not Be charged The $350.00 FileIng Fee For 07-066 ML As I have no JOB and I Get very Little Money which is used For copys co-pay medical, stamps writing materials I own 3 pAirs oF underware one is in BAd Shape I cant AFFord Things I want. you said Both CLAIMS were closely relATed, I was charged Two FileIng Fees Ive pAid 25.00 So FAR Towards The $700.00 Some courts have held That The court may move To dismiss sua sponte on its own motion As Long as plaintiff is given notice of The deficiencies in The complaint and an oppurtunity To amend The complaint To correct Them or dispute whether dismissal is Appropriate See Slangal v GeTzin 148 F.R.D 691, 698 (D.neb 1993) see neitzke v williams 490 U.S at 329-30 see Kilgo v ricks, 983 F2d 189, 193-94 (11th cir 1993 Requiring district either To Appoint.

Counsel, Assist The pro-se Litigant in completing The procedures, or skip some of The procedures I dont want A Lawyer. see Frazier v coughlin cite As 850 F2d AT 129 Should Be Freely Afforded oppurtunity To Amend his complaint I Respectfully disagree That I ramble and Aver That All defendants And parties but A Few constantly say Things wrong so I will correct Them They do This To show IM not nuts while Trying To drive me nuts. AGAin. And with All due respect its repetitive cause There Abuse is constant And no one will stop them.

when I Got your reports on Thurs day They All LAUGhed AT Me exspecialy Worden. I Guess Mr Grant Got A Copy. They Thought you Threw Them Both out

I will Be sending my Amended complaint, it will Be under 45 pages no more Then 32 Defendants it will cost under 75.00 To serve and I have $75.00 in My Frozen Account. The Amended copy will Be Mailed As soon As IM Allowed copys.

With All due respect I Ask That 1:07cv81 and 1:07cv66 Be Treated As one And That I Be Allowed To Amend Makeing 1:07cv081 ML The controling case As I still have 2 Months Left To serve defendants And That I only

Be charged one Fee. Mr Grant said he would Except service For Mr Ashbel T Wall II and Then Told me He received 107 CV 66 ML he never answered me on The other. I do ramble I stand To Be corrected. Judge Fortunato Jr said Im mentaly challenged. the Guards Are still watching and still laughing

Where Fore I pray This Motion will Be Granted

Respectfully
Submitted
Norman Lawrence 6/19/07

I was unable To obtain civil Rules of Federal court For obvious reasons. Guilt!

See Luckett v Rent A center, inc cite as 53 F3d 871 paragraph 1-6 District Judges must heed The message of Rule 8. The pleading stage is not The occasion For Technicalities. Thats all Im able To Get my hands on.

I obtained rule Book 6/19/07 was not Allowed To copy This motion can you wait For my amended complaint before decideing the dismissal please