United STATES DISTRICT COURT FOR
The district OF Rhode Island

Norman LAUrence Jr

V CA No 07-081 ML

Ashbell T WAll II ET AL

Motion TO Transfer Funds TO open account

plAintiff Norman LAUrence Asks this Court TO compel Ashbell T WAll II TO Allow me TO copy my 35 pAGe civil complAint And TAke the Funds From my Frozen Account I have 75.00 in my Frozen Account the costs of copys come TO 82.25

Where Fore I pray This Motion will Be Granted

RespectFully
Submitted
Norman Laurence
7/5/07