UNITED STATES DISTRICT COURT FOR
the district OF Rhode Island

Norman Laurence JR

✓ CA NO-07-081 ML

Ashbell T WAll ET AL

MOTION TO AMEND RULE 15

PLAINTIFF Norman Laurence Moves This Honorable Court TO Grant This Motion To Amend This 35 page civil complaint 121 paragraphs and 47 defendants To comply with civil Rule 19 Joinder of persons needed For Just adJudication. I Aver defendants conspired To conceal several causes OF Actions. U.S. V Easley cite AS 927 F2d 1442 paragraph 7 18 U.S.C 1461 PHE inc V united STATES Dept of Justice 743 F. supp 15, 20, 19. (D.D.C 1990) The department OF Justice and The postal inspection service Joined in A nation wide crack down on violators useing The Mail To distribute OBscene Materials and 18 U.S.C 1341 Frauds and Swindles where Fore I pray This Motion respectfully will Be Granted

7/5/07 Norman Laurence JR