United States District court For The district of Rhode Island

Norman Laurence JR

V

CANO-07-081 ML

Ashbell T WALL II ET AL

# COMPLAINT

The plaintiff Norman Laurence JR is sueing defendants For violating his First amendment right To Freedom of speech and For Freedom of Thought. and For violating his right of access To courts. For violating his Fourth amendment right To Be From From illegal search and seizure. For violating his sixth amendment. For violating his Eighth amendment To be Free From cruel and unusual Treatment, punishment, and cruel and unusual Living conditions. For violating his Fifth and Fourteenth amendment right To due process, Equal protection of The Laws. For violating his state and statutory right To privacy By useing The U.S postal service To commit Fraud

and a swindle, a scheme, distribute, Furnish For a unLawFull purpose in violation OF Federal and state Laws. oBscenity Laws, Defendants viola Ted My rights By watching me 24 Hrs a day video Tapeing me and sharing This with society, Females. They used This and audio Tapes To deFame, demean and humiliate me, it was used For entertainment Gambling, sexual harassment, calculated harassment. Retaliatory Treatment For what I wrote officials. I was subjected To a constant Restraint and strip search. That served no penilogical interest. There actions were Fraud. perjury with deliberate indifference, Malice, Callous. They intentionaly inflicted psychological pain From 2001 Through 2006 haveing Mental health Tell me Theres no cameras and Telling me I'm delusional. I was denied mental health Treatment The Director and superiors did nothing To stop The abuse and Tried To conceal it causeing me, Depression, stress, anxiety, medication. while useing a camera To investigate me For an alleged sexual as sault They claim happend when I was 14 years old. They violated my inmate Therapist confidentiality By Tapeing me and useing it For entertainment

# JuridicTion

1) This Honorable court has Jurisdiction over plaintiffs civil claim and it is being Filed pursuant To section 9-1-2 9-1-4 9-1-20 9-1-28 9-1-28.1 9-1-30 9-1-41.

2) This civil action is Being Filed as a 1985 and or 1985(3) civil rights action and a Eighth amendment claim and 1983 U.S.C.A

# PARTies

3) The plaintiff Norman Laurence is incarcerated AT High security A.C.I cranston RI

4) Defendant Jake Gadsden is The associate Director of The Department of corrections High security cranston RI and is being sued in his official individual capacity

5) Defendant Ashbell T Wall II is The director of The department of corrections cranston RI. and is being sued in his official and individual capacity

6) Defendant James Habershaw is A officer at High security and is being sued in his official and individual capacity

7) Defendant James weeden is The warden and Former deputy of high security he is Sued in his official individual capacity

8) Defendant Michael Reynolds is The Former Deputy of high security and is Sued in his official and individual capacity

9) Defendant Arnold anderson is The Captain of high security and is sued in his official and individual capacity

10) Defendant BarBara Headen is The captain of High security and is Sued in her official individual capacity

11) Defendant John Lopez inspector of High Security is sued official and individual capacity

12) Defendant Bill Begones is investigator of High security and is Sued official, individual capacity

13) Defendant Joseph Forgue investigator of high security is sued official individual capacity

14) Defendant Louis ricci was an investigator at High security is sued official individual capacity

15) Defendant Avelino Duarte is A officer at High Security and is sued in his individual capacity

16) Defendant James henry is a officer at high Security and is sued in his individual capacity

17) Defendant Donna gracie is a officer at high Security and is sued in her individual capacity

18) Defendant paul Mariorenzi is a officer at high security and is sued in his individual capacity

19) Defendant Gary Bouley is A officer at high security and is sued in his individual capacity

20) Defendant Edward Gannon is a officer at high security and is sued in his individual capacity

21) Defendant Albenzio Dimezza was a officer at high security and is sued in his individual capacity

22) Defendant charles north is a officer at high security and is sued in his individual capacity

23) Defendant Kevin Manning is a officer at high security and is sued individual capacity

24) Defendant Brian Dauray is a officer at high security and is sued in his individual capacity

25) Defendant Jeoffroy Brouilette is A officer at high security and is sued in his individual capacity

26) Defendant John Douglas is a officer at high security and is sued in his individual capacity

27) Defendant Thomas doyle is A Lieutenant at high security and is sued Individual capacity

28) Defendant Steven Calise is a officer at high security and is sued individual capacity

29) Defendant Carol Getter is a Lieutenant at high security and is sued individual capacity

30) Defendant Steven Fennel is a officer at high security and is sued individual capacity

31) Defendant Michael Grant is an attorney and is sued in his individual capacity.

32) Defendant Tony Amaral is a counselor at high security and is sued individual capacity.

33) Defendant Leisa amy wood is a officer at high security and is sued individual capacity
34) Defendant nicholas violonte is a officer at high security and is sued individual capacity

35) Defendant Robert Simpson is a officer at high at high security and is sued individual capacity

36) Defendant Audrey Elman is sued in her offi cial and individual capacity as psychologist

37) Defendant Eric Croce is a commander of the Scituate state police sued official individual capacity

38) Defendant Joseph Triadade is a officer at high security and is sued in his individual capacity

39) Defendant Gregory Belisle is a officer at high security and is sued individual capacity

40) Defendant Ronald renshaw is a officer at high security and is sued individual capacity

41) Defendant Alfred Zannini is a officer at high security and is sued individual capacity

42) Defendant pearlene Mangum is a officer at high security and sued in her individual capacity

43) Defendant WoJTanowsk is a officer at high security and is sued in his individual capacity

44) Defendant Mr Mcnulty is being sued in his indi vidual capacity as former M.C.C. officer

45) DeFendant cheryl BaiLy is Being suedin her OFFicial and individual CAPAcity As nurse

46) DeFendant Scott oliver is Being sued in his OFFicial and individual capAcity as oFFicer

47) DeFendant Sandy SMooT is being Sued in his oFFicial and individual capAciTy. oFFicer

48) DeFendant william rossi is being sued in his oFFicial and individual CApacity oFFicer

49) DeFendant GreTchen Joan nelson silvA is being sued oFFicialy and indlviduaLy EX Girl Friend

50) DeFendant John and JAne does Are Being Suedin There oFFicial andindividual capacity

FACTUAL ALLEGATions

51) Some Time in 2001 an employee or employees with access To main conTrol cenTer Took video TApes ThAT depicT plAinTiFF in A Cell AT high security MAsTurbaTing and Turned These TApes in To phoTo Graphs And used The U.S. posTAl service To MAiL Them To GreTchen silvA who Fraudulently circumvenTed My parenTal rights To chAnGe our sons nAMe To John doe

52) Between 2001 and 2003 Ashbel T Wall II The Director of The A.C.I. Authorized his Legal department Michael Grant To settle A Claim with Gretchen Silva That pertained To nude obscene photographs of me at high security and They Made a Confidential agreement and a out of court cash settlement.

53) on 7/2/01 After Listening To officers Talk about how I was on Tape up There doing Things To My self, and That The special investigation unit and State police were Given My psychiatrich Tapes To use To investigate. & and after Being stalked and Threatend and Told My son was Killed and That My Family did not want To Tell me. I Asked To see Audrey elman The psychologist.

54) on 7/2/01 when Audrey elman enterd The room I asked her if My son was dead she Said no. she Then Left To speak To Louis ricci The investigator. I Thought I heard him Say That My Son's Mom was gonna Let me see My Son until she seen how sick I was. Ms elman said Im Telling him. he Said no. She said he has a right To know. he said we will have To put him in a straight Jacket you can Tell him when he Goes out of state.

55) on 7/2/01 Ms elman came back and while Telling me my son was not dead her chin Buckled. she all most cried I was refused protective custody and Transferd To intake center For observation

56) on 7/3/01 I was Transferd To High security seg where I heard Albenzio Dimezza say I Thought I was slick unplugging the Tape recorder and how wall Got me on Tape with a mini Tape recorder he had in his suit Jacket pocket. Mr dimezza said he was Gonna get This From his Father in Law. The psychiatrich report By DR wall.

57) on 7/5/01 after Being harassed By Mr dimezza and Simpson, Manning about This Report I wrote Honorable Judge netti ann vogel and complained To her about my Treatment, the murder of a Boy or my son and That I Thought I heard people Talking about a Camera or Tapes and That I was in Fear of my Life The state police never came To see me. I Think I Told her how I heard Mr ricci Talk about my DR wall psychiatrich Tapes. and how people were Trying To give me Aids.

58) July 03 After Being harassed By officers and inmates About A court orderd psychiatrich Report I wrote the attorney General office implicating inmates for unsolved Murders and after writing the Letters and placeing them in the mail Box, I would hear the defendants and parties talking about the contents of the Letters and I noticed that LT Getter and LT doyle were watching me eat.

59) During the Month of July 03 while eating in the dineing room I heard Mr Fennel say that my exGirlFriend got a settlement from the ACI and that it was kind of hard to deny they were of me Because of the top of my TV and Legal work and my name.

60) on July 14 03 AL Benzio DiMezza came back to work and while eating in B Module Dineing room I heard him tell Mr Trindad I heard Laurence was soaking his Hemeroids this Morning. He passed around his own psychiatrich report. Mr Trindad said no the State said he never had it, I heard he Ratted on ricky silva wait untill I tell him. All the good things he said about him.

61) On July 14, 03 I was Transferd To C Module where I heard Mr Manning Tell Mr Trindad That Bill Begones Let him Listen To A Tape recording of Me crying while Talking To Audrey elman about how I was Molested As A Kid. Mr Manning Said Thats Some Funny shit.

62) On July 22, 03 I wrote Honorable Judge Fortunato Jr complaining I was being harassed with a camera and a psychiatrich report. I also wrote him Telling him That officers Said I was Found insane and That This was My I.M.H. and I wrote Mr A.T. Wall complaining about This camera and Mr Manning ect.

63) During The Month of October 03 Mr douglas went into My cell C 10 and Took a Letter That was addressed To The attorney general office and Mailed it

64) While eating in C Mod Dineing room I heard Mr douglas and Mr Pierce at different Times Talk about Mr BeGones having sex with Audrey elman and how he showed her a Tape of Me Masturbating and Mr Pierce Said he seen SIU Taking video Tapes out of The SALLY PORT

65) While in C Module dineing room I heard Mr douglas Say That a Blond Female was seen in The room watching Me Masturbate. and That she Said I had More Then a hand Full I Then wrote A Law office asking For representation. A Sean F Farley wrote Me back Telling Me To Let him See what I Got.

66) october 03 I hid Behind a Towel in cell 10 C Mod and wrote Mr FArley A Letter Then I placed it in a yellow Legal envelope with My ALLegations and MAiled it. addressed attorney Sean F FArley Attorney/client.

67) october 03 while eating in c Dineing Room I heard Mr douGlas Say That Someone had Ms wood out There watching Me. A Short Time Later I heard Mr douGlas Questioning MS wood ABout MAin control center. and how she seen Me naked

68) November 03 I Mailed a civil CLaim To providence superior court and Then sent Letters after hearing That Bill Begones Took it. officer DImezza and others Said The camera in My cell was For MenTaL health and Mr violonte kept Threatening Me with The pictures of The dildoe

69) while eating in c Mod dineing room 03-04. I all Most daily heard Mr douglas, pierce, north violonte, discuss what I was seen writing in my cell and what I wrote My attorney, Attorney general office, Family, Deputy, S.I.U. I Learned From Mr Fehnel That Mr begones opened My LEGAL MAIL Addressed To Mr FArley and questioned CAPTAin anderson. about what I Told Attorney Sean F Farley.

70) while eating in c Module dineing room I OFTen heard Mr douGLas, and SomeTimes pierce. LT Getter once and c/o Gracie c/o Manning Talk about OFFicers sexual RelaTion ships. Giveing Explicit deTails. Then The next day I would hear Mr douGlas give Explicit deTails oF Me MasTurbaTing

71) while eating in c Module dineing room I was harassed By Mr douGlas, violonte and north and By pierce A Few Times while watching Me eat They Acted Like CommenTaTors Comparing My Food with penises while refering To Me as a petti File. I Complained To S.I.U. attorney general and Deputy Reynolds. Mr douGlas ConsTanTLy Talked about how The STaTe was Taking Me in and was Gonna use Me.

72) on March 1 04 I Filed A civil complaint ABout The camera, video Tapes, photoGraphs and psychiatrich Report and was harassed To no end Mr violonte kept saying unless I wanted every one To see the pictures of Me with a dildoe I Better drop iT. nothing or seG. he kept saying. They had me Believing I was Going home

73) on March 23 after complaining To Deputy Reynolds ABout The constant harassment with The camera I was Given A direct order By Mr dauray and Mr Mariorenzi To go with them To the hospital. To see a psychologist.

74) on 3/23/04 while Being surrounded By officers who watched and Tormented me with a camera I was Told By Cris hebert a Social worker That There were no cameras and That I was delusional he was yelling at me while nurse Bailey Smiled when I Tried To Leave I was Told By The defendants To Get Back in There. all The way back To C Mod I was Told Theres no cameras. nurse Bailey Later came To My cell exploiting her Breasts asking me if I was okay when she left she said it works Every Time

75) On 5/10/04 I Asked Two inmates do you see what he is doing To him, your A witness. I was Then Booked For Attempting To create A disTurbance. AFTer The booking was read To me it was destroyed And a new one was written To make it worse, A Fabrication. while AT The discipline board I was repeatedly Told There is no camera in my cell by Mr diMezza and Mr Zannini, I was Then Given 15 days segregation Loss OF TV, radio and Told I was There For ratting

76) on 5/17/04 c/o DouGlas Locked Me in The shower and Took Legal papers From my cell and gave Them To Bill Begones he Then urinated on My property while c/o North LAUGhed

77) AFTer several Months OF Being psychologically abused with a camera, psychiatrich report in C Mod By c/o DouGlas violonte and North, pierce, and being Forced To Listen To Is My Son The Boy who was killed? is my uncles penis who Molested me circumcized? did I Molest a Kid? AM I GAY? and having The Food I ATe compared To penises. wait until I Find out The camera is in My TV. said Mr violonte. C/o douGlas went in My cell and urinated on My dentures.

78) on 8\20\04 while standing out side the classification Board I heard Tony Amaral a counselor tell Deputy Reynolds that he was let into the main control center to watch me Masturbate and asked the deputy why I masturbate a certain way the deputy said how in the hell do I know? He cant even get a nut in peace.

79) on 8\27\04 Mr Henry stood in front of my cell 4 F mod with what looked like a erection he was touching it smileing giving me the creeps. He and Mr Manning left laughing with a store lady. Manning said write a report that he was looking at your prick with envy. Mr henry and he then talked about a out going letter. and about what some one claimed I was seen doing down B module

80) on october 05 while at RI hospital I was harassed By Mr Manning who kept talking about my rectum and he told a nurse I was seen sticking things up my ass and this is why a officer had to Be with me in the Bathroom, he told her I was a seriel killer and she would Be Responsable for me going free if she talked.

81) on 11\24\04 I received a Motion dated 11\22\04 From Mr Grant That a.T. WAll AFTer A due diLigenT search hereby STaTes That such videos Tapes and photos do noT exisT nor are in The possession oF any adMinistrator or eMpLoyee eMpLoyed by The A.C.I

82) While in F Mod during 04 Through 11\17\06 I was Sexualy and psychologically TorMenTed By The Main ConTrol rooM oFFicers, Mr BouLey, Mariorenzi, woJTanowsk, Gannon, Dauray, Fehnel, Howard, who waTched Me with a camera and oFFicers Henry duarTe Brouilette Manning or nurse Bailey TorMenTed Me I was under a 24 Hr RestrainT and MenTaly and physically scruTinized. also By c/o 05 danials c/o Leduc ecT

83) While in F Mod Mr henry, duarTe, Brouilette, Leduc, Manning, nurse Bailey, nurses, Dennette Gracie and oFFicers consTanTly Talked abouT My OUT Going LegaL MaiL\ personaL MaiL and The LegaL work I was doing in My cell, They Knew when I MasTurbaTed even when I ThoughT I had The caMera blocked DuarTe and henry Said The camera could see shadows. I oFTen heard Mr henry Talking abouT his exTra MariTaL aFFairs and how he won and LosT BeTs with Leisa AMy wood perTaining To Me MasTurbaTing AFTer I Told on hiM he would yell aT LeasT iT was noT A Boy, SoMe TiMes The LeTTer WAS sTiLL in The MaiL Box.

84) on 5/6/05 Michael Grant FiLed an answere on behalF oF all deFendants on 5/16/05 he FiLed an answere on behalF oF Audrey eLMan and Louis Ricci

85) on 3/16/05 Through 9/05 Mr Grant counsel For deFendants had his cLients answere interrogatories under oath

86) on 3/16/05 Mr WAll said he did not settle a cLaiM Regarding nude oBscene photos oF Me. and That I was never video taped in A cell at high security. he had no Know LedGe oF photos oF Me Being sent To The street. He had no KnowLedGe oF George vose imLementing a policy about The caMera.

87) on 4/29/05 Mr WAll said he is The one who Authorizes Mr Grant To settle LAW suits and he Took over As director on 3/9/2000. And he said he does not enForce A policy That allows oFFicers To WATch Me with a Camera in My cell.

88) on 5/20/05 Louis ricci said he never seen photoGraphs oF Me. and no video Tape WAs sToLen

89) on 6/1/05 Bill Begones denied he ever Listend To Me Talk To Audrey elMan. Taped Me Talking To her. Watched Me on a Security device. That he Took Tapes out of high Security. That he watched video Tapes of Me and he denied seeing naked photos of Me.

90) Between 3/16/05 Through 9/05 Defendants Joseph Forgue, John Lopez, Leisa amy wood, LT Carol getter, Mr simpson, Mr dauray LT. doyle Mr Manning, pearlene MANGUM, Mr AMAral warden James weeden, Mr Bouley, Donna Gracie, CAPTAin Headen, CAPTAin Anderson Mr Gannon, Deputy Reynolds, Mr Broullette Mr CALise, Mr Trindade, Audrey eLMAN, Mr dimezza, Mr Belisle, Mr Renshaw, Mr Zannini denied They ever called me pettiFile names Talked ABout CAMeras. video Tapes, psychiatrich Report. denied Theres cameras and denied They seen me with a camera or seen TApes, heard TApes They denied every Thing under oath pertaining To My 3/1/04 STATE civil CLAIM

91) on 12/22/05 after hearing Mr pierce Talk about Me To Mr Johansen I Messed up my cell and wrote on my wAll watch what I say and do in Court on 1/12/06, And washed it completely off. The wall

92) on or near 12\23\05 Mr Brouilette Said The MArshals will Tear gas Me and drag Me out of The court room. I Then wrote Messenges on My wall untill XMAS in view of My Light Fixture quickly WAS hing it off.

93) on 1\17\06 AFTer being denied A Sentence Reduction By Honorable JudGe Fortunato Jr AT prov Superior CourT I Told The JudGe I had a camera in my cell. This caused Mr eric croce of The State police To Jump up And Make Threatening STaTements. Thats it The Kid Gloves Are comeing off, he rubbed his penis all over a Kids nutsack I'll Bring That Kid down here and put him in A cell right next door To him. I'm noT a rookie no more. The back door is shut now.

94) on 1\17\06 Mr Begones and Joseph Forgue ACI investigators stormed The court room. as I LefT Mr begones Told The Gardner Family Thomas pierce has The other half To what you need. Mr Gardner Said My Son was Rolling in his Grave. John doe said I Better noT Find out yous Took his Grave stone

95) on 1\17\06 Mr Gardner Admitted To haveing DR walls psychiatrich Report and To down Loading Something From The InTernet perTaining To Me

96) on 11/17/06 Mr begones admitted To Honorable Judge Fortunato Jr That I had cameras in my cells and said if we say we were not watching is are word Good? and That he used officers To help him investigate me.

97) on 11/17/06 Mr begones Told The Judge That he had video Tapes and photographs of me and said I was a pettiFile, John doe STate police said no you dont Ive seen everything you Got. Mr begones said no you have not. John doe said oh you have been holding out on me? Mr begones said you have been holding out on me. John doe said I Told you its on A need To know bases.

98) on 11/17/06 Mr begones Told The Judge he had Tapes of me masturbating. and That he listend To me Talk To Audrey elman. Mr croce said Mr Begones was helping us out, it was A sexual assault investigation a in house investigation. Mr begones admitted To showing several people video Tapes and photographs of me masturbating

99) on 11/17/06 Mr begones Told The Judge he opened my out Going Legal mail Because The camera watched me stick my Finger up my reetum and he had me in black an white confessing To Being A diddler

100) on 11/17/06 Mr begones Told The Judge That he opened A Envelope That I Mailed Attorney Sean F. Farley and That he shared The Letter with Mr eric croce. Mr croce I Believe said he did not Know what he was reading. The Judge Told Them it was poison Fruits Mr begones said it was an ready open after saying he opened it.

101) on 11/17/06 Mr begones Told The Judge contradicting The sexual Assault investigation By saying he had me watched constantly For security reasons. and That he had officers watch me eat in The dineing room and my cell. and They kept records and That I Exaggerated how Long I slept and That he did This To Make any incriminateing letters I wrote Admissable

102) on 11/17/06 Mr begones admitted To Listening To me Talk To my Lawyer Kevin dwyer, had me Taped. while I spoke To him on The phone. he Then Told Ms Soccio clohenry heard me.

103) Mr begones Told The Judge on 11/17/06 That if I did not Take A certain amount of Money he would sit side chair and hang up The picture's of me squating on A dildo up in The Court room. The Judge said I wont let you Embarrass him. MR begones said he showed Mr Ciccilline A photo of me

104) on 11/17/06 Mr begones Told The Judge That Gretchen Silva sighned a confidential agreement pertaining To The photographs of me. The Judge Told Mr Croce and Mr begones There actions were Fraud and perJury. Mr Croce Then angrily Told Mr begones I Told you To FudGe Them A Little not To rub his Face in iT. Regarding The interrogatories. Mr Forgue Said he Felt Gretchen Silva WAS responsible For The photographs

105) Mr begones Told The Judge all Kinds of STorys and exscuses To JusTify why he has officers watch me use The Bathroom, he made Fabricated allegations To make me a security risk. The JudGe Told him iF you ever come in To my court room Like That again ILL hold you in contempt.

106) on 11/17/06 Mr begones Told Ms soccio he went To Gretchen Silvas house and showed her my Letters I wrote and That he Told her what Main control Room officers AlleGed They seen me doing in my cell and said he Told her They seen me Threw The window. and He Told her he seen what I wrote my attorney.

107) on 11/17/06 Mr begones Told Ms soccio he went To my sisters house, and Loise hayeses house, wore A wire and That he had Avelinoe Duarte wear a wire on me, he Then Transcribed iT To paper and had Mr duarte show iT To The Brown Family and Made me The LAuGhing STock.

108) on 11/11/06 Mr begones Told Ms soccio That a officer Found a paper on My Floor while Searching My cell That proves IM guy and That he has Tapes and photo graphs of Me Looking at ATnews photograph of her and That depict me messing up My cell on 12/23/05 he Told her what The camera seen me write about C/o Gracie, MS Soccio Said what a rotten Thing To say Mr begones said he had Mr Forgue wait on The street while he spoke To Gretchen silva wearing a Listening device. Mr Forgue said he was Following Ms Silva yesterday Ms Soccio said hands off

109) on 11/11/06 Ms soccio Told Mr begones and Mr Forgue See if you can get Them? He said I dont Know if I can My Boss has Them Locked up in The safe. Ms Soccio said well see if you can get Them? Get rid of Them otherwise we will have To send her out of State. if he gets his hand on Them he will drag us over Coals. Ms soccio said we need To Make him look as Bad as possible. For now on your my eyes and ears and swore him To secrecy. Mr Begones said Louis ricci was sexualy involved with Gretchen Silva

110) on 11/11/06 Ms soccio I Believe asked Judge Fortu nato Jr For permission To video Tape Me At The ACI in My cell with The Concealed camera To see how I Act. while in The holding cells I heard A Marshal say They needed Time To Get ready For Me up At The ACI

# CLAIMS

## First Cause of Action

111) The actions of the defendants stated in paragraphs 51 through 110 as incorporated herein denied plaintiff his constitutional right of access to the courts 1st and 14th amendment

## Second Cause of Action

112) The actions of the defendants stated in paragraphs 51 through 110 as incorporated herein denied plaintiff his Fourth amendment to privacy and illegal search and seizure as defendant Bill Begones and the officers were acting as agents of the state.

## Third Cause of Action

113) The actions of the defendants stated in paragraphs 51 through 110 as incorporated herein denied plaintiff his Fifth and Fourteenth amendment to due process, procedural due process, Equal protection of the laws, rights protections by the united states constitution Federal and state statues and loss of consortiunship fraudulently changing my sons name Tyler James Laurence to John doe and sending and receiving the photographs

CLAIMS

FOURTH CAUSE OF ACTION

114) The actions of the defendants stated in paragraphs 51 Through 110 as incorporated herein denied plaintiff his sixth amendment

FIFTH CAUSE OF ACTION

115) The actions of the defendants stated in paragraphs 51 Through 110 as incorporated herein subjected me to cruel and unusual punishment, treatment and cruel and unusual living conditions in violation of my Eighth amendment a established constitutional right I was subjected to calculated harassment since 2001 with a psychiatrich Report and since July 03 with cameras.

SIXTH CAUSE OF ACTION

116) The actions of the defendants and John and Jane does and there Reckless Endangerment. allowing video tapes of me to be turned in to photograph still shots and mailed Gretchen Joan Silva That depicted me nude, masturbating.

CLAIMS

SIXTH CAUSE OF ACTION

116) And engaged in other embarrassing acts Through The U.S. postal service which violated The R.I. OBScenity Law and The Federal Law which prohibits The use of Mail To distribute obscene materials violated my First Fourth, Fifth and Fourteenth amendment To privacy, in society, due process. Equal protection of The laws, Liberty. and caused me depression, anxiety, harassment, and LifeTime stigmatization, paragraphs 51 - 110

SEVENTH CAUSE OF ACTION

117) The actions of Defendants Bill Begones Avelino duarte and others stated in paragraphs 51 Through 110 as incorporated herein violated My First, Fourth Fifth and Fourteenth amendments To privacy due process and were defamatory and cast Me in a False Light including Those of Kevin Manning. There actions were deliberate indifference with Malice,

EIGHTH CAUSE OF ACTION

118) The actions of Defendants Bill Begones and The M.C.C officers Gary Bouley, Paul Mariorenzi

CLAIMS

EiGhTh CAUSE OF ACTion

118) Edward Gannon, Mr WoJTanowsK, Brian daurray, John, Jane does and Superiors useing and allowing The Main control center and its cameras as stated in paragraphs 51 Through 110 as incorporated herein To study evaluTe, scrutinize, TorMenT, harass, humiliate and deFame me since July 03 was A Violation OF My First amendment To Freedom OF speech My Fourth amendment To privacy, Fourteenth amendment To privacy due process, Life, Liberty and A Violation OF My sixth amendment, They watched me cry, not sleep, and SuFFer and GAry Bouley celibrated my MisForTunes By Getting drunk. There Actions were cruel and unusual punishment and cruel and unusual Living conditions with deliberate indifference, Malice, and They used Me For Gambling. and entertainment.

ninTh CAUSE OF ACTion

119) The Actions of Defendants James HAber shaw, LT Getter LT doyle Edward Gannon Tony amaral LT. yAkee STATed in paraGraph 75 violated My 14Th amendment To due process and was ReTaliaTory, Fraud.

CLAIMS

TENTH CAUSE OF ACTION

120) The actions of Defendants Ashbel Twall Jake Gadsden James weeden. John Lopez Deputy Michael Reynolds stated in paragraphs 51 Through 110 as incorporated herein violated my First Fourth Fifth Sixth and Fourteenth amendments to privacy due process access to courts, equal protection and Freedom of Speech. Life and Liberty, there actions were cruel and unusual punishment, Treatment and Living conditions. They had no respect for my Life or psychological welFare, They committed Fraud, perJury. and acted with deliberate indifference and Recklece, Endanger ment. Attorney Michael Grant and all The defendants named in This civil complaint But a Few conspired To committ Fraud, perJury, oBSTruction of Justice and committed Fraud on The court By Lieing under oath and conspiring To conceal several causes of Actions. Mr Eric croce conspired To committ Fraud and To conceal causes of Actions and perhaps perJury all in violation of my Eighth amendment. Giving me interrogatories and motions That were skits. Exhibit 1 Through 78

# Relief Being Requested

121) Plaintiff Asks For A Jury Trial and To Grant The Following damages and relief

A Issue a declaratory Judgement That defendants violated my State and Federal statutory rights and privileges of The united states.

B. Hold A seperate hearing an Grant Me an injunction against The Department of corrections To refrain From watching Me with A camera, while I do Legal work, do Bodily Functions Masturbate and remove The cameras. I want To Make A Law That its against The Law and violates A inmates Limited right To privacy By placeing cameras in his cell. They dont watch The window They watch Me.

C. Grant compensatory damages in The Following amounts

1. 250.000 Against Ashbel T Wall II
2. 250.000 Against Jake Gadsden
3. 250,000 Against James weeden
4. 500.000 Against Bill BeGones
5. 500.000 Against Gary Bouley

6. 500.000 AGAINST PAUL Mariorenzi
7. 250.000 AGAINST Brian dauray
8. 5000. AGAINST Edward Gannon
9. 5000 AGAINST WOJTANOWSK
10. 10.000 AGAINST Kevin Manning
11 10.000 AGAINST CHARLES north
12 10.000 AGAINST Nicholas Violonte
13. 10,000 AGAINST John DOUGLAS
14 10.000 AGAINST JAMES Henry
15 10,000 AGAINST AVELINO duArTe
16. 10.000 AGAINST CHristian Torres
17 10 000 AGAINST CLAUD Burdick
18 10.000 AGAINST Joseph Trindade
19 10,000 AGAINST Ronald renshaw
20 10.000 AGAINST RoBert Simpson
21. 10.000 AGAINST Gregory Belisle
22 10.000 AGAINST STeven Fehnel
23 10.000 AGAINST JeoFFroy Brouilett
24 10.000 AGAINST CArol Getter
25 10.000 AGAINST TONY AMARAL
26. 10.000 AGAINST Michael GranT
27. 10,000 AGAINST cheryL BAiley
28. 10.000 AGAINST ALBenzio DiMEZZA
29 100.000 AGainST John Lopez
30 100.000 AGAINST Michael Reynolds
31 100.000 AGAINST Louis ricci
32 5000. AGAINST Thomas Doyle
33. 10,000 AGAINST Eric Croce

D. Grant punative damages against defendants in the following amount

1. 100,000 against Ashbel T Wall II
2. 100.000 against Jake Gadsden
3. 50.000 against James Weeden
4. 500.000 against Bill BeGones
5. 500.000 against Gary Bouley
6. 500.000 against Paul Mariorenzi
7. 10.000 against Michael Grant
8. 10.000 against Kevin Manning
9. 10.000 against Charles North
10. 10.000 against Nicholas Violonte
11. 10.000 against John Douglas
12. 10.000 against Avelino Duarte
13. 10.000 against James Henry
14. 10,000 against Jeoffroy Broullette
15. 10.000 against Joseph Trindade
16. 10,000 against Christian Torres
17. 10.000 against Louis Ricci
18. 25 000 against Cheryl ~~Lopez~~ Bailey
19. 10.000 against Steven Fehnel
20. 10.000 against Ronald Renshaw
21. 10.000 against Albenzio Dimezza
22. 10.000 against Robert Simpson
23. 10.000 against Eric Croce
24. 10.000 against Thomas Doyle
25. 10.000 against Thomas Pierce ~~26. against [illegible] Silva~~

26. I AGAINST Gretchen Joan nelson silva

E Grant compensatory damages against the remaining defendants in the following AMOUNT

1. 1000. dollars

F. Grant 100.00 in punative damages against the remaining defendants

G. Issue A court order To Bill Be Gunes TO Turn over all photos of my son and I.

H. Issue A court order TO Eric Croce TO provide me with the name an Address OF My son As his name was changed with out My knowledge

I plaintiff wants to reserve the right to sue any John or Jane does

I Ask to Be Awarded costs of prosecuting this civil claim.

Where Fore I pray For A Judge ment And DAMAGES and For Loss wages

Respectfully
Submitted
7/5/07 Norman Laurence [illegible]

# CerTiFiCATion OF Service

I Will Serve ALL DeFendants with a True copy OF This civil CLAIM As soon As IM Allowed copys

I served DeFendant with A True copy OF this COMPLAINT By inter departmental Mail on this day OF ________

Respectfully
Submitted

Norman Laurence Jr

7/5/07