**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 081ML**

**A.T. WALL**, et al.

**<u>O R D E R</u>**

This matter is before the Court on a motion filed by the *pro se* plaintiff wherein he seeks an order directing A.T. Wall, the Director of the Rhode Island Department of Corrections, to make available funds from Laurence's "frozen" inmate account for photo-copying purposes. Said motion is **denied**. <u>See</u> R.I. Gen. Laws § 42-56-22(b)(permitting inmate's access to funds in the frozen account for only "court fees and costs").

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 13, 2007