**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 081 ML**

**A.T. WALL**, et al.

**O R D E R**

This matter is before the Court on a motion filed by the *pro se* plaintiff to amend his 42 U.S.C. § 1983 Complaint pursuant to Fed. R. Civ. P. 15. Plaintiff has supplied the court with a copy of the proposed Amended Complaint. After review of the motion, of the proposed Amended Complaint, of Fed. R. Civ. P. 15, and of 28 U.S.C. § 1915, plaintiff's motion to amend is **denied, without prejudice**.

Plaintiff's proposed Amended Complaint makes allegations regarding events that occurred from 2001 to the present. However, Section 1983 actions are subject to a three year time limitations period. Owens v. Okure, 488 U.S. 235, 249-50 (1989); R.I. Gen. Laws 9-1-14(2007). Therefore, a large portion of the plaintiff's proposed Amended Complaint relates to events that may not now be litigated under Section 1983 since they are time-barred (i.e. claims for events that occurred three years prior to March 2, 2007 - the day the instant action was filed- are properly brought in this action; claims for events that occurred prior to March 2, 2004 are not proper and subject to dismissal).

Accordingly, plaintiff may re-file the motion to amend, along with a new proposed Amended Complaint, mindful of the three year limitations period imposed in Section 1983 actions.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 13, 2007