For Honorable Judge Hagopian

United STATES District court
For
The District OF Rhode Island

Norman Laurence JR

V CA no. 07-081 ML

Ashbell T Wall ET AL

# Motion To Amend

The plaintiff Norman Laurence JR who Is pro-se and mentaly disabled and who is Being sexualy and psychologicaly harassed with concealed camera's By ACI correctional officers Moves This Honorable court To allow This Amended civil claim As its in The interest of Justice iT was originaly A 116 PGe and A 80 PGe civil claim, Ive narrowed iT down To 34 Pages I cant make iT no smaller with out violateing civil Rule 17 and Rule 19 with respect Clark v Taylor 710 F2d at 4 The U.S. district R.I. Court stated clarks constitutional Right To Be Free From having unwanted things done To his Body was

violated and that the warden violated his Fourth Amendment constitutional right to privacy due process and freedom from unreasonable searches see Ingraham v wright 430 U.S. 651, 679 97 S.ct 1401 recognizeing a Liberty interest in freedom from bodily restraint and punishment section 1983 may be imposed both for action that deprives a plaintiff a constitutional right and for failure to act when there is a duty to act to prevent such a deprivation see Dimarzo v Cahill 575 F2d 15, 17-18 1st cir 1978 Monroe v pape 365 U.S. 167, 187 Byrd v Brishke 466 F2d 6, 10 7th cir 1972 under general tort law principles a person under an affirmative duty to act may be held responsible for the negligent failure to act most often found in the supervisory position. Hampton v Hanrahan 600 F2d 600. Dimarzo v Cahill. Putman v Gerloff 639 F2d 415 8th cir 1981. wilkinson v ellis 484 F.Supp 1072. procunier v navarette, 434 U.S 555, 556 98 S.ct 855. Smith v wade 461 U.S 30 103 S.ct 1625. RI General Laws 13-2-21 The warden is liable and has a duty to protect me as well as Mr A.T. wall. who I have lieing under oath 3\16\05 4/29/05 after he originaly objected to all but one interrogatories on 5\19\04 Mr Grant the ACI Attorney

conspired To conceal causes OF Actions By Means OF Fraud And perJury Ive Been OBserved with A CAMera Since Before 1999 I Filed A Civil Claim in STATE Court 3/11/04 The defendants Lied under oath To conceal The CAMerAS IM Being EXTorTed By correctional OFFicers They Are Seting Me up To potray Me AS A pettiFile Because I Know All ABout There CAMera TApes And The photoGraphs That were sent To My Sons Mom Let Them Bring iT. wilkinson V Ellis 484 F. Supp 1072 1085 E.D. PA 1980 prosecutors quasi-Judicial position imposed on Them a duty To intervene To prevent Summary punishment inflicted in There presence. on 11/17/06 I heard her say My psychiatrich report was Exaggerated To make me Look Bad and She gave it out To Knock Me down To size, She claimed I helped The Gardner Familys children sue in Federal court For The death OF There Mother out OF Spite. PArratt V TAylor 451 U.S 527 101 S.CT 1908 The court held That A prisoner has A Limited privacy right in his cell EnTiTleing him To protection against Searches conducted Solely To harass and humiliate. JordAn V GArdner 989 F2d 1521 1524-31

For this reason There can be no doubt That Severe or repetitive Sexual Abuse of A inmate By A prison official can Be objectively Sufficiently serious enough To Constitute An Eighth Amendment Violation. Rhodes 101 SCT 2399 Sexual abuse of A prisoner by A correctional officer has no penological purpose and is Simply not part of The penalty That criminals pay. STATE V SAMUEL 80 RI 321 96 A2d 641 1953. And STATE V Bradford Du Four RI 99 RI 120 206 A2d 82 1965 RI. And RI General Laws 11-31-1 1956 STATES The Actions Tapeing me masturbating Then showing Society is criminal. Best V District of Columbia U.S. district court Lexis 5435 Best V District of Columbia cite As 743 F.Supp 44 And Huskey V National Broadcasting Co inc cite As 632 F.Supp 1282 Avers I have A privacy interest in The video Tapes. They Are Tapeing me now The Camera sees me write up side down The camera can see my desk. Vassiliades V Garfinckels 492 A2d 580 587 (D.C. 1985 Liu V Striuli cite As 36 F.Supp 2d AT 452 RI. General Assembly created A statutory right 1980 Boddie V Schnieder cite As 105 F3d 857 Sexual Abuse may violate contem

porary standards of decency and can cause severe physical and psychological harm Vitek v Jones cite as 100 SCT AT 1264 AT paragraph 11 Involuntary commitment to a mental hospital is not within the range of conditions of confinement to which a prison sentence subjects an individuals ~~[illegible]~~ A criminal sentence of imprisonment extinguishes an individuals right to freedom from confinement But they do not allow the state to classify him as mentally ill and to subject him to involuntary psychiatrich treatment without affording him additional due process protections. I Represented my self for a murder trial I was Diagnosed competent, Intelligent, I suffer from Disorganized thoughts and Emotional problems, The ACI defendants are slandering me to cover up there wrong doing and the embarrassment that I was watched with a camera during my 2000 Trial I'm an embarrassment to the Attorney General office and state police. I'm being tormented I need court intervention I pray this will be granted if not I ask

To File it in Forma pauperis all defendants Have notice The main control room offi-cers watched me write my Law Suits and Give out The details Like commentators wherefore with all due respect I pray This Motion will Be Granted

Respectfully
Submitted

8/23 Norman Laurence

The Library was closed a couple Times and The Law Suit I mailed The court was returned To me. For insuffient Address even Though it was The correct address This Law Suit is with in The statute of Limitations Thank you