# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF RHODE ISLAND

Norman Laurence Jr

V CA NO. 07-081 ML

Ashbell T WALL II ET, AL

## COMPLAINT

The plaintiff Norman Laurence Jr is sueing The defendants For violating his First amendment right To Freedom of speech, Freedom of Thought, Access To The courts, For violating his Fourth amendment To Be Free From illegal search and seizure, constitutional Right To privacy. For violating his Eighth amendment To Be Free of cruel and unusual punishment, Treatment and cruel and unusual Living conditions, For violating his Fifth and Fourteenth amendment To due process, Equal protection of The Laws Life and Liberty. For violating State and Statutory right To privacy. By video Tapeing him Masturbate, doing Bodily Functions and while doing Legal work against his

will. For sharing this videotapes and photographs with females and society in a attempt to defame demean and humiliate plaintiff. plaintiff was used for Gambling and Entertainment and subjected to calculated and Retaliatory harassment for his speech and subjected to sexual harassment and a 24 hr Restraint, strip search By The Cameras That served no penilogical interest. The policy That enables the officers to watch plaintiff in the cell with cameras is cruel and unusual Living conditions. The state police, attorney general and A.T. wall, superiors useing High security As The I.M.H is cruel and unusual and A denial of his due process, Life and Liberty, Equal protection of The Laws There actions were Fraud, perjury, conspiracy. with deliberate indifference, A reckless disregard, concealing causes of actions. The defendants committed slander defamation of character causeing plaintiff permanent stigmatization psychological, mental, Emotional pain, anxiety, depression, nightmares and need for medication psychiatrich treatment

# Jurisdiction

1) This Honorable court has Jurisdiction over plaintiffs civil claim and it is being Filed pursuant To section 9-1-2 9-1-4 9-1-20 9-1-20 9-1-28 9-1-28.1 9-1-30 and Tort suit

2) This civil Action is Being Filed as a 1985 and or 1985(3) civil rights action and a Eighth amendment claim 1983 u.s.ca

# Parties

3) plaintiff norman Laurence Jr is incarcerated at High security center A.C.I

4) Defendant Ashbell T wall is The Director of The department of corrections and is Being Sued in his official and individual capacity

5. Defendant Robert Catlow is The chief investigator Sued in his official and individual capacity

6. Defendant Bill Begones is an investigator For The A.C.I and is Being Sued in his official capacity individual capacity

7. Defendant Joseph Forgue is A investi

7) gator For The ACI and is sued in his OFFicial and individual capacity

8) DeFendant Jake Gadsden is The Assistant director OF The ACI and is sued in his OFFicial and individual capacity

9) DeFendant Warden Weeden is The warden OF High security sued OFFicial individual capacity

10) DeFendant Deputy Collins sued in her OFFicial and individual capacity

11) DeFendant Arnold Anderson is sued in his OFFicial and individual capacity As captain

12) DeFendant Barbara Headen is sued in her OFFicial and individual capacity

13) DeFendant LT Avila is sued in his OFFicial and individual capacity

14) DeFendant LT Carol Getter is sued in her OFFicial and individual capacity

15) DeFendant Sandy Smoot is sued in his OFFicial and individual capacity as a OFFicer

16) DeFendant LT Thomas Doyle is sued in his OFFicial and individual capacity

17) DeFendant Avelinoe Duarte is sued in his OFFicial and individual capacity

18) DeFendant James Henry is sued in his OFFicial and individual capacity

19) Defendant Gary Bouley is a M.C.C. Officer sued in his official and individual capacity
20) Defendant Edward Gannon is a M.C.C. officer sued in his official and individual capacity
21) Defendant Brian dauray is a M.C.C officer sued in his official and individual capacity
22) Defendant paul Mariorenzi is a M.C.C. officer sued in his official and individual capacity
23) Defendant Wojtanowsk is A M.C.C. Officer sued in his official and individual capacity
24) Defendant Mike Mellucci is a M.C.C officer sued in his official and individual capacity
25) Defendant Kevin Manning is a officer sued in his official and individual capacity
26) Defendant charles north is a officer sued in his official and individual capacity
27) Defendant Howard is a officer sued in his official and individual capacity
28) Defendant Albenzio Dimezza is a sheriff and former officer sued in his official and individual capacity
29) Defendant Ronald Renshaw is a officer sued in his official and individual capacity
30) Defendant cheryl Bailey is a nurse sued in her official and individual capacity
31) Defendant John doe renshaw is a officer sued in his official and individual capacity

32) Defendant Gregory Belisle is being sued in his official and individual capacity as officer
33) Defendant Donna Gracie is Being sued in her official and individual capacity
34) Defendant Jeffroy Brouillette is being sued in his official and individual capacity
35) Defendant c/o danials is Being sued in his official and individual capacity
36) Defendant Michael Reynolds is Being sued in his official and individual capacity
37) Defendant Louis ricci is Being sued in his official and individual capacity investigator
38) Defendant Audrey elman is Being sued in her official and individual capacity
39) Defendant c/o Spadoni is Being sued in his official and individual capacity c/o
40) Defendant cindy Soccio is Being sued in her official and individual capacity as district attorney
41) Defendant eric Croce is Being sued in his official and individual capacity state police commander of Scituate state police
42) Defendant John Lopez is Being sued in his official and individual capacity Former investigator
43) Defendant Michael Grant is Being sued in his official and individual capacity as Defendants Attorney
44) Defendant John Jane does are Being sued in there official individual capacity.

# ALLEGATIONS

45) on or near 8/27/04 c/o henry and c/o Manning Stood in Front of My cell F4 c/o henry had what Looked Like an erection which he Kept Touching with his hand Giving Me The creeps. Manning Then Told henry he seen Me Looking They Both started Laughing and Left with The store women who asked what was so Funny. As They entered G corridor Manning Told henry To write A Report That I was Looking at his prick with envy. They Then discussed what My out Going Mail said and what The M.C.C officers claimed I was seen doing down B Module with a camera in The presence of A Female Jane doe

46) on or near 8/29/04 cheryl Baily Said a officer watched me wash out My Socks That had semen while Looking AT My Kids pictures That was on My Mirror and That I Masturbated To The pictures and After washing out The Socks I wrung Them out in To A cup and drank it

47) on 9/15/04 while I was in a room TAlking To A psychiatrist about Being harassed with a camera c/o henry Asked cheryl Bailey if she could see his penis From where she

47) was sitting, because I was just sitting there. he said I was Looking at his penis, From Behind The door I heard Dennice The Cook BrAG how he won 150.00 Betting I would eat The new Brand of Sausages

48) on 9/16/04 c/o Brouilette was at F control TAlking in detail About A Letter I wrote To Judge procaccini and he made disrespectfull comments about my Son not Being able To repeat Are Blood Line

49) on 9/16/04 After I put My Legal work on Top of The Mail Box about ACI defendants. cheryl Bailey Entered F Module Day room with paul Mariorenzi Telling him That it was not Audrey elman who wore The wire, That The room was Bugged.

50) on 9/18/04 c/o Sousa and cheryl Bailey Entered F Module while discussing The Letter I had just Finished writing To My Son ABout how I wanted To Buy him A dirt Bike. cheryl Bailey c/o Tierny and c/o Greggory Belisle harassed me on different dates through out This civil Suit

51) While in F Module Begining october 04 Bill Begones, and Gary Bouley, Gannon, wojtanowsk, Dauray, Mariorenzi, Mellucci, Fehnel Howard, Leduc, Dennette, cheryl Bailey, nurse Dale AKA ruth Fogarty, wood, Gracie, Spadoni LT Galagan, LT Doyle, LT Getter, Manning Addison, petty, Torez, Calise Brouilette, Rodriguez, Allard, Kaplan, Tierny, Clause, Belisle Daniels, Sousa, Deputy collins, captain Headen, captain Anderson, Tony Amaral, Henry, Duarte, Smoot, Trindade, Blane, ronald renshaw pierce, Scott Tirrochi, LT Avila. John and Jane does, LT Robert Langlois used concealed cameras to investigate me for alleged sexual assault while I lived in cells 4, 1, 5, 11 F Module

52) While in F Module Begining october 2004 all named defendants Except Superiors harassed me with a court ordered psychiatrich Report and with the use of a Xmas poster depicting four Boys while in the shower and while in my cell with the use of concealed cameras. And I was video taped reading law Books ann rule Books, writing law suits, the courts, attorney. and masturbating, I was harassed mentaly and sexualy. and harassed while seeing Mr Tirrochi By LT Avila. and while doing law work

53) on 11/8/04 c/o Addison Told c/o Manning and Captain headen That he seen me Flooding The cell Block pushing water out my door. c/o Manning Told Captain Headen he would go check The Tape, he Then returned and Told her I was not Flooding my cell, it was Ali Lions. on or near This date c/o Brouilett Took pictures of The Four Boy poster saying it was an open ender.

54) on 11/30/04 Albenzio Dimezza Talked about A court ordered psychiatrich report and cameras said I committed A sexual assault while at providence county court when we came back To prison he, Brouilette and Then c/o henry Laughed at me said my lawsuit only had stumps

55) on 2/1/05 I seen Dr Friedman and Told him I was Being abused with A camera and asked To see him on A regular Bases.

56) on 5/14/05 c/o Manning and LT Avila Led me To Believe The camera was Blocked and c/o Manning pretended To choke and cough at my Aunt dieing while smileing

57) on 7/1/05 c/o duarte harassed me with The

57) Four Boy poster while sitting with his Legs wide open Trying To Get Me To Look AT his crotch

58) on 8/4/05 c/o wood was in F control Fooling around with c/o henry

59) on 8/25/05 c/o Brouilette hand deliverd interrogatories To me That depicted ACI Defendants Lieing under oath ABout Cameras Video Tapes and photographs and ABout A Court orderd psychiatrich Report.

60) on 9/2/05 c/o Manning while refering To My interrogatories Said IM Gonna Get The Same Thing next Time. its A winner allright

61) on 9/19/05 C/o Gracie SAT on c/o henrys Lap Giving him A LAp dance while c/o spAdoni and Sheriff Dimessa watched

62) on 10/14/05 c/o Manning Told c/o ZAnnini iT WAS To Late To Sue, TAlked about The Book I Was reading and Said WaiT Till I Find out The Same Thing happend To my Son

63) On or near 11/3/05 while Trying To Talk To Mr Tirrochi I OBServed LT Avila Trying To Listen while I complained To Mr Tirrochi

63
) about my harassment I was suffering from The camera. and officers calling me a petti File, when Mr Tirrochi ended The visit c/o Bouley and c/o wood was laughing at me LT Avila and Danials from That day on would make pettiFile innuendoes and use The camera To harass me while I Tried To do postconviction work. ect

64
) on 11/15/05 I sent Deputy Collins A Letter defending my self against sexual assault allegations not long after c/o Spadoni came in F Control celibrateing saying Thats all Bill was waiting for, ect

65
) on 12/1/05 c/o duarte Tried To extort me in To not sueing him while wearing a Listen ing device. ect

66
) on 12/9/05 c/o Manning acted Feminine and Talked Feminine pretending To imatate me inFering I was Gay in The presence of a store worker. ect

67
) on or near 12/22/05 I wrote some comments on my wall and Then washed Them off. c/o Brouilette Then commented on what I wrote makeing disrespectfull comments.

68
on 12/23/05 c/o pierce came to F control door telling c/o Johansen fabricated pettifile allegations threatening to call my mother to court as a witness, he said the camera was the proof that I raped a baby. ect I then messed up my cell and wrote on my wall watch what I say on 1/17/06. c/o Brouilette on the 3-11 shift said the marshals will tear gas me

69
on or near 12/23/05 some one told c/o pierce that I wrote disrespectfull comments about his deceased brother. ect

70
on 1/17/06 Bill Begones told Judge Fortunato Jr that he instructed correctional officers to watch me eat sleep go to the bath room read and write and masturbate and that this was a sexual assault investigation and that he showed females nurses psychologist sociologist state police videotapes of me masturbating state police commander Eric Croce told the Judge he was helping us out Judge. when the Judge told them it was poison fruits Begones said he was watching me, having me watched with cameras cause I was a security risk. ect

71) On 11/17/06 Eric Croce, John doe Commander, MS Cindy Soccio, Bill Begones, Joe Forgue while AT Judge FORTUNATO Jrs Bench Admitted To My Court ordered psychia Trich report Being passed around The ACI And Society. and SAid Gretchen Joan nelson AKA Gretchen Joan Silva receiv ed nude OBscene photo Graphs That depicted me in A cell AT High Security.

72) On 11/17/06 Bill Begones Told The Judge That if I did not TAke A certain Amount OF Money he would TAke The photo OF Me squating on a dildoe And hang it up in The Court room, The ACI investi gators, MS Soccio, STATE police discussed how Silva AKA nelson sighned A ConFiden Tial agreement. The Judge Told Mr Begones he would not let him Emba rrass me

73) On 11/17/06 The Judge Told Mr BeGones and Mr Croce That There Actions pertain ing To ACI defendants ~~[illegible]~~ Lieing under oath was perJury and Fraud, Mr Croce Then Told Mr BeGones I Told ~~You~~ HIM To Fudge Them A Little not To rub his FAce in iT. ect

74) On 11/17/06 Bill Begones Told The Judge The reason he opened My Out Going Legal MAIL WAS Because I WAS Seen By The Camera STicking My Fingers up My ASS he also Admitted To he and officers TApeing and Listening To Me TAIK To My Attorney-Kevin Dwyer. ect

75) On 11/17/06 when Mr begones Told The Judge he had video TApes OF Me doing indecent Things with childrens pictures John doe commander SAid no you dont I Seen every Thing you got. Begones SAid no you havent, John doe Said oh you have Been holding out on Me, Begones Said you have Been holding out on Me. John doe SAid I Told you its on A need To Know Bases. Begones SAid SAme here John doe SAid All you have is Smoke And Mirrors. ect

76) On 11/17/06 Bill BeGones Told The Judge he has Me in Black An white Confessing To Being A diddler, Ms Soccio Asked The Judge To Tell Eric Croce To Give Her My LeGAl work I Think A Civil Claim. Mr BeGones Shares All The information he Gets with eric croce ect

77) on 11/17/06 Bill Begones Admitted To Tapeing Me Talk To Mental health. All partys admitted To Tapeing Me Talk To inmates in The Court house cell Blocks About The Cameras. John doe Told eric croce we have him on Tape Saying The Same Thing Three Times.

78) on 11/17/06 Bill Begones Told Ms Soccio AFTer The Judge LeFT That he had A Tape he wanted her To See That depicted Me Looking AT A news paper arTicle oF her The Judge and I he Said he had a LoT oF Tapes and photographs. He Told her I wrote A disrespectFull comment about c/o pierce's deceased Brother, which I started To in A Letter BuT Then Flushed iT. and That he had iT all on Tape me Messing up My cell on or near 12/23/05 and he Told her what I wrote on My wall about c/o Gracie. Ms Soccio said what a Rotten Thing To Say.

79) on 11/17/06 AFTer Ms soccio realized Mr Begones had access To all The video Tapes and photos Said To Mr Begones See iF you can get Them? He Said I dont Know iF I Can My Boss has Them all Locked up in A SAFe. Ms Soccio Said well

79) See iF you can get Them get rid of Them otherwise we will have To send her out of State iF he gets his hands on Them he will drag us over Coals. She Told him we need To Make him Look as Bad as possible Between now and Then. For now on your My eyes and ears.

80) on 11/17/06 Mr Begones Told MS Soccio That he wore a wire on My Sister, Gretchen Joan nelson A.K.A Gretchen Silva, and others and That he had sex with My exGirl Friend Joyce Farias and Audrey elMan My psychologist while investigating Me For AlleGed sexual assault. Joseph Forgue adMitted To Assisting Begones with The investigation pertaining To nelson and To Following her on 11/6/06

81) on 11/17/06 Mr Begones adMitted To having avelinoe duarte wear A wire on Me and Then having The TApes Transcribed and To having c/o duarte show The Brown Family not By name And That he Made Me The LAUGhing STock

82

)On 11/17/06 I Believe I heard MS Soccio TAlking To The Judge ABouT having Me video TAped when I reTurned To prison To See how I would acT. I positively heard her SAy I ThoughT We agreed To use where he is aT AS The IMH. And I Think Judge ForTu-naTo Jr SAid I didnT agree To noThing.

83

)On 11/17/06 while down in The holding cells I heard The MArshals SAy how They had To geT ready For Me BAck AT The prison.

84

)On 11/17/06 when I reTurned To High SecuriTy I WAS GreeTed By LT AviLA, pAul MAriorenzi John doe oFFicers, c/o MAriorenzi Asked a c/o To ASK Me iF AnyThing good happen in courT. They Then puT The hAnd cuFFs on Me realy TighT which inJured My hand I Then MAde iT worse working ouT And hAd To wear A Brace For A Few MonThs prior To The handcuFFs My wrisT wAS A liTTle Sore From working ouT JusT A ScinTila

85

)On 11/17/06 unTill I donT Know I wAS video TAped And STill waTched 24 Hrs A dAy do LeGAl work use The ToileT and hArassed wiTh The cAMerA

86
[redacted]) On or near 2/13/06 c/o Clause while Talking To c/o Manning Said he Just copped To The used condem That was Found in The hospital and That he did This To Take Ms elman The psy out The Back door. he Then repeated what I said To my Lawyer in a letter That I had Just mailed A day or Two earlyer.

87
[redacted]) On or near 2/11/06 while Leaving F Block entering The hallway c/o Clause said To nurse Bailey ILL Bet you A Blow Job he Jerk's off Tonight. cheryl said Go see your wife you had your chance. c/o Clause said I heard about you and mario he Then said my nuts were roasting and That I Jerked off and didnt wash up. cheryl Then said none of Them do Just like he said ? watches all of Them he uses It For his own personal spice channel

88
[redacted]) On [redacted] 2/24/06 c/o North while Leaving F Block Through The court yard Talked about A Letter I wrote Cindy Soccio Regarding 42 U.S.C.A. 1985 civil suit

89) On 2/26/06 while I was Talking To A priest About My Son and whether he was alive LT Avila while out Side The door Made a derogaTory remark about My Mom Giving Blow JoBs and infered My Son was dead. C/O Rivas Told LT Avila That I Appologized For what I wrote About C/O pettys Breast.

90) On 3/30/06 C/O WoJTanowsk was in F Control Talking about me with C/O petty. he watches me From The Main control center with A camera

91) On 4/6/06 C/O WoJTanowsk Gave me A Letter I Mailed To Attorney Sean F. Farley. The letter was opened it was returned To me For change of address. it was ABouT The cameras

92) On 4/14/06 I was watched and video Taped on The 11-7 Shift AT 6 AM while on My Floor working out naked This was used For entertainment

93) On or near May 3/06 nurse Cheryl Bailey did not Give me My Sleeping pill causeing me not To sleep. ect

94) On or near May 06 Cheryl Bailey and c/o Manning came to my cell Cheryl Laughed in my face while telling me she had no sleeping pill for me causeing me to sleep very little

95) On 5/30/06 c/o Blane Told me To strip. he searched my cell And I Later Learned That c/o Gracie was shown A video Tape That depicted me naked while I was Being stripped searched and Bending over and That it was in Retaliation For what I write in my cell and To the courts

96) On ? 06 c/o Bolockwa and A special search Team Took A Affidavit From my cell About Alex Snow committing A murder or c/o Gracie and c/o Leduc

97) On 6/12/06 while I was mopping near The F control center I heard c/o Donna Gracie Tell c/o James henry how I gave c/o Manning A A+ she Then Told henry what I wrote in a letter To A Judge and a Lawyer and Told henry There is not Gonna be a A Trial because There were 200 or 2000 Tapes I heard This Through The open door slot

98
On 6/19/06 while working I heard c/o howard Tell c/o SMOOT how he video TAped me he claimed I was MASTurbATing To My childs pictures. and That I could not oF Been That upset last night I was seen JerKing oFF

99
On 6/27/06 I Asked Sandy SMOOT if he could Copy a psychiaTrich report For me. he Tried To Keep The original and conspired with Bill Begones To Give me back a Copy inSTead oF The original And Blamed it on A Female secreTary.

100
On or near 6/28 6/29/06 I sent CAPTAin Headen Two Request Forms complaining That nurse cheryl BAiley didnot Give me my sleeping pills and how I could not sleep. This was An Experiment So The MAin ConTrol center could determine whether or not I needed The pills

101
On 7/13/06 c/o Gracie BeT That she would Book me and Fire me in RetAliation For whAT I write The courts and police about her. she Then Booked me For useing A Book To rehabilitate my wrist and had me Fired From my JoB

102
[redacted]) on 7/18/06 I sent A request Slip To LT. Galagan complaining about Bill Begones Telling people he has video Tapes and pictures of me and That I was Being watched do Bodily Functions and Law work By The use of a hidden camera and asked For a Grievance Form he denied my request As Frivolous and Told me Theres no CAMERAS

103
[redacted]) on 7/19/06 I sent A request Slip To LT. GAlAGAn requesTing a Grievance Form For Gary Bouley And c/o WoJTanowsk wathing me do Legal work and Bodily Functions he denied my Request and refered me To A clinical Social worker

104
[redacted]) on 7/28/06 c/o henry while crossing The court yArd SAid I hAd my own Son Killed

105
[redacted]) on 7/28/06 while TAlKing To Dr RoberTs The psychiaTrist ABouT The CAMerAs c/o Fennel said if I wanTed privAcy I should not have come To prison.

106
[redacted]) on 8/18/06 c/o paul Leduc was celibrateing

106) Freddy Bishop Being released From prison. I Asked c/o Leduc if Justin prout was still here? he said yes Then while passing F control door c/o henry said why did you Tell him That? now hes gonna send That Letter. Leduc said yA Thats what we want him To do. Henry said yA its not your wife and Kids in There refering To A Letter The M.C.C. officers watched me write with a camera.

107) on or near 8/26/06 I wrote wArden weeden a Letter several pAGes Long complaining about how I was Being abused By officers and there cameras and how c/o GrAcie set me up and Took my JoB.

108) on AuGust 31 06 wArden weeden responded Telling me my Booking was dismissed and That I Lost my JoB Because it GAve me access To The books which I Took advantage of. And he said let me make This clear There is no camera in your cell nor is There any Listening device as you claim in your cell or worn By STaff. and your discipline record is Relatively good

109
[redacted]) on or near 9/8/06 while doing Feedings in F Module c/o danials Told c/o Calise what The M.C.C. oFFicer claimed To see Laurence doing with his Trial Transcripts. he Talked about what Laurence was reading and said he gave Laurence a rotten peach. Laurence Then wrote a Letter To Honorable Judge Fortunato Jr Complaining

110
[redacted]) on 9/15/06 while I was in A room Talking To a psychiatrist DR RoBerTs Telling him how I was committed To Buttler hospital For Trying To protect My Son And his MOM From Sexual ABuse I heard c/o Blaine c/o Ronald renshaw and c/o renshaw out side The door doing a skit Argueing about what A MCC oFFicer claimed To see me do with a picture of different strokes. Actors, c/o Blane said she was a Teenager ronald renshaw said I Fucked a Kid in The Ass while dr RoBerTs said There is no cAmerAs. ect

111
[redacted]) on 10/6/06 I went To see Dr RoBerTS and complained about The harassment I receiwed From The camera. He Told me There was no camera in Front of people I heard

111
Talk about The Camera. Then As I was Leaving c/o Renshaw Took Me By The Arm and Showed Me A TV Screen That depicted a hospital room cell and Told Me Thats The only CAMERA and its A BiG CAMERA you CANT hide iT and Told Me Theres no CAMERAS in The cells and That My LAW SuiT WAS Gonna geT Thrown OUT

112
On 10/13/06 while in A room TAlking To Dr RoBerTs about how I'M TorMenTed With A CAMera From outside The door I could hear c/o Leduc TAlKing ABouT A SKiT I wrote in My cell in view of The Camera and Then Flushed down The ToileT. Dr RoBerTs repeaTedly Told Me There was no cameras.

113
On 11/14/06 c/o Henry MAde A CommenT about Kiddy porn directing iT Towards Me. LT GAlAGAn SAid They hAd clothes on iT was noT Kiddy porn

114
On 1/9/07 I complained To deputy collins ABouT The CAMerA

115
On 1/14/07 c/o duarTe TooK A LAW SuiT OFF The

115) Mail Box That I Mailed him Then on 1/17/07 he Told Me I was Loseing it That I was a Flake and infered I was nuts about The cameras

116) on 1/17/07 My cell was searched By c/o Bulockwa, Largy and A Tactical Team and They photographed My Legal work and calenda To Make it admissible

117) on 1/25/07 while I was getting a cardigram By nurse haley c/o ronald renshaw and north came in To The hospital and Laughed in My Face Because They received word My P.C. camera issue was Gonna be dismissed on 1/26/07. I was Getting A Cardigram by nurse haley

118) on 8/27/04 untill January 26/07 Main control room officers Bouley, Gannon, Mariorenzi, LT. Galagan, BeGones, wojTanowsk and John Jane does used Female and male officers, nurses, store workers, ruses, skits, concealed cameras To investigate me For Alleged Sexual Assault, Murder and various other crimes interfered with my mental health Treatment, By Tape recording me useing ruses and skits To up set me and Then useing video Tapes, psy report, photos, To intimadate and Extort Me

119
[redacted]) on 1/29/07 C/O Leduc Took me to see Dr Roberts The psychiatrist on The way To The hospital Leduc repeatedly Told me There was no camera in my cell. Then while waiting To see The Dr. he kept Telling me There was no camera in my cell. I've heard C/O Leduc TAlk ABout what I was writing in my cell over A hundred Times. while TAlking To Dr Roberts he Told me I seemed stressed out depressed and suffering From Anxiety in Front of nurse haley who knows I'm OBserved with a camera. A hospital clerk as well As C/O North who has Terrorized me with The camera and C/O Sousa whom I heard TAlk ABout The camera Twice. Three Times

120
[redacted]) on 1/29/07 while out on recreation I OBserved C/O henry in F control Laughing with LT GAlAGAn and he SAid how I was in my cell masturbating The previous evening. C/O henry had A sexual Relationship with C/O Gracie and C/O wood and Bet Them on whether or not I would masturbate. The relationship with C/O wood started over A

120) A court orderd psychiatrich report That was passed around The ACI and photos de picting My penis. The Male officers Told The Female officers There penis was bigger Then Mine

121) From The Begining of This Law suit untill 1/29/07 while in F Module I was constantly Harassed By inmates and officers with The use of A poster depicting Four Boys. Allegations From A psychiatrich report Cameras and subjected To ruses And skits By The Main control room officers who used Female officers nurses store workers To investigate me For alleged sexual assault. I was sexualy harassed and constantly accused of looking at officers penises, crotches

122) From The begining of This Law suit untill 1/29/07 I was Treated Like I was in The IMH. I was scrutinized with Cameras By people who hate me 24 Hrs a day and harassed 16 Hrs A day Because of what I wrote in legal letters or civil suits and To Lawyers, Judges, Family or To My self while calling me pettiFile names and Gradeing My Behavior A To F

# CLAIMS

## FIRST CAUSE OF ACTION

123) PLAINTIFF AVERS THAT THE DEFENDANTS in PARAGRAPHS 4 Through 16, 23, 32, 40, 41 were negligent in there FAilure To prevent Me From Being ABused with concealed cameras photo graphs videoTapes in paragraphs 45 Through 122 They violated My CONSTITUTIONAL right To Access of courts, Fourth and Fourteenth AMendMent To privacy, Life, Liberty, due process, Equal protection And Eighth amendment I suffered psyicaly psychologically Mentaly EMotionaly, Anxiety depression, needed Medication. They were recklessly indifferent careless. For 886 days useing High security AS I M H

## Second CAUSE OF action

124) PLAINTIFF AVERS The defendants in para graphs 4, 6, 8, 19, 20, 21, 33, 34 37, 38 40, 41, 42, 32, 36, 43, 28, and Michael Grant conspired To conceal several causes OF ACTIONS By Lieing in in Terrogatories To conceal The CAMERAS, video TApes, AudioTApes, psychiatrich report, TApes Loss of consortiumship. Sexual harassMent Due process, Life, Liberty, cruel and unusual Living conditions, TreatMent in PARAGRAPHS 58 and 69 Through 84 There ACTions were Deliberate indifference cruel and unusual with MAlice, perJury. Fraud conspriracy also 32, 29

# CLAIMS

## Third cause of Action

125) PLAINTIFF AVERS DEFENDANTS in para graphs 3 Through 44 Violated My Fourth amendment constitutional right not to have unwanted things done to My Body My right of Access to courts, Fifth, Fourteenth amend ment to Life, Liberty, to Be Free From cruel and unusual Living conditions, And Treat ment, punishment For 886 Days I was sexualy harassed and tormented with cameras in paragraphs 45 Through 122 and The officers and LT Avila LT Getter Tried to EXTORT, Black Mail, And intima-date Me, with the use of Fabricated Allegations, video Tapes, photographs a psychiatrich Report There Actions were deliberate indifference, Malicious causeing me Mental pain, anxiety humilia-tion, stigmatization, Depression, nightmares and need for Medication constantly saying My Son is dead, and useing High security As I.M.H

## Fourth CAUSE OF ACTION

126) PlaintiFF Avers The actions Defendants Bill BeGones, LT Carol Getter, Gary Bouley, cheryl Bailey, JeFFroy Brouilette Kevin Manning Donna Gracie paul Mariorenzi, Howard James Henry, Avelinoe duarte, charles

# CLAIMS

## FOURTH CAUSE OF ACTION

126) North, Gregory Belisle, Ronald renshaw, Danials paul Leduc By There actions in paragraphs 45 Through 122 were cruel and unusual. LT Carol Getter allowed and condoned me Being Tormented and she watched me use The Bath room and masturbate From The main control center These people Laughed in my Face and rambled endlessly ABOUT my Abusive sexualy Abusive childhood and Adolecents. Bill Begones and Gary Bouley Allowed condoned and created The Torture with malice Deliberate indifference and c/o Spadoni

## FIFTH CAUSE OF ACTION

127) Plaintiff avers The actions of Defendants Bill BeGones Gary Bouley Edward Gannon paul Mariorenzi, Mr WoJTanowsk LT Avila LT Doyle showing LT Getter, cheryl Bailey, Donna Gracie, Leisa Amy wood, Jane does, video Tapes of me masturbate naked partial photos of me naked To Females c/o petty. showing mental Health video Tapes of me and allowing male and Females To watch me masturbate From The main control center was sexual Harassment and a violation of my Constitutional Right To privacy and cruel and unusual with malice

# CLAIMS

## SixTh CAUSe OF ACTion

128) PLainTiFF Avers DeFendanTs Bill Begones Joseph Forgue Avelinoe duArTe GAry Bouley Edward Gannon, RoBerT CATlow, Cheryl Bailey AL Benzio DiMezzA, John Jane does TApe recording Me TAlK To MenTAl health, My Attorney and TApeing Me TAlK, sharing This with SocieTy. WAS A ViolATion OF ConsTiTuTionAL RiGhT To privAcy, and My SixTh Amendment And WAS cruel and unusuAL. with MALice

## SevenTh CAUSe OF ACTion

129) PLAinTiFF Avers ThAT All DeFendanTs in This civiL RiGhTS ActioN in pArAgraphs 45 Through 128 VioLaTed My SixTh AMendMenT wiTh deliberaTe indiFFerence By WATching Me and videoTApeing Me with The use of Concealed cameras ThAT Are concealed with in The LiGhT FixTures in All The cells in High SecuriTy cenTer And have done noThing BuT LAuGh in My FAce ABouT iT with MAlice while committing Fraud and perJury and Conspiring To commiTT Fraud and perJury I goT iT in BlAck An white under oaTh.

# DAMAGES

130) PLainTiFF ASKS This HonorABle courT For A Jury TriaL And To award him compensaTory

130) Damages in the amount of one hundred dollars a day for each and every of the 886 days that I was abused with cameras and every thing that went with it.

131) Plaintiff asks to be awarded compensatory damages for video tapeing me and audiotapeing me and useing it to sexualy harass me knowing I was sexualy abused as a child and adolecent.

132) Plaintiff asks to be awarded compensatory damages for abusing me with the fabricated and true allegations from a court orderd psychiatrich report. [redacted]

133) Plaintiff asks to be awarded punative damages in the amount of ten thousand dollars from Carol Getter, Bill Begones, Gary Bouley, James Henry, Cheryl Bailey, Jeffroy Brouilette, Donna Gracie, Avelinoe Duarte Charles North, Ronald Renshaw, Gregory Belisle, Paul Leduc, Danials Spadoni, Albenzio Dimezza. And I ask to be awarded costs of prosecuting this suit as well as punative damages from all defendants wherefore I pray for relief

Respectfully

8/23/07 Norman Lawrence

# CerTiFicATion

I hereby certify IM Fileing an Amended civil claim and will serve The Following defendants As Soon As This is Granted. Ashbel T Wall II, Robert CATLow, Bill BeGones, Joseph Forgue JAke GAdsden JAMES weeden Donna Collins Arnold Anderson BarBara Headen LT Avila Carol Getter LT GALAGAN LT Doyle Avelinoe duarte JAMES Henry, GAry Bouley Edward GAnnon, Brian daurAy, paul mario renzi, Mr WOJTANOWSK Mike Mellucci Kevin MAnning, Charles north, Mr Howard, richard Blake, ronald renshaw, cheryl BAiley John Doe renshaw Robert LANGlois Donna Gracie JeFFroy Brouilette Mr danials robert Dennette Eric Croce Cindy Soccio, Mr Spadoni Louis ricci, Audrey elman, John Lopez, Greggory Belisle, ALBenZio DimezzA

Respectfully
SuBMitted
Norman Fuerace
8/23/07