**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 081 ML**

**A.T. WALL**, et al.

**O R D E R**

Plaintiff Norman Laurence's motion to Amend his Complaint pursuant to Fed. R. Civ. P. 15 is hereby **GRANTED**. The Clerk of Court is directed to docket plaintiff's proposed amended complaint, Dkt # 21-1, as the Amended Complaint in this matter.

The Clerk of Court is further directed to send Mr. Laurence the appropriate materials/forms/letters so that he may effect service each named defendant.

Plaintiff is hereby reminded that he must serve each named defendant within 120 days. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: Sep 4, 07