3 copy's

Dear Ms patricia coyne-Fague 12/9/07

RECEIVED
JAN 8, 2008
Property of U.S. District Court
District of Rhode Island

as I hope you know I'm sueing Mr Grant, that could be the reason why he does not send My Letters or acknowledge My motions. I sent him quite a few interrogatories Back in sept, I'm still waiting for them. Actualy My calenda shows I sent them Back in AUGUST. I ALSO sent Depo-sitions. This was after he agreed to answere them during a phone call. This was pertaining to my state law suit pending in prov superior court. Then on sept 14 I served 12 people my calenda shows including Mr Grant with A Federal Law suit, they were picked up in B module. Then on sept 16,07 I placed 8 more law suits on the c module window c/o Simpson took them out front they were stuffed in open end white envelopes, nice and tight nothing fell out, I Body slammed them and dropped them to test there durbility. on 9/18/07 I served c/o renshaw then on 9/24/07 I served 4 more. Then on 9/25/07 I served Joe Forgue c/o Belisle weeden Gadsden, on 9/26/07 I mailed a civil claim to Mr eric croce Inter depart mail. on 10/11/07 I mailed a civil claim to Mr manning Deputy ~~of~~ Reynolds By way of Mr Grant and LT Avila, I told c/o Gilbault to send it Back if he could not locate LT Avila. when people

Claimed I messed up the waivers I sent them 15 new ones. on 10/3/07 I served Smoot Louis Piced then on 10/4/07 I served Gilbault LT doyle c/o Mellucci and Audrey elman The last one to be served was Ms Cindy Soccio. Though I'm a inmate I'm well schooled on the politics and courtesy of court and lawyers, could you or Mr Grant please respond. If there is any dis-crepancys I'm sure I'll hear about it if there is I'll double check my calenda. My calenda is on tape. On sept 13, 07 I believe a c/o clause allowed inmate Billy wichnowsk a reliable informant to take 12 law suits and place them on the mail box, and I positively served Avelinoe duarte he said the same thing last time, could you please answere the interrogatories and acknowledge service regarding CA 07-081 ML. also could you please continue to have my copy and legal expences be paid half out of my money everytime I get a deposit I'm about to run up a new bill serving your clients with another law suit and a amendment. I just about paid up a 80 dollar bill Thankyou

Respectfully

Norman Laurence

cc/ Judge Hagopian
cc/ Judge Rubine
cc/ Norman Laurence