UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V                                  CA No-07-081 ML

Ashbel T Wall II ET aL

COMPLAINT

The plaintiff Norman Laurence JR is sue ing The defendants For useing a policy That violates his constitutional rights and statu tory rights By SubJecting him To 24 Hr Survei llance with The use of concealed cameras That are concealed within The Light Fixture in his cell. They are used To Sexually harass him and deny him work product privilege. Bodily integrity, dignity, privacy, Liberty, indivi duality, Hes denied his First amendment To Freedom of speech. and has been denied his Liberty interest without due process of Law. and has been A victim of False Light in vasion of privacy, Defamation of character. and The High Security center has Been used as The IMH, and has been denied his access To courts.

# Jurisdiction

1) This court has Jurisdiction over plaintiffs civil claim and its Filed as a 1983 U.S.C

2) This instant civil rights Action is Filed as and Eighth amendment violation

# Parties

3) Plaintiff norman Laurence Jr is a inmate at High Security A.C.I

4) Defendant Ashbel T wall II is being sued in his official and individual capacity as Director

5) Defendant Deputy Donna collins is being sued in her official and Individual capacity

6) Defendant LT. Galagan is being sued in his offi-cial and Individual capacity

7) Defendant LT Tierny is Being sued in his official and individual capacity

8) Defendant Robert Dennett is Being sued in his official and Individual capacity

9) Defendant c/o worden is Being sued in his offi-cial and individual capacity

10) Defendant c/o pierce is Being sued in his official and Individual capacity

11) Defendant Douglas newberg is being sued in his official and Individual capacity

12) DeFendanT c/o BouLey is being sued in his oFFicial and individual capacity M.C.C
13) DeFendanT c/o Gannon is being sued in his oFFicial and individual capacity M.C.C
14) DeFendanT c/o Mariorenzi is being sued in his oFFicial and individual capacity M.C.C
15) DeFendanT c/o wojTanowsk is being sued in his oFFicial and individual capacity M.C.C
16) DeFendanT c/o ron renshaw is being sued in his oFFicial and individual capacity
17) DeFendanT cheryL Bailey is being sued in her oFFicial and individual capacity
18) DeFendanT Dr roberTs is being sued in his oFFicial and individual capacity
19) DeFendanT AveLinoe duarTe is being sued in his oFFicial and individual capacity
20) DeFendanT c/o spAdoni is being sued in his oFFicial and individual capacity
21) DeFendanT c/o danials is being sued in his oFFicial and individual capacity M.C.C
22) DeFendanT Brian dauray is being sued in his oFFicial and individual capacity as c/o M.C.C
23) DeFendanT Mike Mellucci is being sued in his oFFicial and individual capacity
24) DeFendanT warden weeden is being sued in his oFFicial and individual capacity
25) DeFendanT RoberT caTLow is being sued in his oFFicial and individual capacity

26) Defendant Dr Freidman is being sued in his official and individual capacity
27) Defendant John and Jane does are being sued in there official and individual capacity
28) All Defendants are being sued under color of state law

ALLEGATIONS

29) on 1/26/07 cheryl Bailey and c/o pacela Laughed at me, while Telling me there was no cameras in my cell. c/o pacela said where are they can they see me.

30) Between The dates of 1/26/07 and 2/8/07 nurse Bailey refused To give me my sinus Medication causeing me To Lose sleep. staff Laughed at me cause of how my voice sounded with out The Medication.

31) on 1/31/07 After sending my Legal work To The Library To be copied I was subject ed To A cell search by LT Galagan and c/o duarte who ordered me To carry a Mattress while Being Bound in plastic Restraints. I was Then placed in A shower area Left in The restraints close To an hr with The circulation in my hands Being cut off while in pain and Fear

32) on 1/31/07 The Main control room officers M.C.C used The cameras in my cell To scrutinize me For guilt and remorse as it was The Tenth anniversary of The death of Betty Jo Gardner. I wrote D.a. cindy Soccio a Letter and smashed my radio.

33) on 2/1/07 c/o duarte was IRATE over The contents of a letter I mailed cindy Soccio That The M.C.C watched me write. c/o duarte Tried To set me up with a magazine. and Then came in To my cell with c/o Leduc harassing me Telling me I was stupid

34) on 2/3/07 LT. Getter read me c/o duartes Booking which stated I said Fuck you, your Mother ILL slap you and your Mother. your a punk and you watch me on The cameras I am sueing you and will have your JOB For watching me on The cameras

35) on 2/5/07 I seen Dr Roberts, He would not Let me Talk about The cameras and raised my medication. I asked Ms haley IF I was suppose To Be getting a Sinus pill and she said yes

36) on 2/6/07 LT Galagan gave me 30 days For c/o duartes booking he said Being left in

36) restraints was an over sight and it was 35 minutes at best and said my attitude would determine whether I got my legal work back from the library

37) on 2/9/07 c/o worden put me in the shower and left the out side door wide open. it was freezing cold out side

38) on 2/13/07 while doing law work in E mod c/o danials harassed me about my religious calenda infering I was lusting off a baby. Mr danials and the m.c.c officers harassed me everytime I received religious mail or read a book that discussed children or while I did law work, they literally use the cameras every second to watch me. They follow my eyes, c/o danials would say ill wait a day to masturbate to make it look good, and if I should scratch my crotch area they say the children triggered it.

39) on 3/2/07 Dr roberts tried to raise my medication while telling me there was no camera in my light and he would not let me talk about the cameras.

40) on 3/7/07 c/o worden stripped me for single rec and continued this untill June to harass me

41) on 3/18/07 c/o Tierny was inFering I was a child Molester while imatateing Michael Jackson. as he LeFT he said I Better have a sTamp For That Letter reFering To a letter I had JusT wroTe To channel 6 news.

42) on 3/27/07 and 3/28/07 OFFicers in E ConTroL heard a inmaTe repeaTedly ask me For a BaTTery For his Friend in cell E 11.

43) on 3/29/07 aFTer I senT My Law work abouT The camera To The Library To Be copied c/o Worden moved me To cell 10 next door To The inmaTe who needed The batterie. c/o dennett Was IrraTe because The M.C.C OFFicers Told him I used The pen he gave Me To wriTe The wriT abouT The cameras

44) on 3/29/07 27 days aFTer I Finished My 30 days SegregaTion I was allowed My Food privileges, I was denied This privilege Because oF whaT I KepT wriTing in My cell abouT oFFicers in View oF The camera Box. I was being TreaTed Like I was in The IMH.

45) on 3/29/07 I was Booked For passing a BaTTerie and given 10 days SegregaTion

46) on 3/30/07 after I observed Deputy Collins and Kate Roberson come through E module on a tour. I wrote a message on a sheet of paper to Kate and c/o Gracie and flushed it down the toilet. c/o Howard then came and escorted me to the hospital I then sat down next to c/o Leduc while waiting to see Dr Roberts

47) on 3/30/07 c/o Tierny entered the hospital and stood in front of me placeing his crotch in front of my face, thrusting his crotch towards my face while steering at me and smileing at me. at which point c/o Howard called Tierny around the corner and told him what are you doing we are suppose to embrace him Tierny explained he was up set about what I wrote in my cell about Kate and c/o Gracie, Howard claimed to have a wire on

48) on 3/30/07 I entered the hospital room laughing hysterically and told Dr Roberts how officers were abuseing me with cameras. He told me I was suffering from delusions, anxiety and stress and he wanted to raise my medication.

49) on 3/31/07 and 4/1/07 all week end c/o Tierny and c/o Spadoni went in and out of the control center doing skits pretending to talk about what I was doing in my cell

50) on 4/1/07 at about 9PM just as c/o Spadoni approached my cell c/o Tierny Turned my night Light on. c/o Spadoni Then Told everyone That he seen me putting cum in my Mouth. his words. and That was for what I wrote about his Girl Friend Donna Gracie and c/o petty charging correctional officers money For oral sex

51) on 4/2/07 c/o Worden said Spadoni got me good Last night putting cum in my Mouth and said That was for c/o petty

52) on 4/6/07 c/o Gracie Told me c/o dennett sent my store order back. This was The Third Time Dennett sent Back my writing supplys

53) on 4/10/07 After Finishing my 10 days Seg regation I asked c/o Worden if I could make my once a Month phone call. He Followed me To The phone, and Then went with Mr Begones To inmate Prouts cell

53) as Begones JUST Finished TalKing To inmate cable. I did not Get Through and informed c/o Dennett

54) on 4/10/07 AT 123 pm I called My Mother and Told her about c/o worden and c/o dennett cheating on There wives and I Told her I was gonna File a class action Law suit about The cameras

55) on 4/12/07 c/o worden came To My cell and Told me he checked with SIU and That I was Being Booked For MaKeing Two phone calls he said I Made a call at 924 AM and Then another after 1pm I Then wrote The STATE police and learned The letters were given To A.T. wall

56) on 4/11/07 around 1145 while on My bed writing an affidavit about c/o worden I heard him come Through The door and say hes in There putting words in My Mouth refering To A AFFidAViT I was writing To JudGe Lisi

57) on 4/17/07 I went To The discipline Board and LT doyle Said c/o worden said he escorted me To The interview

57) room To make a call at 0924 and at This Time Mr begones was in To question Mr prout and cable about a Fight and That he left after I dialed The phone and That after Mr Begones Finished with his questioning I said I did not Get Through he said he asked Begones To check The records To confirm This and That on 4/12/07 Begones informed him That I did in Fact make contact with my mother, Talked about The Fight, I was Found Guilty and Sentenced To 21 days Segregation

58) on 4/18/07 I received a letter From A.T. Wall The director Told me he received several letters From me on about 4/13/07 refering To The letters I sent The state police commander of The A.C.I and said That copys were For warded To Deputy collins and Scott Tirrochi For There review

59) on 4/19/07 The RI state police douglas newberg entered & module and while Talking To him he came To my cell and made Jokes about The cameras saying wheres Them cameras at, about

59) a half hour later he returned and repeated the same Joke

60) on 4/21/07 I heard c/o ronald renshaw telling John the nurse what the M.C.C officers claimed to of seen me write in my cell as well as what they claimed to of seen me do regarding a deceased girlfriend

61) on 4/26/07 c/o dennett told me my appeal came back denied, he took my radio, food cosmetics, medication, and he later told me my appeal was reduced to 7 days L.o.ap I was denied recreation, showers, and lost my phone privileges for 20 days for a phone call I never made.

62) During the month of April c/o worden kept stripping me for single rec and harassed me while I showered because of what I wrote in view of the cameras in my cell

63) on May 11/07 c/o Gracie Dennett, north and Jane doe store women set me up with a Book of stamps, and a muslim card on another date

64) During the month of May I was sexually harassed by c/o dennett and c/o worden while being stripped for single

64) recreation and I was harassed while showering The officers would Then Tell The Female officers how small my penis was. I Then received My Mothers phone Bill That stated I called her once on 4/10/07 at 123 pm and Talked To her For 11 minutes

65) The month of May c/o danials harassed me and made innuendoes That I was doing Things with childrens pictures From Feed The poor and My religious calenda

66) on 5/31/07 I sent a slip To Deputy collins complaining about The camera. she wrote back and Told me There were no cameras in my cell

67) on 6/11/07 I was given A Magnet in The Mail From Feed The children charity. it was allowed in so The M.C.C. could watch how I acted with The cameras.

68) on 6/12/07 while I was on recreation c/o dennett packed my property Took The magnet and moved my property To cell E 11 That also have cameras in The Light Box. when I asked him if he Took anything he said no. he Then admitted To Takeing The Magnet

68] which was The reason For The Move. He Told Me oh That Thing you canT have That.

69] on 6/21/07 I was Moved To c Block where I was abused By OFFicers and inmates. and I was abused By The M.C.C OFFicers and I Learned That They can see people Through The window on My door with The camera in The Light Box.

70) on 7/5/07 c/o Sousa searched My cell and had Me carry a Mattress while in pLastic restraints There were Three Letters on My desk Two To Joseph Forgue and one To Cindy Soccio about A Murder in conn, when I returned and searched My cell They were gone, They Turned up Three days Later after I wrote The State police

71) on 7/5/07 Deputy collins Told Me in writing I am 100 percent certain That you were not observed by concealed cameras on July 4Th 07. you have My word

72) on 7/6/07 Deputy collins asked Me iF I got her response. I said yes. she said I give you My word They are not iF I Find out They are There in Big Trouble.

73) on 7/6/07 a short time after speaking to Deputy Collins, c/o Kaplan came to my door and gave me a response from LT. Getter that stated refering you to psychological services as theres no cameras in your cell, that night I flipped out and destroyed personal property while being laughed at by M.C.C officers and C control officers

74) while in C module when I went to rec I observed a split screen video monitor in D control that allows officers to watch several cells at once this is visible to inmates, civilians and females

75) on 7/19/07 I was moved to A module with a view of the parking lot that allowed the M.C.C. officers to use the cameras in my light box A 15 and the cameras that view the parking lot to simultaneously watch my reaction as staff and visitors passed by my window, the cameras were used to humiliate, degrade, harass and defame me, which caused visitors to complain about me, officers told teachers and female counselors what I was seen writing and doing by the cameras

76) During The Months of July and august 07 a LT. Galagan and The M.C.C. used There wives, girlfriends, and Female staff To entice me To Masturbate while useing me For Entertainment and gambling, while useing The cameras To investigate me For alleGed sex crimes.

77) During The Months of July and august 07 I observed The D control video monitor That depicted inmates cells on a split screen TV

78) on or near august 15, 07 I was Brought To The STAFF room For a phone conference with Michael Grant. He claimed he never received The interrogatories That I mailed him on sept 6, 05 Even Though I sent him numerous Letters inquiring about The Interrogatories

79) on 8/27/07 AFTer The M.C.C seen me write The R.I. supreme court asking if They received my appeal That I mailed on 8/2/07 c/o casavant gave me a request Form From Deputy collins stating she Located my appeal and was waiting For a Money TransFer. I Then sent a second money TransFer. and was over charged For postage

80) From January 07 Through august 07 S.I.U And officers interfered with my Library

80) requests For Law cases pertaining To The cameras and officers repeatedly with held my Mail Giving it To me Late

CLAIMS

81) First CAUSE OF ACTion
The defendants in paragraphs 38, 41, 51, 60, 32, 62, 64, 65, 67, 68, 69, 73, 75, 76, violated my First and FourTeenth amendment By committing defamation of character, painting me in a False Light with malice causing me mental anguish, depression, humiliation, nightmares stigmatization and need for medication and need for psychiatric treatment

82) Second cause OF Action
The defendants in paragraphs 31, 33, 36, 40, 41, 43, 46, 47, 50, 51, 54, 55, 57, 62, 75, violated my First amendment To Freedom of speech, Freedom of Thought. There actions were retaliatory. With malice deliberate indifference causing me mental anguish, depression, humiliation, nightmares stigmatization and need for medication and psychiatric treatment counseling.

83) Third cause OF Action
The defendants in paragraphs 32, 33, 43, 56, 58, 60, 69, 70, 75, 76, 79, 80, violated my Fourth amend

83) ment, By useing concealed cameras to watch me. causing me mental anguish de pression, nightmares, humiliation stigmati zation, violated my right to privacy. and I need medication, psychiatric treatment

84) Fourth cause of Action
The defendants in paragraphs 33, 34, 35, 36, 44, 45, 53, 54, 55, 57, 61, violated my Fourteenth amendment to due process and Liberty in terest. subjecting me to segregation loss of privileges. causeing me depression mental anguish need for medication.

85) Fifth cause of Action
The defendants in paragraphs 36, 38, 56, 58, 55, 52, 66, 71, 72, 75, 78, 79, 80, violated my constitu tional right to Access of courts They did this on purpose so I would have a claim for something other then the cameras causing me, mental pain, depression, need for medication. psychiatric treatment Anxiety, stress

86) Sixth cause of Action
The defendants in paragraphs 29 through 80 violated my Eighth amendment to Be Free from cruel and unusual treatment subjecting me to cruel and unusual

86) punishment and Living conditions Forceing me To Live in A cell Knowing Im Being watched and harassed with concealed cameras, Forced To deficate In Front of A camera Knowing The officers have sent Embarrassing photos of me To society Knowing They Video Tape me, and use me For Entertainment causing me mental anguish, depression, Embarrassment, humiliation, STigma Tization, SubJecting me To STrip searches To humiliate and degrade me. The cameras are a 24 Hr sTrip search. causing me To need medication and psychiatric Treatment

87) Seventh cause of Action
The defendants in paragraphs 40, 44, 46, 56, 58, 60, 75, 76 and From January 26, 07 Through august 07 violated my constitutional right To privacy By watching me with concealed cameras From within A Light Box. Sub Jecting me To mental pain, humiliation Embarrassment STigmatization depression anxiety, stress need For sleeping pills medication, psychiatric Treatment. and violated my privacy By video Tapeing me, and sharing this with Females

Eighth cause of Action

88) The defendants in paragraphs 29 through 80 useing High security As The IMH and punishing me as such as well as monitoring me with concealed cameras violated my Fourteenth amendment to Liberty Life, and due process causing me mental anguish, depression humiliation, embarrassment stigmatization, filming me, exploitation, anxiety stress need for medication psychiatric Treatment, counseling, no peace of mind

89) Ninth cause of Action
The defendants in paragraphs 30, 37, 40, 41, 47, 50, 51, 62, 64, 69, 75, 76, sexually harassed me, constantly telling everyone I was masturbateing in the shower or at my door, on the toilet or in Bed or that I was Looking at there crotch or that I sounded Gay while not taking my sinus medication and officers would make Jokes about my penis after repeatedly strip searching me.

Damages

90) Plaintiff Requests one hundred dollars A day For Being subjected

90) To IMH conditions Being harassed with cameras, videoTaped and punished in violation of My due process Life, and Liberty

91) plaintiff Requests one hundred dollars a day for violating his privacy

92) plaintiff Requests one hundred dollars a day for Being subjected To cruel and unusual Living conditions, punishment, Treatment and denied Lifes necessitys, IM harassed and Literally stalked and Tormented with cameras By Gary Bouley, Edward Gannon, paul Mario renzi and John does This has been since June of 2003 The need for Training is oBvious The Director A.T. wall, warden weeden, Deputy collins and Robert catlow refuse To stop The Abuse There Actions are deliberate indifference with MAlice, I request compensatory and punative damages

93) plaintiff Requests one hundred

93) dollars a day For being SubJecTed To segregation, Isolation, Loss of privileges in violation of My due process and Liberty

94) plainTiFF Requests punaTive damages For Being Sexually harassed and psychologically abused

95) plainTiFF Requests punaTive damages For denial of access of CourTS

96) plainTiFF Requests compensaTory and punaTive damages For defamaTion of character and painTing me in a False LighT

97) plainTiFF Requests InJuncTive RelieF The Removal of cameras as There used To waTch Me do Law work, MasTurbaTe, deficaTe urinaTe and To sexually and psychologically harass Me. and To video Tape Me

98) plainTiFF Requests A Jury Trial and To Be awarded costs For The prosecuTion of This civil claim

Wherefore I pray For JudGemenT and RelieF

1/3/08

RespecTFully
Norman [signature]