UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V CA NO-07-081 ML

Ashbell T Wall II ET al

proposed Amended complaint

The plaintiff norman Laurence wants to sue These defendants for violating all his constitutional rights and for committing Fraud and perjury, conspireing to conceal causes of Actions and wants to A Join Them to The original civil claim as They are indispensable parties

PARTIES

1) Defendant Robert Langlois is Being sued in his official and individual capacity as LT.

2) Defendant Steven Calise is being sued in his official and individual capacity as C/O

3) Defendant Tony amaral is Being sued in his official and individual capacity
4) Defendant James Habershaw is Being sued in his official and individual capacity
5) Defendant John douGlas is Being sued in his official and individual capacity
6) Defendant william Gilbault is Being sued in his official and individual capacity
7) Defendant Alfred Zannini is Being sued in his official and individual capacity
8) Defendant cristian Torres is Being sued in his official and individual capacity
9) Defendant Dr Barry wall is Being sued in his official and individual capacity
10) Defendant william ross. is Being sued in his official and individual capacity
11) Defendant pearlene Mangum is being sued in her official and individual capacity
12) Defendant leisa amy wood is being sued in her official and individual capacity
13) Defendant c/o petty is being sued in her official and individual capacity
14) Defendant John parratta is being sued in his official and individual capacity
15) Defendant c/o Buloekwa is being sued in his official and individual capacity
16) Defendant c/o Sousa is being sued in his official and individual capacity

# ALLEGATIONS

17) During The months of 2005 when I Lived in F Mod cell 1 I was video Taped while masturbating I Thought I had The camera Blocked. unknown To me while Laying on my Bed masturbating And Fondling my genitalia scrotum The officers and superiors would go in To The main control center and watch me and video Tape me This was Then given To S.I.U who showed it To people. also while in cell F4

18) During The months of 2005 while in F module cell 4 and cell 5 while I Thought I had The camera Blocked I was observed and video Taped while master bating and while writing Letters To The state police courts and A Lawyer I was observed and video Taped By c/o Gary Bouley c/o Edward gannon c/o Paul Maribrenzi c/o WoJTanowsk and John doe officers. I was used For Entertainment and This Behavoir was excepted as normal and They developed The video Tapes in To photographs

19) Between The dates of June 3rd 05 and august 05 LT Robert Langlois, Steven Calise, Tony amaral, James Habershaw John douglas, william Gilbault, Alfred Zannini, Cristian Torres, william Rossi Pearlene Mangum, John Parratta, Leisa amy wood conspired with The defendants in The original Law Suit To committ Fraud and perjury in a attempt To conceal several causes of actions pertaining To cameras, photographs, video Tapes and a psychiatric report. and c/o pierce

20) on sept 6, 05 I Mailed approximately 50 Interrogatories To ACI defendants By placeing Them on The F Module Mail Box addressed To attorney Michael Grant

21) on october 28, 05 I was Sitting on My Bed Looking at a Book called Jenna Jamison How To Be A porn star, I had My radio on while waiting For dinner. c/o Sousa opened My Trap. when I Looked at him I Lost My page. a short Time Later I observed c/o Sousa standing in The F mod control center door way. I heard c/o petty ask him were They watching? c/o Sousa said he will Know what picture I was Looking at when he sees it and he

21) Said he Told Them To Keep Track of The Book

22) During The year 2005 officers and inmates constantly debated whether or not My son was dead, whether or not I had him Killed. I was accused of Masturbating To his photos and My deceased Friends Baby pictures and To his Mothers pictures and To My deceased Girlfriends Grave stone. and inmates said My sons Brains were Splattered all over The side walk and no one Told Me.

23) on 11/17/06 MS Soccio Said My Son was alive and That Gretchen nelson had his name changed, That she committed Fraud But her heart was In The right place. and That she questioned My Exgirlfriends, Family, and Mental Health Experts about The contents of The Dr Wall Tapes. she May have only Said This cause she Knew I was Listening.

24) on 11/17/06 MS Soccio Told John doe State police That she Wanted Doug newberg To handle My Case Because he went against her in Front of The Judge. He Said Doug seen The video Tapes Too. MS Soccio Said well he Better get a Bad Memory Then. Mr croce Said To MS Soccio you Left Me holding The Bag. she said you

24) Should Be Glad you May need Me. Bill Begones Told MS Soccio he Told My Sons MOM MS nelson what The main control center officers claimed To see me doing in my cell. He Said he Told her They seen Me Through The window

25) on 1/17/06 Bill Begones Told MS Soccio he was Lieing when he Told The Judge That Deputy reynolds destroyed all The incident reports and That he only Said That To Feel The Judge out and That he still had Them

26) on 3/14/06 Bill Begones shut down High Security and had c/o Manning, Violonte and c/o Sousa inspect The windows, c/o Sousa inspected My window and The Bar with a crowbar while Mr Begones watched. This was a ruse To make me Think They shut The cameras off.

27) During The year 2006 c/o Sousa had My cell under surveillance he kept peeking in My out side window and he is alleged Too F Took A picture of A photograph That I had on My shelf That depicted a women I called Sam. and he watched Me From The Main control center with The concealed cameras. once

28) During The year 2006 Officer PAUL Mariorenzi and officers used nurses and a c/o petty To see if I would Get aroused and To see whether or not I would MASTurbate. To see whether or not I would Scratch My Body and They would Bet on what I would do and how Long it would Take me To Masturbate.

29) During The year 2006 officer PAUL Mario renzi and officers would Tell c/o petty That I put My hand Between My Legs while deficating. And officers would Tell Ms petty what I was writ ing in My cell. and Told her I was Masturbating

30) During The year 2006 officers would Bet with Them selves and Ms petty on whether or not she could Get Me To Masturbate By Acting Sexy in The control Booth and They Bet on how Many A+ and Stars I'd Give her. and she would often call up here on days off or Before come ing To work To Find out what I said about her. The Main control room officers used her To Study Me, This led To sexual Relationships and when I reported it They ALL FABricated incident reports about me.

31) During The year 2006 The main control room officer and or siu would call The commander of The on Grounds State Police and Tell Them what I wrote or did in My cell and I was often video Taped and officers would say "and its all on Tape" after Telling people what I did or wrote in My cell. I was subjected To cell searches By The Tactical Team who Took A Legal paper and They photographed My property, legal notes and calenda

32) During The year 2006 in To 2007 siu Bill Begones and or John doe had all First Shift and other shift offers work The main control center For a day so They could watch me with The video monitor That allows Them To observe me with The concealed cameras in The Light Box, Its Been Alleged This was To Give all officers and oppurtunity To Trash My character To Say They seen me doing indecent or immoral Things. its also Alleged This caused complaints Because The regular shift officers had To Take School courses To work in There

# CLAIMS

33) The defendants in This amended civil CLAIM violated all My constitutional and statutory rights as in The original civil claim. I Aver The same claims as in Laurence V Wall II ETal, CA no 07-081 ML

# Damages

34) I Respectfully Request The same damages as I requested in Laurence V Wall II ET al CA no 07-081 ML as its all Related.

Wherefore I pray This amendment will Be Granted

Respectfully Submitted
Norman Laurence
1/3/08