1) on 7/6/07 a short time after speaking to Deputy Collins c/o Kaplan came to my door and gave me a response from LT Getter per taining to my complaint about the cameras watching me do legal work she said re-fering you to psychological services as theres no cameras in your cell This was the cause of me flipping me out and destroy ing personal property while being laugh ed at by the M.C.C and D C