2

UNITED STATES DISTRICT COURT
For
The DISTRICT OF RHODE ISLAND

Norman LAURENCE JR

V CA No 07-081 ML

AShbeLL T WAll II ETAL

Motion For InJunction ReLieF

IM A inMate AT High Security center Ive Been SubJected To ELECTRONic Sur veillance For nearly A decade. Ive Been video Taped hundreds iF noT a Thousand Times MasTurbateing deFicate ing. urinateing, doing leagal work writing legal letters legal BrieFs. This went on while I was Represent ing My self For murder actualy it was Going on while I had an attorney I then went pro-se and was Sub Jected To This untill The present Time. which is why I ASK This court To please hear This InJunc Tion. During late June and in TO July 2,

2001 while at Maximuim security and while hearing That My Son was Killed and no one Told me. I also heard Tid bits of Talk about cameras and Tapes But was not sure as to what I heard I then over heard A Mr Louis ricci Talking To My psychologist Audrey Elman about Me, and he said My ExGirlFriend was gonna let me see My Son untill she seen These and seen how sick I was and, I could not hear all That was Being said. he said They would have To put Me in a STraight Jacket and I would Beg To Be sent out of State, Ms Elman wanted To Tell me But Mr ricci Told her no you cant, she said he has A right To Know he said you can Tell him when he goes out of state, I heard Mr ricci Talk about pictures. I Asked Ms ElMan was My Son Killed she said no But Then alt Most Broke down crying. she had me Transfered To The intake hospital ward psych cell, she Later Told Me That I was deLusional. I was AT High security F Mod cell 1 For 20 days segregation at which point I wrote Judge annie vogel and Told

her My Beliefs and Asked To see The State Police. no one came. She Turned The Letter over To The State Police. cindy Soccio spoke of The letter on 11/17/06. June of 2003 while EATing in B Module Dineing room officer Fennel, and Mr Beliste and others had Got in To The habit of discussing Letters I was writing To The attorney General office. I had sent Them letters implicateing John Dapont For Murder and I Began informing on others. I was scared of what Mr dapont was gonna do if he were released and I was Sick of Being psychologically Abused By correctional officers and inmates who would not stop Talking About A court ordered psychiatric report That was passed around The A.C.I. this report was released By cindy Soccio. while discussing me one day, I positively heard c/o Fennel Tell c/o Belisle about how My ExGirl Friend Got A settlement From The ACI For Getting pictures of Me That depicted Me in cell 18. He said it was Kind of hard To deny Because My

Television was in the picture with my name on it and he said something about my legal work though I was not sure, But I then knew what I heard Louis ricci telling Audrey Elman on July 2, 2001, no one told me any thing all my knowledge thus far on this day in 2003 came from hearing people talk about me. upon hearing Mr Fennel I Became sick and only got a couple hrs of sleep for a 12 day period while all I did was cry and write letters. I then Became ultimately aware that I was Being observed with cameras from within the Light Box and from then untill now Ive Been psychologically abused and sexually harassed while writing the attorney general office implicating people I knew for murders, Bill Begones was investigateing me for unsolved murders and actively trying to Build a case against me for the murder of Betty Jo Gardner Because he was told my conviction was gonna be reversed and the Evidence

Was gonna be Thrown out. He was also In vestigating me For alleged sexual assaults That are alleged To of happen during My adolecents. during This Time Mr Begones had instructed The main control officers not To let me out of There sight. They Believe They can video Tape me write Judges and doing legal work. I suffer every day. I suffer every Time I have To deficate or urinate. I Get very stressed out while doing legal work, officers have laughed at me and ridiculed me at least a couple hundred Times over The last 4 1/2 years. no reasonable person would Believe This was still Taking place. Because I'm convicted of Killing a women I Guess This makes This Behavoir exceptable while my co-defendant who caused The whole incident and who admitted To Burning The victims Body lives The Life of Riley. I need To say This its why The courts are allowing District attorney and ACI defendants To violate my constitutional rights That are protected By Federal Law. My codefendant JAY young also

Admitted under oath that he Killed Betty Jo Gardner. On 1/17/06 Mr Bill Begones after Makeing several Admissions As To investigateing me with The use of Electronic Sensors, Told The Judge I was Being watched For Security reasons.

A metal detector a very nice one at That can do The same JoB For Minimum of The cost, and The contra band doGs can TAke care of The rest AT pennys on A dollar. ACI STAFF Go on I.O.d Because of what The MAin control room Officers watch me write ABout Officers in my cell, IF I SAY Tell John doe hes a shit head They Tell him. This has been going on since The spring of 04, They still Give my insulting Messenges and its caused me a Great deal of hatered and Grief

They constantly MAke Threats of what There gonna SAY in court And quite Frankly I could care less. With all due respect. useing cameras To investigate me For Alleged crimes with out a warrant is a violation of my constitutional rights. United States V.

andonian cite as 735 F.Supp 1469 cites several cases. That are Examples OF a invasive search sanctioned By The Fourth amendment. video searches unlike other methods cannot under any circumstances be Maintained with out a warrant. The suppression OF Evidence does not serve to mend an invasion OF privacy which is A completed ACT. United STATES V Torres cite AS 751 F2d 875 Television surveillance is Exceedingly intrusive and inherently indiscriminate and it can Be Grossly ABused To Eliminate privacy see United STATES V Koyomesian cite as 946 F2d 1450 9th cir 1991 Paragraph 9 cites Torres at 751 F2d 878. Torres stated because Television Surveillance is potentialy So Menacing To personal privacy we want To Make clear our view That a warrant For Television surveillance That did not SATISFY The Four provisions would violate The Fourth amendment. West Law 73 N.C.L Rev 989 Professor McClurg cites Many cases about privacy and State Law; KATZ V United STATES 389 U.S. 347 349-50 deals with Electronic listening devices. Berger V New York 388 U.S. 41

57-59(1967) Lopez V United States 373 U.S. 427 438-39 (1963) Silverman V United states 365 U.S. 505, 510, 512 (1961) The Fourth amendment protects people not places. what a person seeks to preserve as private even in an area accesible to the public may be constitutionaly protected.

Clark V Taylor 710 F2d at 4 the state police and ACI warden denied plaintiff his constitutional right of privacy, due process and freedom from unreasonable searches and the right not to have unwanted things done to his body.

Ingraham V Wright 430 U.S. 651 679, 97 S.Ct 1401 recognizeing a liberty interest in freedom from bodily restraints. United States V Gugel 119 F.Supp 897 A camera is a lawfull act unless made specifically unlawfull by statute. if the use of a camera is carried on in such away as to invade the right of privacy of an individual such action could only be attacked under a lawful statute of the U.S. or raised by the offering of objections to the introductions of pictures so obtained in some judicial or extra judicial proceeding

Best v District of columbia cite as 743 F. Supp at 44 (DDC 1990) Plaintiff may have a legitimate expectation of privacy in the film itself whether or not it was publicly disclosed.

18 U.S.C 2510 (12) Electronic communication means any transfer of sighns, signals, writings, images, of any nature transmitted in whole or in part by a wire, radio, electromagnetic photoelectronic or photooptical system

In United States v Torres 751 F2d at paragraph 8 since the Fourth amendment has long been held fully applicable to the states through the Fourteenth amendment state and local officers who might want to use television surveillance in criminal investigations will be under the same restraints as we impose on Federal officers today paragraph 9-11 several provisions of F.I.S.A make it unmistakably clear that government, Federal state and local may not use highly intrusive forms of Electronic surveillance unless it does so in accordance with either Title III or F.I.S.A 18 USC 2511(2) (F) codifying 201(b) of F.I.S.A. 50 U.S.C 1809

codifying 109 of F.I.S.A unless those statues are complied with, Law Enforcement officers who Engage in these forms of surveillance may very well be committing a federal crime 50 U.S.C 1809 when discussing Title III and U.S.C 1801 (F) 2511 Electronic Surveillance is defined as the installation or use of an electronic mechanical or other surveillance device in the U.S. for monitoring to acquire information other than from a wire or radio communication under circumstances in which a person has a reasonable expectation of privacy and a warrant would be required for Law Enforcement purposes. This includes video surveillance, there is no doubt that the miniaturized cameras used in this case are electronic devices used to acquire information. Video Surveillance Falls within the F.I.S.A. definition of Electronic Surveillance

In U.S. v Taketa cite as 923 F2d 665 Paragraph 14.15.16 After an internal affairs investigation turned in to a criminal investigation, Taketas appearance on the tape gave him standing

in The Same way an aural interception of his phone call To oBrian would have done. Taketa had no privacy interest in The office, he had an interest in his own person The oBJect observed by The Surveillance.

With all due Respect I'm not Trying To Sound Like A Lawyer But Turner v SAFley 482 U.S 78, 107 S.CT 2254 Gives This Honorable Court Jurisdiction. I'm A convicted criminal Being SubJected To cruel and unusual Living condi tions in violation of The Eighth amend ment. I'll save The rest for oral Arguement

On A closeing note Bill BeGones and others have contacted The STATE police, and Many others warning Them ABOUT My MAIL and That I was oBserved By The cameras doing This or That and did not wash my hands he use To open My Legal Mail and copy it. I've heard officers warn people about me, causeing me unBelievable preJudice, I SAT in A mandatory Lecture By A women who instructed me on MercA A disease passed By

BacTerea. I asked her if I write a Letter and place it into an Envelope and mail it To Some one can They catch anything From it? She Laughed me out of the room I Then Told c/o Zannini That shes my Ex pert witness. I Learned The word shit head From ms wood in 05 and used it as an Example, also a couple months before my January 2000 Trial a inmate Told me he heard an officer and a mainTence man putting a camera in my LighT Box I did not Believe him, These people Ive Learned were placeing additional cameras in my Light Box. after hearing Bill Begones Talking on 11/17/06 and Then hearing c/o Eddie Sousa Talk on 10/9/07 Ive come To Believe and will prove That The department of corrections has used cameras\sensors To watch me since 1998. United States V Gerena cite as 667 F. Supp 911 (D conn 1987) First circuit at para graph 2 as Title III Suggests, responsibility vests in The Local Supervising authority To see That statutory guideLines are ob-served and That Fundamental rights are not disregarded. I Believe The Rules of Evidence 602 state I have The right To Examine Gretchen nelson, michael

Grant, and The Main control Room officers and all other parties Rule 406 HaBit Routine practice, The whole STATE knows about The pictures, The settlement, The cameras, video Tapes, all parties waived any privilege They may have had. no one is above The Law and no one is below The Law. I quote The Library officers recent quotation of The Month. The Federal Court is all about integrity. I'm A prisoner with constitutional rights That The STATE OF Rhode Island has no respect For. I ask This court To please hear This Motion in The interest of Justice whereFore I pray This Motion will be Granted

Respect Fully
SuBmitted

Norman Laurence

1/17/08