RECEIVED
JAN 22 2008
Property of U.S. District Court
District of Rhode Island

2

Dear Honorable Judge Hagopian 1/15/08

Enclosed is some of the defendants interrogatories that show they committed Fraud and perjury and conspired to committ Fraud and perjury not to mention they attempted to committ Fraud upon State court. Due to the fact this involves State police and a district attorney Ms Cindy Soccio. I Believe the attorney general office has a conflict of interest. Mr A.T. Wall said under oath that it is he who Authorizes Mr Michael Grant to settle law suits. and he denied under oath that the department of corrections settled a claim pertaining to nude ob scene photographs depicting me in my cell at high security.

The special investigation unit lied under oath as well. I Believe I can prove all parties committed Fraud and perjury and conspired to violate My civil Rights. in civil court. and I Believe some can and should Be prosecuted in Federal court.

These people have thumbed there nose at the laws of are State Buddy cianci was prosecuted ...

For Far less Then what These people are doing. MR A.T. WAll is Allowing The special investigation unit to run the MAin control center in High Security. The Main control is hooked up to all the cells in High Security. CAMERAS/Sensors THAT Are concealed in all The Light Boxes enable correctional officers Gary Bouley, Edward Gannon, Mr WoJTanowsk, and many others to watch me in every Location of my cell. Since June of 03 I learned That every cell I went to was Equipped with These sensors and I was videoTaped on a regular Bases while writing and while doing Law work. since Late June untill now Ive Learned Theres sensors in B Module cells 2, 18, 12, 11, 10, 20, 21, 23. A Module cells 13, 15, and other cells I cant remember The Exact Location. C Module cells 1, 3, 6, and 10. F module 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 2, 3, and E Module 1, 2, 10, 11, I was not in all These cells in F module But I Know They were all Equipped with cameras Based on My personal OBservation hearing, and Because of what I heard Bill BeGones say on 1/17/06 I was also video Taped Masturbating

in F4 F1 without my knowledge not to mention I was subjected to years of videotapeing from 1998 through to now. Mr A.T. Wall and Everyone involved knows of my pain and suffering but yet the show continues. The special investigation unit is made of correctional officers who are given a gun and carte blanche to violate my rights not to mention what they do to others its said on a consistent bases that if I make them open this up now I'll have to wear a mask to court and how there gonna do this and that to me. about the only thing they have not done to me is beat me up. They have done just about everything else, The main control center is used for a discovery device and for recreation. The main control center has been used since 2003 to investigate me for unsolved murders that others committed. and alleged sexual assaults they allege happen during my adolecents to which they have no complainants, no penetration from its alleged three decades ago. They have the whole state believing I'm a child molester, its unclear when this

So called sexual assault investigation started anywheres From 1999 Through 2001. one officer said it started in 1998 In any Event These people have Every one Believing Im Jack The ripper.

The attorney General office and special investigation unit cant Get around The Fact That numerous OB-scene Photographs were sent To My Sons Mother, one. The depart ment of corrections paid My Sons Mother A Lot of Money To Get The photos Back. Two The special assistant attorney General cindy Soccio and Eric Croce, Michael Grant The special investigation unit and corre ctional officers wardens Deputy s and Mr A.T. Wall conspired To conceal it By Lieing under oath, Three, Mr Grant who LAUGhed AT Me in Honorable Judge Rubines court room aided and abeted his clients To Lie under oath and Then Gave The interroga Torries To Jeoffroy Brouilette So he could Give Them To Me, As he Left I Believe he said Im Gonna Get The same Thing next Time Im sure he said it Just not when

and all defendants have Laughed in my Face since, well For a very Long Time. I'm asking For my due process, and I want To subject The defendants To Judicial process. They Know what They did is wrong and They Know what There doing now is wrong, They have Been useing Electronic devices To investigate me For Alleged crimes, And They use The sensors To assassinate my character and I can do nothing But watch.

When A pro-se plaintiff is A victim, your not suppose To Attempt To Lie your way out of it, These people committed Felony's and have Viciously abused me For years while Laughing in my Face, I Took it Like a Man C/O Sousa Said no mans above The Law and no mans below it. The Law is not Blind it does not discriminate. Ms Soccio's assertion That, The cameras will open up The Flood Gates For postconviction is a myth, maybe C/O Manning Said no mans ABove The Law and no mans Below it. Enclosed is A motion For A Restraining order/InJunction. Respectfully

Norman Lawrence

1/17/08