(1) Norman Laurence v State of Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

Concealed cause of action

NORMAN LAURENCE

vs.

C. A. NO. 03-6046

A. T. WALL, et al

Evidence For Federal Court

DEFENDANT A. T. WALL'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1. Did you implement a policy in High Security that allows correctional officers to watch Norman Laurence on a video monitor."

**RESPONSE:** No.

"2. Did you implement a policy in High Security that allows correctional officers to observe Norman Laurence while he uses his toilet facilitys." [sic]

**RESPONSE:** No.

"3. Did you implement a policy in High Security that allows correctional officers to observe Norman Laurence masterbateing." [sic]

**RESPONSE:** No.

"4. Did the Department of Corrections settle a claim involving nude photographs depicting Norman Laurence in a cell."

**RESPONSE:** Not to my knowledge.

"5. Was Norman Laurence videotaped while in his cell at High Security."

**RESPONSE:** Not to my knowledge.

"6. Who is in charge of video tapes that depict Norman Laurence in his cell."

**RESPONSE:** I do not believe or have knowledge of you ever being videotaped in your cell.

"7. On what date did you learn that nude photographs depicting Norman Laurence were sent to a women [sic] named Gretchen."

**RESPONSE:** I have no knowledge of photographs depicting you being sent to anyone.

"8. Who is assigned the responsibility of videotapes that depict Norman Laurence in his cell."

**RESPONSE:** See Response to Interrogatory No. 6.

"9. What is the name of the State Police invidual [sic] that took custody of video tapes of Norman Laurence."

**RESPONSE:** See Response to Interrogatory No. 6.

"10. Did you authorize a settlement that involved obscene photographs of inmate Norman Laurence."

**RESPONSE:** No.

Ashbel T. Wall II

Ashbel T. Wall, II

Subscribed and sworn to before me, in Cranston, this 16th day of ~~February~~ March, 2005.

Patricia A. Coyne-Fague
my commission expires 11-04-05

CERTIFICATION

The undersigned hereby certifies that on this, the 16th day of ~~February,~~ March 2005, I mailed a true copy of the within Defendant A. T. Wall's Responses to Plaintiff's Interrogatories to Norman Laurence, P. O. Box 8200, Cranston, R. I. 02920.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. PC-0306046

A. T. WALL

DEFENDANT ASHBEL T. WALL, II
RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1. Did George Vose implement a policy that allows officers to watch Norman Laurence by the use of a hidden camera."

**RESPONSE:** Not to my knowledge.

"2. Do you follow a policy that allows correctional officers to watch Norman Laurence on a video monitor?"

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

"3. Who authorizes Mr Grant to settle law suits"

**RESPONSE:** I do.

"4. On what date did you take over as Director of the ACI"

**RESPONSE:** March 9, 2000.

"5. Did you have any conversations with Deputy Reynolds about a camera in Norman Laurences cell?"

**RESPONSE:** No.

"6. Did you enforce a policy that enables correctional officers to watch Norman Laurence with a camera in his cell"

**RESPONSE:** No.

"7. Who implemented a policy that allows officers to watch Norman Laurence with a camera thats in his light."

**RESPONSE:** I am not aware that any administrator of this Department has instituted such a policy.

"8. Who gave the special investigation unit permission to listen in on Norman Laurences counseling sessions with Audrey Elman"

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

"9. If there a policy that enables officers to watch Norman Laurence with a hidden camera thats in his cell"

**RESPONSE:** I am not aware that any administrator of this Department has instituted such a policy.

"10. Have you asked any one about photographs that depict Norman Laurence in his cell."

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

Ashbel T. Wall, II

Subscribed and sworn to, before me, in Cranston, this 29th day of April, 2005.

Notary Public
My Commission expires 09/09/05.

CERTIFICATION

The undersigned hereby certifies that on this, the 29th day of April, 2005, I mailed a true copy of the within Defendant Ashbel T. Wall, II Responses to Plaintiff's Interrogatories to Norman Laurence, P. O. Box 8200, Cranston, R. I. 02920.

______________________

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. PC 03-6046

A. T. WALL, et al

## DEFENDANT WALL'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Did you recieve a letter from Norman Laurence on or about July 26, 2003 complaining that correctional officers were harassing him and or tormenting him."

**RESPONSE:** No.

"2) Does Norman Laurence have a hidden camera in his cell that allows officers to observe him use toilet facilitys and get dressed as well as other things 24 hrs a day."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"3) Do employees in the main control center watch plaintiff use the toilet facilitys."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"4) Do employees watch Norman Laurence use toilet facilitys from the room down stairs situated to the left of the sally port control center. If your facing the control center."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"5) Are you aware that Officer Pierce observed individuals takeing out boxes of tapes relateing to Norman Laurence."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"6) Do you admit or deny that Officer Demissa gave Norman Laurence a direct order on 3/6/01 to shovel snow."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"7) Do you admit or deny that Norman Laurence was denied medical treatment by Doctor Scott Allen on 3/7/01."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"8) Do you admit or deny that Norman Laurence was diagnosed with a moderate back sprain at Rhode Island Hospital on March 9/2001."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"9) Have you had discussions with the State Police about a camera in Norman Laurence's cell."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"10) Do correctional officers watch Norman Laurence use the toilet in his cell on the third shift in the dark."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

Ashbel T. Wall II

Ashbel T. Wall, II, Director

Subscribed and sworn to before me in Cranston on this the 19th of May, 2004.

Notary Public
My Commission expires 1-15-05.

(5)

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

**DEFENDANT EDWARD GANNON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES**

"1) Have you seen Norman Laurence on a surveilance camera(?)"

**RESPONSE:** No.

"2) Have you seen Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"3) On May 13/04 did Lt. James Yakey tell Norman Laurence he was at the discipline board for ratting(?)"

**RESPONSE:** Don't know.

"4) On May 13/04 did you tell the discipline board that Norman Laurence raped Betty Jo Gardner(?)"

**RESPONSE:** No.

"5) On May 13/04 did you tell the female counselor that Norman Laurence killed Betty Jo Gardner(?)"

**RESPONSE:** No.

"6) On May 13/04 while at the discipline board did Norman Laurence say that the booking that was read to him was not the same booking that L.T. Doyle read to him on 5/10/04(?)"

**RESPONSE:** No.

"7) Did Norman Laurence say the same thing that Victor Pona basicly said about the incident that transpired on May 10/04(?)"

**RESPONSE:** I do not recall.

"8) On May 13/04 while at the discipline board did the female counselor want to vote not guilty(?)"

**RESPONSE:** I do not recall.

"9) On May 13/04 did the female counselor want to find Norman Laurence guilty of a lesser offense(?)"

**RESPONSE:** Not sure.

"10) On May 13/04 did you tell the board members that Norman Laurence burned Betty Jo Gardner(?)"

**RESPONSE:** No.

Edward Gannon

Subscribed and sworn to before me, on this the 10th day of June 2005.

Notary Public
My Commission expires 9-9-05.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JOHN DOUGLASS' RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Has Mr. Bouley told you what he observed Norman Laurence doing in his cell(?)"

**RESPONSE:** No.

"2) Did Mr. Bouley tell you what he observed Norman Laurence doing on a video monitor(?)"

**RESPONSE:** No.

"3) Did Mr. Bouley tell you what he observed Norman Laurence doing on a motion sensor(?)"

**RESPONSE:** No.

"4) Did Mr. Bouley tell you when Norman Laurence went to the bathroom(?)"

**RESPONSE:** No.

"5) When you came to work in the morning did officers tell you what Norman Laurence was seen doing in his cell(?)"

**RESPONSE:** No.

"6) Did Joe Forgue ask you to watch Norman Laurence eat(?)"

**RESPONSE:** No.

"7) While working C Module dineing room did you have discussions with officers about whether or not Norman Laurence's face was red(?)"

**RESPONSE:** No.

"8) When you would go collect the food trays did Mr. Bouley tell you what Norman Laurence was doing in his cell(?)"

**RESPONSE:** No.

"9) Did you ask Mr. Bouley what Norman Laurence was doing in his cell(?)"

**RESPONSE:** No.

"10) On or near May 2004 did Deputy Reynolds send you home because of what Norman Laurence was writeing in his cell(?)"

**RESPONSE:** No.

John Douglass

Subscribed and sworn to before me, on this the 3rd day of June 2005.

Notary Public
My Commission expires 9-9-05.

21

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

# DEFENDANT JEOFFROY BROUILETTE'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Have you ever called Norman Laurence a child molester(?)"

**RESPONSE:** No.

"2) Have you ever told officers that Norman Laurence is a child molester(?)"

**RESPONSE:** No.

"3) Have you told officers that Norman Laurence molested a boy(?)"

**RESPONSE:** No.

"4) Have you told store order people that Norman Laurence molested a boy(?)"

**RESPONSE:** No.

"5) Have you told store order people that Norman is a childmolester(?)"

**RESPONSE:** No.

"6) On Sept 1/04 did you tell officer Calise that Norman Laurence had a camera in his cell while on trial(?)"

**RESPONSE:** No.

"7) On or or near near 5/4/04 did you hide Norman Laurences folder on him by putting it in your desk(?)"

**RESPONSE:** No.

"8) On or near 5/4/04 did you tell Norman Laurence his folder of legal work was in the library(?)"

**RESPONSE:** No.

"9) Have you read a psychiatrich report that pertains to Norman Laurence (?)"

**RESPONSE:** No.

"10) Did Albenzio DiMezza show you a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

Jeoffroy Brouilette

Subscribed and sworn to on this 8th day of June, 2005.

Notary Public
My Commission expires 9-9-05.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT STEVEN CALISE'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Has C/O Brouilett had conversations with you regarding a camera in Norman Laurences cell(?)"

**RESPONSE:** No.

"2) Has C/O Brouilett had convesations with you about photographs pertaining to Norman Laurence(?)"

**RESPONSE:** No.

"3) Has C/O Brouilett told you you better get a bad memory quick on Sep 1 04(?)"

**RESPONSE:** No.

"4) Did C/O Brouilett tell you there was a camera in Norman Laurences cell while he was on trial(?)"

**RESPONSE:** No.

"5) Did C/O Brouilett tell you a story about William Page being a witness to a camera in Norman Laurences cell(?)"

**RESPONSE:** No.

"6) Did C/O Brouilett have a conversation with you on or near Sept 1 04 while in F Day Room about a camera in Norman Laurences cell(?)"

**RESPONSE:** No.

"7) Did C/O Brouilett have a conversation with you on or near Sept 1 04 about pictures of Norman Laurences desk(?)"

**RESPONSE:** No.

"8) Did C/O Brouilett have a conversation with you on or near Sept 1 04 about photographs of Betty Jo Gardner(?)"

**RESPONSE:** No.

"9) Have you had conversations with C/O Manning about photographs of Norman Laurence(?)"

**RESPONSE:** No.

"10) Have you had conversations with officers about what the camera observes Norman Laurence doing in his cell(?)"

**RESPONSE:** No.

Steven Calise

Subscribed and sworn to before me, on this the 13th day of June 2005.

Notary Public
My Commission expires 9-9-05.

37

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JOHN LOPEZ'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you seen video tapes of Norman Laurence(?)"

**RESPONSE:** No.

"2) Have you investigated how photographs of Norman Laurence were sent to Gretchen Nelson Silva?)"

**RESPONSE:** No.

"3) Have you investigated how a psychiatrich report pertaining to Norman Laurence was passed around High Security(?)"

**RESPONSE:** No.

"4) Have you seen a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"5) Have you listened to tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"6) Have you watched videotapes of Norman Laurence(?)"

**RESPONSE:** No.

"7) Did you authorize the maintence man to put a hidden camera in Norman Laurences cell when he lived in cell B.18(?)"

**RESPONSE:** No.

"8) Was there a video tape stolen that depicted Norman Laurence in his cell(?)"

**RESPONSE:** No.

"9) Was there a motion sensor in Norman Laurence's cell when he lived in cell B18(?)"

**RESPONSE:** No.

"10) Was there a hidden camera in Norman Laurences cell while he was on trial January 2000(?)"

**RESPONSE:** No.

John Lopez

Subscribed and sworn to before me, on this the 2nd day of June 2005.

Notary Public
My Commission expires 9-9-05.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT GARY BOULEY'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you told C/O North what Norman Laurence wrote on paper in his cell(?)"

**RESPONSE:** No.

"2) Have you told John Douglas what Norman Laurence wrote on paper in his cell(?)"

**RESPONSE:** No.

"3) Have you told C/O Leisa Wood that Norman Laurence gave her a A+(?)"

**RESPONSE:** No.

"4) Have you told Deputy Reynolds what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"5) Have you told the State police what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"6) Have you ever shown a member of the Attorney General's office what Norman Laurence wrote his attorney(?)"

**RESPONSE:** No.

"7) Have you ever shown the State police what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"8) Have you ever video taped Norman Laurence(?)"

**RESPONSE:** No.

"9) Have you watched Norman Laurence while he wrote in his cell(?)"

**RESPONSE:** No.

"10) Have you shown Deputy Reynolds video tapes of Norman Laurence(?)"

**RESPONSE:** No.

Gary Bouley

Gary Bouley

Subscribed and sworn to before me, on this the 10 day of June 2005.

Marcia Ann Croce

Notary Public
My Commission expires 9-9-05.

48

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT BILL BEGONES' RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you shown Leisa Amy Wood a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"2) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"3) Have you taped Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"4) Did you let Kevin Manning listen to a tape recording of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"5) Did you take video tapes of Norman Laurence out of the building(?)"

**RESPONSE:** No.

"6) Did Thomas Pierce see you removeing video tapes from the building(?)"

**RESPONSE:** No.

"7) Have you watched video tapes of Norman Laurence?)"

**RESPONSE:** No.

"8) Did you see naked photographs that depicted Norman Laurence in his cell(?)"

**RESPONSE:** No.

"9) Did you turn over video tapes of Norman Laurence to the State police(?)"

**RESPONSE:** No.

"10) Have you watched Norman Laurence on a security device(?)"

**RESPONSE:** No.

Bill Begones

Bill Begones

Subscribed and sworn to before me, on this the 1st day of June 2005.

Marcia Ann Arcs

Notary Public
My Commission expires 9-9-05.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT LOUIS RICCI'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Did you tell Audrey Elman that Norman Laurence's ex girlfriend Gretchen Nelson Silva has Aids(?)"

**RESPONSE:** No.

"2) Did you tell Audrey Elman that Norman Laurence was a child molester(?)"

**RESPONSE:** No.

"3) Have you ever asked Audrey Elman to wear a listening device on Norman Laurence(?)"

**RESPONSE:** No.

"4) Have you ever seen Norman Laurence's psychiatrich report(?)"

**RESPONSE:** No.

"5) Have you ever seen photographs that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"6) Have you ever watched video tapes that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"7) Was a video tape of Norman Laurence stolen(?)"

**RESPONSE:** No.

"8) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"9) Do you have tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"10) Has Norman Laurence asked you to put him in protective custody(?)"

**RESPONSE:** To the best of my recollection, no.

Louis Ricci

Subscribed and sworn to before me, this 30th day of May, 2005.

Notary Public
My Commission expires 9/9/05.

43

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JOE FORGUE'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"2) Have you listened to Norman Laurence talk to Audrey Elman by useing a listening device(?)"

**RESPONSE:** No.

"3) Do you have tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"4) Do you have a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"5) Have you seen a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"6) Did you show Leisa Amy Wood a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"7) Have you and Leisa Amy Wood watched Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"8) Have you and Leisa Amy Wood watached Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"9) Have you showed Leisa Amy Wood video tapes of Norman Laurence(?)"

**RESPONSE:** No.

"10) Have you gone to Norman Laurence's ex girlfriend Gretchen Silvas house(?)"

**RESPONSE:** No.

Joseph Forgue

Subscribed and sworn to before me, on this the 1st day of June 2005.

Notary Public
My Commission expires 9-9-05.