3 copys

Dear Honorable JudGe Hagopian 1/30/08
Michael Grant
MR Thomas palombo

RECEIVED
FEB 05 2008
Property of U.S. District Court
District of Rhode Island

WestLaw 91 A.L.R. 5Th 585 Leaves no doubt That The ACI Guards, and The special investigation unit S.I.U Have violated My Fourth Fifth and Sixth and Fourteenth amendment Federal constitutional Rights and That The ACI parties, Defendants have acted as instruments and agents of The state. D.O.C. Telephone system policy states all phone calls are Monitored except Those to attorneys, state police, and SIU. I Know This To Be False. now, My seIf Being Locked in my cell I Believe Gives me a Limited area of privacy For The purpose of doing LAW work, when I do LAW work I read cases MAKE notations And I write Briefs And while doing so Im watched By correctional offilers who hate me For several different reasons, most of Them have paid Female correctional officers For sex others had EXTRAMARITAL AFFAIRS For Free. They say There not gonna let me take houses, They cant afford punative damages although They can pay For sex. Mean while Im tormented By Electronic

video surveillance. with all due Respect Im not Being rude or crude Im stateing A Fact. Being tormented for years makes one Thick skinned. ITS A FACT Im watched when I write A letter. Im watched every second. As To All The crap Im To Be Treated Like Im in The IMH, is Hog wash. I have no Attorney Looking out For my rights Im all alone A pro-se PLAINTIFF and defendant And I'm positive That Society would recognize This as objectively Reasonable. The very people Im Accuseing of cheating on There wives, committing Acts of prostitution, Gambling, sending nude obscene photographs depicting me in B mod cell 18 To Gretchen Joan nelson Are Being Allowed To spy on me with camera sensors equipped with The means To video Tape me. Ive written hateful letters about 1500 To 2500 Times maybe more, They Allways knew every word even if I concealed it and displayed it for seconds Because There allways video Tapeing me. I would Then destroy Them

I Believe its objectively reasonable For me To do LAW work with out Being watched, what I Realy want To deter mine is it objectively Reasonable

For Gary Bouley Edward Gannon And Just about The whole Building To watch me sit on my Toilet And defecate? Is it objectively Reasonable To watch me and video Tape me For years masturbate with out my Knowledge? Is it objectively Reasonable To send a States witness nude obscene photographs of me. That my son seen? I dont Think its objectively Reasonable To Be subjected To This around The clock video surveillance and its not objectively Reasonable For defendants To ignore The Fact I served Each And Every One of Them with A civil claim Aknowledgement Form and waivers. There Being Allowed To drag This out while subjecting me To cruel And usual punishment! Im Being punished Because Im Fighting my conviction And Because I want To make public The Fact I was spied on during pretrial and Trial while A pro-se plaintiff. Gretchen Joan nelson A witness To The photographs has 2 strains of The Aids virus. I need To question her under oath But no one will let me.

IF The defendants conspired To commit Murder would it not Be Murder Because it will prove all my allegations That Most of The defendants with The Aid of There attorney Michael Grant conspired To commit perJury and Fraud. and That District attorney cindy soccio and commander Eric croce, Louis Ricci, Bill Begones and most defendants conspired To obstruct Justice. video surveillance is subjected To Fourth amendment requirements when its used To investigate people For alleged crimes. I may Be A convicted criminal But Im protected By The Federal constitution. Robert rigent v united states First circuit. Michael Grant an attorney conspired with his clients and others To obstruct Justice. He Aided an abetted his clients To commit Felonys and To violate my civil Rights.

cindy soccio Gretchen Joan nelson her husband Michael Grant. state police Lawyers. officers S.I.U have all seen nude obscene photographs depicting me in B module cell 18. Im A pro-se Defendant serving Life with out parole Being used For Entertainment, science studys! IF The defendants are not gonna Except service I need To know so I can

Make another 68.00 worth of copys I need to be given subpoenars and told where to send the civil suits! Im gonna close on this note. on 11/17/06 Ms Cindy Soccio told the Honorable Judge Fortunato Jr it was to soon to give me a deal. she needed time for memorys to fade! Im a high publicity convicted murderer my words. Hi profile! on May 20 2004 for a few days I was subjected to a character assassination. witnessed by my son. depending on whats story is true? the news, Radio and news paper accused me of all kinds of atrocitys. Ms Soccios psychiatric report was on channel 6 news. I got through her and the ACI correctional officers SIU ect tormenting me with the use of cameras, inmates and other means by seperating my self. I thought of civil war, pearl harbor, Indians! in 07 untill now, I think of the halocaust survivors. Forgive me if I mispelled it! with all this. And the ACI Guards non stop torment, and surveillance of Norman Laurence. Its extremely objectively Reasonable to believe if ACI Guards dont remember watching torturing and video taping me with my knowledge since 2003 and

With out My Knowledge Since 1998-9? That There Committing perJury. If There So Educated on My whole Life As well As all The Accusations, Rumors, and what not. How could any one not Remember watching me 8 Hrs Sometimes 16 Hrs A day and how can Every one not remember Talking about me Every day?

I come Highly recomended By Honorable Judge Fortunato JR As To My Court room Etiquette, Ive spent weeks and many days in court pretrial and Trial proceedings including a Family Court Trial with out incident. Ive spent Time In Front of Honorable Judge ~~ann~~ nettie vogel As well and The Supreme Court chief Justice and Supreme Court with out incidents, please dont Believe Ms cindy soccio and The special investiga tion unit. They have A Lot To hide A Lot of cameras, and The ACI Defendants Most of them Lieing under oath. SIU And These people have Been used To con vict people, Mr Douglas and Mr Trinadad were harassing me This morning Laugh ing at me, ITS OKAY IM use To iT All They did is smile and smirk. ITS Frivolous

Respectfully
Norman Lawrence

RECEIVED
FEB 05 2008
Property of U.S. District Court
District of Rhode Island

Dear Mrs Paulene J. Dube 1/31/08

Ive sent some motions to David A Dimarzio the Begining of Jan and a week in half ago. Motion to Amend A complaint. And then A restraining order. I also sent A waiver that I served A defendant a Mr dimezza. I Asked For A docket sheet, Also I served all the ACI defendants Back in sept and oct and one or two in Dec or nov. I have it written down! The Defendants Are way over the 60 days, Ive wrote Judge Hagopian and Asked him do I have to serve them through the marshals! Im Being Abused with cameras I need Court intervention can you please Give this to Judge Hagopian and send me A Docket sheet Thank you very much

Sincerly
Norman Lawrence

Turn to Back

# Superior Court of Rhode Island

Joseph F. Rodgers, Jr.
Presiding Justice

*Associate Justices:*
Alice Bridget Gibney
Robert D. Krause
Melanie Wilk Thunberg
Vincent A. Ragosta
Mark A. Pfeiffer
Patricia A. Hurst
Francis J. Darigan, Jr.
Judith Colenback Savage
Michael A. Silverstein
Stephen J. Fortunato, Jr.
Edward C. Clifton
Netti C. Vogel
O. Rogeriee Thompson
Gilbert V. Indeglia
Stephen P. Nugent
Edwin J. Gale
Susan E. McGuirl
Daniel A. Procaccini
Jeffrey A. Lanphear
Allen P. Rubine

November 16, 2006

Norman Lawrence
Inmate # 63325
High Security F-MOG, F-05
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Lawrence:

As you know, you have regularly been sending correspondence to me and also to my Clerk, Ms. DeCosta. These letters represent, in large part, your concerns about your treatment at the ACI. It is necessary for me to request that you do not direct correspondence to me or to my Clerk, but rather, if you have concerns that your rights are being violated, that you institute litigation, either on your own or with the assistance of an attorney. I want to add that your letters have always been unfailingly courteous to me and to Ms. DeCosta, just as your behavior in the Court has always been exemplary. However, the proper procedure for any concerns about your own individual incarceration or about prison conditions, or the alleged harassment or invasion of your privacy by any member of the correctional staff, is to bring a lawsuit against people you believe have violated your rights.

I know you are in a very difficult situation, but I hope that the holiday season brings you some contentment and peace.

Very truly yours,

Stephen J. Fortunato, Jr.
Associate Justice

SJF/gar