**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 07 - 081 ML**

**A.T. WALL**, et al.

**ORDER TO SHOW CAUSE**

Plaintiff Norman Laurence is hereby **ORDERED to SHOW CAUSE**, in writing, why this instant action should not be dismissed due to his failure to serve any named defendant within the time provided in Fed. R. Civ. P. 4(m).

Plaintiff shall comply with this Order within ten days.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 5 Feb 08