Dear Honorable Judge Hagopian 2/12/08

I WAS Tricked in To Believing My LAw work would Be copied and returned To Me This AFTernoon, I have These people so MAd They Fired The LAW CLerk, I seen Mr SousA AT 130pm he Told Me The papers did noT Look urgent To him I Explained your letter and 10 days From The 5Th He insisTed iT SAid The 8th, He will probably SAy he Looked AT SomeThing else, you ordered Me To Tell you in writing why This MATTer should noT Be dismissed And you Told Me To do so within 10 days. I respectFully request permission To Be allowed an extension due To The FACT I Asked Mr SousA For My LAw work BAck and he Told Me iT would Be Given To Me on Thursday, First he SAid ToMorrow and Then Thursday. He HAS My prooF THAT I served Every one! He could OF Given Me My Copys! There All Trying To Give Me A hard Time, I Believe CONSTANT Avoidance OF service shows There GuilT And ConTempT For The ~~Judicial~~ Judicial process, And Are Democratic society please Give Me A Few EXTRA DAYS unTill IM Allowed To MAiL iT. Thank you please wAiT. see 3 Exhibits

respectFully
norman Laurance Jr

Joe PALOMBO Brought me this AT ABOUT 830 2/12/08 And Took my LAW work For Judge HAGopian

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O SOUSA DATE: 2/9/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I need To send some Legal papers To Federal court and I Must do it within 10 days My Library day is not until 2/14/08 That will Be To Late can The Law clerk pick up copys For me on 2/12/08 and return The copys To me on 2/12/08 so I can have it mailed

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

I wrote myself To The court on 2/13/08 Thank you!

On 2/12/08 Law Clerk Joe PALOMBO came and Took My LAW work and said he would Bring it BACK This Afternoon. Mr Sousa Fired him and Told me The Judges letter was dated FeB 8, not The 5th And THAT IT dont Look That important.

4PM My self 2/12/08

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT [illegible]OSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

**S - 10**

While AT Metal Detecter Mr Renshaw went Directly TO My Aunts Xmas Card I wrote This 5PM 2/12/08

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O Renshaw DATE: 2/12/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I'm putting a Legal Folders In The print Shop That contain Legal work and Exhibits That pertain To My Criminal appeal + Exhibits To other Cases I'm now removing other Legal work so I can Locate Legal

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK-RELEASE

work needed For Federal Court. Can I Come Back next week To Exchange Legal work Again As I have 3 Cases. There's

WING OR DETAIL OFFICER'S COMMENTS: VAC'D.

Exhibit

OFFICER'S SIGNATURE C. R. Renshaw

**Disposition of Case**

RESPONSE: INMATE LAURENCE WAS GIVEN ACCESS TO HIS LEGAL WORK ON 12 FEB 08 + WAS ALLOWED TO EXCHANGE WORK FOR WHAT HE NEEDED.

SIGNATURE C/O R. Renshaw TITLE C.O. DATE 12 FEB 08

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

Exhibits

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

EXhibit 4

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O Simpson DATE: 2/7/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) On Sept 16 07 a Sunday I placed 9 white Envelopes Addressed To High security correctional officers on The C Module window sill Above The mail Box These white Envelopes had civil suits stuffed in Them. On This day you Took Them out Front.

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: C3

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

Today is Febuary 7, 08. Is it True you told me you remember Bringing several Envelopes out Front and placeing Them on Captain Anderson's Desk. Thank you

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: Yes I did but ? on exact date

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10