United States District Court
For The district OF Rhode Island

Norman Laurence JR

V CA No. 07-081 ML

A.T. WALL II ET AL 48 Exhibits
T.D.C.U.O.W. E.A.J. A.D.L.O.R.V.E. C/o Sousa still has 15
I.T.I.A.S.S.O.A.T.C.I.F. O.L.C.A.W.O.A.E. under his control
T.D.A.U.C.O.A.M.L.C.W.

OFFER OF proof To Honorable Judge HaGopian

on Sept 13, 07 I WAS ABLE TO TAKE Advantage
OF A SiTuaTion and ran OFF 38 copys OF The
above civil CLAIM And I Accumulated a 68.00
dollar copy Bill. See Exhibit A Had I not done
that Id still Be waiting To serve The defen
dants. on Sept 13, 07 on The 3-11 shift A p.c.
porter Asked Mr CLAUSE permission To Take
12 Legal yellow envelopes From me and
place Them in The vicinity of The A Dont Have yet
Module Mail Box See Exhibit B. on The
Morning OF Sept 14, 07 The 12 civil suits
were picked up. Then while out side on
recreation I OBserved c/o Dauray pass By
The window holding A open yellow Legal
Envelope and The civil CLAIM, I Aver He
was preTending To Look dumbfounded
and went To A Control center. see Exhibit C

I WAS Then Moved To C Module, and on SepT 16, 07 I placed 9 civil suits That were stuffed in 9 white Envelopes on Top of The C Mod window sill Addressed To Defendants. I dropped each Envelope on My Floor real hard There was no way For The contents To Fall out and Get Lost. An hour Later Mr Simpson Explained That he Took Them out Front. see Exhibit 1. I had not Known Id Be able To OBTain So Many Copys So I WAS not prepared with Envelopes. on 9/15/07 9/16/07 9/17/07 9/19/07 I Asked For Envelopes see Exhibits 4,5,6,7 on 9/20/07 I served c/o renshaw and Mr Lopez. see Exhibit 8 on 9/23,07 I asked For yellow Legal Envelopes To serve defendants with civil claims. see Exhibit 9 and Exhibit 10. I Then Served Eric croce Mr Gadsden, warden weeden, Mr Belisle and Joseph Forgue. see Exhibit 11 and LT. doyle. c/o Mellucci and Audrey Elman see Exhibit 21 CALENDA 10/14/07 I served AL Benzio Dimezza on or near 10/24/07 I Forgot To include A white envelope, sheriff Missy Fiorentino Sighned and excepted service For Mr Dimezza and Mailed Me The notice OF LAW suit and The request For waiver OF service OF Summons see Exhibit ______

I Then MAiled you A one page Letter with Both Forms, copys, A Few weeks after I received Them. The Docket sheet does not show an Entry. I used A postage stamp. MS Fiorentino is a perfect Example of how easy it is To Except service and send a waiver, I served MS cindy Soccio on Dec 6 2007 see Exhibits ____ And calendA # 25 2/12/07. In All Fairness I M pretty sure I did not include a self Addressed Envelope with MS Soccios LAW SuiT. But with all due Respect if MS Fiorentino can use A STATE Envelope and stamp, should I not I ASK The Same of MS Soccio. If not Ill ASK To Amend and Ill serve her AGAin. Id Be BanGing down The door To defend my character. I sent you A copy of A Letter I MAiled MS PATRICA coyne Fague Mr GranTS Boss Inquiring about service They IGnored me. The copy WAS DocKeTed on 1/8/08. Ive Enclosed A sheet of paper a List of Every named defendant That I served. See Exhibit ____ This is A Tiny Building I could WAlK From This Mod To The Library in 30 seconds 40 seconds To A and B another 40 seconds To F and E and To The MAiL Boxes ALL The defendants had To do is PUT The

WAiver in The C Module MAil Box its A 40 second WALK From There To here. Since 2004 Michael Grant and his codeFendants have Tried every Trick in The Book To Keep Me From Going To court. Even Though Ive Been ABused and Been SubJected To I AVer A LOT OF iLLigal ACTiviTy Ive remained composed and reLentLessLy SouGhT court interVention which is why This LAW Suit should not Be dismissed To do So would Be To reward The deFendants For There unproFessional and I Aver criminal ACTiviTy. On 2/11/08 a Mr douGLas interFered with me OBTaining My Exhibits By Telling Mr pierce I was BroughT To The print Shop Last week, Knowing I did not receive your order until AFTer I went To The print Shop. and Then Mr Sousa The library OFFicer intentionaly Tied up My Law work, I Asked ThAT My Legal work Be picked up and returned To me That day. AFTer iT was picked up The Law clerk was Fired and Mr Sousa Told me iT did not Look To important and he said My assertion That I had 10 days From Feb 5,08 was wrong iT Said The 8Th not The 5Th. I dont have The Time To Aver his EXacT words, There now sAying some of My EXhibits are Forged with all due respect I ASK This

Honorable court To Grant This motion and To Direct Michael Grant and his co-defendants To Give me an answere or That I Be allowed To have Them served By The U.S. Marshals office. The defendants Know I'm a paranoid Schizophrenic which is another reason I was stopped from Getting My Legal work on 2/11/08 and stopped from Getting My LAW work copied. Mr Sousa had The Means and oppurtunity and The LiBray is 30 seconds away. They had hoped I would Just send A letter and said The heck with The Exhibits. They Took your order To Tell you in writing To Mean. To send A letter. They Try To control My Freedom of Thought

Where Fore I pray This Motion Will Be Granted I'm Sorry For Rambling

Respectfully

Norman Lawrence Jr

2/14/08

7-8 AM

2.85 copys

2/14/08 c/o SOUSA ABSENT HAS MY LEGAL Exhibits under his control no one has key. My LeGAL work For Judge HAGopian is Being held Hostage c/o CALise on duty Library post

Inmate Hareld is copying This, he was here on 2/12/08 15 Feet From Me he could of copied This on 2/12/08.

To many witnesses 2/14/08

MS Dube

~~Im holding original calenda in case of foul play.~~

While in the Library Today I Believe Some officers made Fabrications Because I had this calenda. Mr Brouilette was peeking From the G corridor doorway Mr Duarte and Ms Wood came By neither looked at me But that dont matter. A Mr Tierny sat out in the hallway and steered at me try ing to harass me, thats all they do is abuse me. on the motion to the Judge is 4 codes of single Alphabet. all 4 codes mean something very important. Im subjected to 24 hr surveilance By Electronic camera sensors that watch my every word its the only way I can store information. Thank you for the Docket sheet its a pleasure to deal with people who have Integrity. The Docket sheet shows integrity, it does not show missy Fiorentinos waiver for Mr Dimezza I take that to mean yous did not get it thank you

Sincerly

Norman Lawrence [signature]

Dear Honorable JudGe HAGopian 2/14/08

Enclosed is why This civil suit should not Be dismissed. Mr SOUSA Still has The Important Stuff, He did not come in Today. Because hes MAd, And he has my 15 legal papers and Exhibits locked up. I was paranoid schizophrenic This Morning over This, and c/o Douglas was laughing At me And others, its another Law Suit, There Actions Are Intentional Mr douglas interfered in me Getting My legal papers, what happen is on 2/5/08 I heard on The channel 6 news That A Family Released The cause of Death pertaining To A Murdered police officer They said Detectives Grimes not sure of his name That he was Found slumped over The Front seat of his car 11 years ago, And That The Family is hireing A private detective, and That he died of a Broken Kneck, your Honor when I lived in C Module 2003-2004 I wrote Authoritys and A Bunch of people Telling Them That I heard officer John douglas say how this police man was Found pushed over on The seat with A Broken Kneck he said The police Thought he was secretely GAy he said iT was AUGUST

OF 1998 and They Thought I did iT no.
After hearing The news I wroTe Judge
rubine A letter ABouT iT, They seen me
with The CAmerAs And There reTAliATing.
Mr pierce WAS GonnA TAke me To GeT my
Exhibits unTill Mr DOUGLAS STopped IT.
Then when I GoT To GeT Them on 2/12/08
Mr SousA would noT Give me my ~~copys~~
~~Back and~~ leGAL work BAck. he SAid I
Fired The LAW clerk, I SAid can I have
My pApers BAck? He SAid no you CAn
GeT iT ~~on~~ on Thursday. His porTer
WAS There. TodAy Mr SousA WAS noT
here. So the C/O CALise had The
porTer HAreld copy This. we could of
had The porTer do ThAT on 2/12/08.
my leGAL work is Locked up. By Mr
SousA. iTs clear Proof of There LAck
OF RespecT For Are Judicial process

My mother CAme To see me
Today she Told me The visiTors were
Realy nice To her. she hAd To leave
early. They mAde her sTAnd AT The
door and WAiT, 2 inmATes GoT up and
TerminATed There visiT, There wiFe + mom
Followed my mom ouT. oh priceless

OFFicers CAME TO STrip US C/O PAUL leduc
was pale he was Grey and his eyes
were very AnGry! Then C/o Howard
CAME TO C CONTROL. you could see The
Fear And Guilt your Honor, MOST
OF These inmates Are witnesses
TO The OFFicers Abusing me and
discussing watching me Tapeing
me. and your Honor They seen me
send out all The envelopes
with The civil suits. IM Telling
The Truth. Representing my self in
A 3 week Murder Trial in Front OF
Honorable Judge ForTUNATO Jr
with Cindy soccio as my Adversary
Gave me a Love For Law and respect
For The Judicial process I have
~~integrity~~, integrity

The special investigation
unit will come to court And make
all Kinds OF FABricATIONS ABOUT
my Exhibits. To Try and Turn you
AGAINST me! ASK Them why They
ABuse me with CAMERAS? My Exhibits
Are AuThentic, why were The Guards so scared

why did one inmate terminate his visit with his mom and the other terminate his visit with his ~~mom~~ wife, the c/o said whats going on? Heck if I know! It made my day. That was a sighn of respect that guy sees his wife the whole visit I begged and crawled asking for p.c. protective custody. The state, A.C.I Attorney General office in stead torchured me more, Ive been abused and victimized for a long long time! The A.C.I and Ms Soccio have ~~posioned~~ poisoned the courts mind with Im a serial killer crap. I tried to get some law on hypnosis. I asked a law clerk does these cases pertain to hypnosis? If so send them! I asked Jean Maria she told me they dont she must have been confused. Judge I got Bums v reed. cite 111 S.Ct 1934 1991 its about hypnosis. I have not read it yet Ive offered hundreds of times put me under. My mind and conchanie is all yours! no ones banging on my door you cant use it in court but they will know Im telling the truth. Judge

I want you to know what ~~you~~ your dealing with, Judge this is a lot of Exhibits but its Evidence. This morning I copied this calenda. it shows me mailing my civil suits sep 14 and 16 07 sept 25 07 sept 26 07 oct 3rd 4th 07 oct 5th 07 oct 11 07 I served Ms Soccio December 6 07 its all on the calenda,

The calenda the Religious pictures I was torchured with them no matter what I did the M.C.C and guards tormented me said I was masturbating to babys, I dont do that stuff! Im not a pettifile or child molester and there conduct proves it! its very traumatizing to be repeatedly treated like this and to be associated with this class of people.

respectfully

Norman [signature] Jr

2/14/08

RECEIVED

FEB 20 2008

Property of U.S. District Court
District of Rhode Island