Exhibit 1

RECEIVED
FEB 20 2008
Property of U.S. District Court
District of Rhode Island

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O Simpson DATE: 2/7/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) On Sept 16 07 A Sunday I placed 9 white Envelopes Addressed To High security correctional officers on The C Module window sill Above The Mail Box These white Envelopes had civil suits stuffed in Them. On This day you Took Them out Front.

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C 3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

Today is Febuary 7, 08. Is it True you Told me you remember Bringing several Envelopes out Front and placeing Them on Captain Andersons Desk. Thank you

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Yes I did but ? on exact date

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10

Joe PALOMBO BrougHT me This At ABOUT 830 2/12/08 And Took my LAW work For Judge HAGopian

Exhibit 2

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O SOUSA DATE: 2/9/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I need To send Some Legal papers To Federal court and I must do it within 10 days My Library day is not until 2/14/08 That will Be To Late can the Law clerk pick up copys For me on 2/12/08 and return The copys To me on 2/12/08 So I can have it mailed

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

I wrote myself To The court on 2/13/08 Thank you!

4PM my self 2/12/08 On 2/12/08 Law Clerk Joe PALOMBO CAME and Took My LAW work and Said he would Bring it BACK This AFternoon. Mr Sousa Fired him And Told me The Judges letter was dated FeB. 8. not The 5th And That it dont Look That important

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

**S - 10**

While At Metal Detector Mr Renshaw went Directly To My Aunts XMAS Card I wrote

Exhib: 5PM 2/12/08

R.I. Dept. Of Corrections

**REQUEST FORM**

Exhibit 3

TO: C/O Renshaw DATE: 2/12/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) IM putting 2 Legal Folders In The print Shop That contain Legal work And Exhibits That pertain To My criminal appeal + Exhibits To other cases IM now removing other Legal work so I can locate Legal

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: C3

H.S.C.______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

work needed For Federal court. Can I come Back next week To Exchange Legal work again As I have 3 cases. Theres ~~3~~

WING OR DETAIL OFFICER'S COMMENTS: VACID.

Exhibit 3

OFFICER'S SIGNATURE G. R. Renshaw

**Disposition of Case**

RESPONSE: Inmate Laurence was given access to his legal work on 12 Feb 08 + was allowed to exchange work for what he needed.

SIGNATURE G.R. Renshaw TITLE C.O. DATE 12 FEB 08

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 4

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lt. Doyle [illegible] DATE: 9/15

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible] I have [illegible] yellow legal envelopes [illegible] pad of writing paper [illegible] and 10 white envelopes [illegible] the [illegible] envelopes [illegible]

INMATE NAME [illegible] I.D.# 63545

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

[illegible] envelopes [illegible] stamps paper [illegible]

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 5

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: [illegible] DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) C/O Simpson Took

[illegible]

[illegible] MO [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: [illegible]

H.S.C.______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

[illegible]

[illegible]

[illegible] week [illegible] I did not get [illegible] order

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [illegible]

**Disposition of Case**

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10

Exhibit 6

R.I. Dept. Of Corrections

## REQUEST FORM

TO: [illegible] DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: [illegible]

H.S.C.______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10

Exhibit 7

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: ______ DATE: ______

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) yesterday
said you are waiting on mi Grant with All
your CAn
have A norm
you Give inmates

INMATE NAME ______ I.D.# ______

WORK ASSIGNMENT: ______ CELL NUMBER: ______

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

**S - 10**

Exhibit 8

R.I. Dept. Of Corrections

# REQUEST FORM

TO: LT Doyle DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ____ CELL NUMBER: C 3

H.S.C. ____ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ____

OFFICER'S SIGNATURE [illegible]

## Disposition of Case

RESPONSE: ____

SIGNATURE ____ TITLE ____ DATE ____

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10

Exhibit 9

Came 9/28 Howard + Simpson notorized

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT Doyle DATE: 9/22/05

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I need some legal documents signed before I can send my mail to the courts and can I please have 2 yellow legal envelopes to send exhibits to court and to Craft, and I'm still waiting on yellow envelopes

INMATE NAME Michael Chanone I.D.# 63375

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

To serve defendants are you still waiting to hear from Michael Craft

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

**S - 10**

Exhibit 1[illegible]

R.I. Dept. Of Corrections

## REQUEST FORM

TO: LT. Doyle DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

[illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: C3

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

**REQUEST**

WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

**RESPONSE**

WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

**S - 10**

Exhibit 11

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: c/o [illegible] DATE: 9/25/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Lt Doyle sir [illegible] I have a letter to Thomas Palumbo [illegible] Supreme Court [illegible] postage [illegible] envelopes [illegible] interdepartmental mail [illegible] letter to [illegible] is interdepartmental mail. I [illegible] in the mail box

INMATE NAME [illegible] I.D.# 23525

WORK ASSIGNMENT: CELL NUMBER: 23

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

with a money transfer. Did you mail [illegible] and Mr Joe Forge 2 white envelopes I've had problems in the past

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

[illegible]

Exhibit 12

R.I. Dept. Of Corrections

## REQUEST FORM

TO: [illegible] DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: ______

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

ExhibiT 13

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: CAPTAIN Headen DATE: 9/29/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) could you please give me A couple yellow Legal envelopes And A couple white envelopes. I need TO send Michael Grant some exhibits And I need TO send out legal MAIL. I'm 1.50 in The hole I have no money And have not GOT a store order in 3 or

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER:

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

4 weeks. if you cant. no Big deal BuT I realy WANT TO GET All This paper From my cell can you send me some envelopes.

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Two legal envelopes and two whites

SIGNATURE [signature] TITLE Capt DATE 10/2/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit KAplan signed

Exhibit 14

R.I. Dept. Of Corrections

## REQUEST FORM

TO: [illegible] DATE: 7/27/[illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: [illegible]

H.S.C.______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

## Disposition of Case

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Kaplan signed

Exhibit 15

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: [illegible] DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: [illegible]

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

[illegible]

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

no c/o Signn

Exhibit 16

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: [illegible] DATE: [illegible]

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) [illegible] ... in 3 or 4 weeks I have no paper no envelopes [illegible]

INMATE NAME [illegible] I.D.# [illegible]

WORK ASSIGNMENT: ______ CELL NUMBER: [illegible]

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

no envelopes. LT Doyle said he is [illegible] ... [illegible] ... c/o Kaplan

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 17

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: [illegible] DATE: 10/4/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Can you please place these waivers in everyones Boxes please Theres is when I send them I did not Fill out The second Form

Can I have The Amount

INMATE NAME [illegible] I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

The person who weighs my Mail. He has over charged me I was charged 2.84 For an appeal and 4.60 For The same appeal to court Thats all most 2.00

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 18

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT Doyle DATE: 10/6/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) A yellow Legal envelope was returned to me from Grants office containing Exhibits Because I Addressed it to Mr Palombo, I need A yellow Legal envellope To send it Back out. And I still have 5 Law suits to send to defendants so can I please have

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

5 6 yellow Legal envelopes. Last week you did not Give me no white envelopes can I have some please. I Also had a white envelope returned to me That I Addressed to Mr Palombo that was talked about.

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10

Exhibit 19
Kaplan

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: C/O Gilbault DATE: 12/10/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Can you please see that Lt Avila gets this last year he worked second shift and there's a civil claim for Lt Getter and C/O [illegible] Manning a yellow envelope for Michael Grant with a civil suit for Michael Reynolds as well as two letters to

INMATE NAME Norman Wallace I.D.# 38 635 5

WORK ASSIGNMENT: CELL NUMBER: C 5

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

the attorney general office with a money transfer slip there's also a white envelope addressed to Judge [illegible] with a money transfer I'm [illegible] the had $53.00 I have no money

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
| --- | --- | --- | --- |
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10