# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V CA.No.07-081 ML

AShbeLL T WALL II ET AL

# PLAINTIFF OBJECTS TO THE DISMISSAL

Norman Laurence The pro-se plaintiff in This Above Matter served all named defendants with a copy of The civil claim interdepartmental Mail he Enclosed The proper notice of Law suit and request For waiver and a waiver For The party As well He notified all defendants That They shall place The waivers in The C Module Mail Box. Plaintiff Ran up a 68.00 copy Bill, he was Given The notice of Law suit and waivers AT no cost. He ran up Addition al copys and he believes The court sent him A copy of The Law suit when it was Granted on or near 9/6/07 With all due respect plaintiff

has members of the special investigation unit under oath lieing about cameras, video tapes and photographs as well as Mr A.T. Wall and has provided the court with copys of said interrogatories, The ACI defendants are desperately trying to conceal that I was victimized by video and electronic surveillance, Honorable Judge Hagopian sent me an order to respond within 10 days in writing why my law suit should not be dismissed for failure to serve the defendants. I sent proof of a 68.00 copy bill, corroborration that I served defendants interdepartmental mail, I was not able to send a notice of law suit and a waiver that was sent to me by a deputy sherrif who excepted service for a Mr Dimezza who waived service of process. or other exhibits that prove I served the defendants with the law suit because c/o Sousa has my 15 exhibits locked up and he again did not come to work on my library day so again I'm not able to send the court the proper proof that I served the defendants. I aver that all defendants had notice of the law suit, I ask that I be allowed to have all defendants served by the U.S. Marshals office as the defendants have been resisting service and the Judicial process, or I ask that I be allowed to serve them with a new law

Suit By The U.S. Marshals office due To There conduct of not waiving service of process. The defendants Are psychologically ABusing me with Electronic Surveillance. If your Honor will Look AT Exhibits 1,2,3, you will see copy Bills and one For 68.00. on Sept 13,07 A inmate placed 12 yellow Legal envelopes near The Mail Box on The Table Addressed To 12 defendants with The proper Forms. I was not charged For copying The Forms. see Exhibit 4 The List of names on Sept 14,07 I seen c/o Dauray with The Law Suit, an envelope Exhibit 6. On September 16,07 I placed 9 Law Suits stuffed in 9 envelopes To 9 defendants. c/o Simpson delivered Them. and he corroborrates it see Exhibit 7. on 9/27/07 a c/o Mariorenzi By his Behavoir confirmed he recived his Law Suit Exhibit 8. on 11/7/07 I received A notice of Law Suit Exhibit 9 and a waiver of summons Exhibit 10 sighned By a Deputy Sheriff Missy Fiorentino of providence County who excepted service For defendant Albenzio Dimezza. your Honor Exhibit 9 and 10 corroborrate I served all defendants with The proper Forms. Exhibits 1,2, and 3 corroborrate That I copied and served all defendants. Exhibits 5,6,7,8 prove I served 21 defendants Exhibits 9,10, prove 22 defendants.

IF your honor Will Look AT The EXhibiTS 1 Threw 19 The request Forms you will see A paper Trail oF Me requesting Envelopes Exhibit 8 Thats all ready in Evidence shows I served c/o renshaw The Brother and Mr Lopez EXhibiT 11 proves I served Mr GAdsden Mr weeden Mr Belisle Mr Forgue. EXhibiT 19 proves I served LT Getter Mr manning Michael reynolds. My docket sheet #24 Letter To Judge hAgopian. Letter TO MS Coyne-Fague Lists All The defendants That I served and The dates. The calenda That should Be in evidence EXhibits 1 Threw 28, coincide with The Letter I wrote MS patricia coyne Fague. I MAiled EXhibits To Honorable Judge hagopian on 2/13/08 Asking For More Time because The Library c/o WAS still in possession OF My PApers. Then on 2/15/08 I sent Judge hagopian approximately 47 EXhibits ThAT show I served defendants. IF your Honor will view all The Evidence And EXhibits you will see overwhelming Evidence ThAT All defendants were served including Mr Eric croce and MS cindy Soccio see EXhibit 11, receipt oF postage 12/5/07 I FAiled To Enclose A Envelope But its still no EXpense To her self. The most important Thing I need To convince The court is That The STATUTE OF LimiTATions is still VAlid AsThe

LAW SUIT Begins 8/27/04 The LAW SUIT WAS Filed I Believe 3/20/07, IF IM MADE TO reFile The LAW SUIT I cite AYALA SErrano V COLLAZO Torres cite 650 F. Supp 722 at paragraph 5 Given Le brons presence at The Scene of The assault and his active role in subsequent investigation of The incident, it is highly unlikely That none of his co-workers or supervisors advised him of plaintiffs suit. on The contrary, we believe it More probable That his Litigation was common Knowledge at The prison.

your Honor IM SubJected To Around The clock Electronic Surveillance since 1998 I can prove They WATCH me write and what I write while doing LAW work They Actually WATCH Me write The Allegations After They happen and Then write There reports, everyone had notice on and After 8/27/04 and exspecially c/o James Henry because I was in his Block. When I write A note on my CALenda or on A paper. The Main control center reports it what They see with The camera There reason, its For The officers SAFETY. with All due respect Judge I ASK That The LAW SUIT remain VALid And in control and That They waive service By A Marshal or that A Marshal serve Them AGAIN

The witness Gretchen nelson has Two Strains OF The HIV virus, I dont Know how much Longer she will Be Alive or That she is Still Alive. LAST year The officers were celibrating saying That she shot her self in The head, I dont Know if its True. I do Know That she received A settlement as well As her husband and My son Because all were present when she opened The Envelope That contain ed, nude OBScene Still shots That depicted me in cell B18 High security Some wheres in The Time Frame OF 1998-2001 This was concealed From me

IF your gonna dismiss The Law suit, I respectfully ASK That I Be allow ed To Appeal iT. and while The Appeal is pending That I Be Allowed To File A new LAW Suit within The STATUTE OF Limitations From April or MAY 05. I need To question MS nelson under oath and give The defendants The oppurtunity AS well. and I need To Ex plain That MS nelson received The photos in 2001. The still shots were deve Loped From several different video Tapes. I Believe The video TApes are From different Time periods pre-2001. The department OF Corrections

concealed This and The cameras From me in Grievance Forms and other documents and Then under oath in interrogatories. I put some of them in to evidence Docket #25 1/22/08 1/23/08 its A concealed cause of Action By I Aver means of Fraud and perJury. on or near May 4 07, Mr Grant Acknowledged receipt of #07-66 ML But not #07-081 ML see Exhibit A1. on March 20, 07 Honorable JudGe Hagopian denied my Motion For a court order To copy my Law suit see Exhibit A2. on 30 April 07 The JudGe Denied My request For A court order To Be Allowed To copy # 07-081 ML. See Exhibit A3 And A4. on May 15 07 Deputy collins Authorized me 3 copys of My Law suit see Exhibit A5 And on May 31 07. Exhibit A6. My Law suits were later dismissed due To A rule 8 violation For which I concurred. IF your honor will please Look at Exhibits A1 Threw A 33 your Honor will see I did everything possible To serve defendants Begining Jan 07. and on July 13 07 Exhibit A 34 The JudGe again denied me A court order. I Asked To Be allowed To use my Frozen account For copys? denied! At The prison The Exhibits A1 Threw A 34 Show The defendants

denied me the means to serve them and with all due respect when the amended claim was granted I served all partys and the Exhibits prove it. My 15 Exhibits were re turned to me on 2/28/08 most importantly the notice and waiver that proved I served Albenzio Dimezza. I mailed a copy of the notice and waiver to Honorable Judge Hagopian with a letter explaining the defendants had not acknowledged service and I asked him to ask Michael Grant to except service threw interdepart mental mail or that I be allowed to have the Marshal serve them. My Docket does not show an entry for November or December. I used a postage stamp and I suspect foul play. I with all due respect Judge ask that you tell Mr Grant to ex cept service. or that I be allowed to serve him by the Marshal and that he and the defendants pay for the cost. The Library offi cer had Albenzio's Dimezza's waiver from 2/12/08 untill 2/28/08 17 days. Am I wrong or doesent that one waiver keep my civil claim alive? Thank you!

Wherefore I pray this motion will be Granted

Respectfully
Submitted
Norman Lawrence Jr