Im gonna write you again. They steal my mail

Honorable Judge Hagopian 3/4/08

With all due respect did you have a conference with Michael Grant and Bill Begones? Did you tell them there not suppose to search my cell with out me present unless its an emergency! and did you tell them I have a claim

Yous dont know what its like to be a schitzophrenic and tortured with electronic surveillance, a psychiatric report and a laundry list of fabricated allegations + told your son is dead alive dead.

Im pretty worn down with this c/o dennett and others trying to intimadate me and they have accused me of molesting my son like a 1000 times.

If they violate my rights with the cell search they violate all inmates just like the electronic surveillance

Im as we speak filing a class action on behalf of all inmates, oh I cant stand the inmates but its the principle the law is not suppose to discriminate.

Its my assertion Mr Grant Begones and Ms Soccio are criminals and I intend to prove it. These interrogatories are proof they all laughed at me last Thurs said I diddled my son on 2/27/08

They can put a muzzle on me chain me and keep on vandalizing my lawwork like they did again today they wont stop me from telling all I know and going to the Federal supreme curt. with all due respect sir I dont like Being Tortured an as for sending me out of state let them send all the other inmates out of state too let them laugh at that.

They had me Homicidal the other night? Homicidal! Im Better now stable not a threat to my self or others.

Ive never hurt my son in any way shape or form; I Killed to protect my son, Because no one Believed me I told every one authoritys His mom was prosti tuting her self in his presence They told me I was delusional committed me, shes dieing of Aids now or dead from suicide depending on who you Believe, and then this nightmare Ive picked up some knew allegations as of 2/22/07 one abut a deceased policeman and a confession and the other abut a letter I was writing on 2/26/07 to Thomas Palumbo.

FILED
2008 MAR 10 P 1:59
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

with all due respect
Norman Laurence

Ive mailed a objection and abut 64 exhibits to Fed curt.