UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

v. CA 07-081 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on February 26, 2008. The Court finds that Plaintiff has been sent forms and instructions to effectuate service on Defendants. Plaintiff has not shown cause as to why this lawsuit should not be dismissed.

Accordingly, this Court adopts the Report and Recommendation and dismisses this lawsuit without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 10, 2008