# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**NORMAN LAURENCE**

**Vs.** **C.A. NO. 07-81ML**

**A.T. WALL, et als**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants against the plaintiff pursuant to the Order dated March 10, 2008 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian DISMISSING the complaint without prejudice.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: March 11, 2008