6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

CA NO 07-81 ML

VS

A.T WALL, ET AL

NOTICE OF APPEAL

I Norman Laurence JR The plaintiff in This Above Matter respectfully Appeal The Judgement By Honorable Chief United States District Judge MS Mary M Lisi That was So ordered on March 10 2008 and Entered March 11 2008 By Deputy clerk BARBARA Bouletta and I will File an appeal with The Appellate court where Fore I pray This will Be docketed

Respectfully Submitted
Norman Laurence Jr

handwritten copy sent To Honorable Judge Lisi and To Michael Grant on 3/15/08

UNITED STATES DISTRICT COURT
For The DISTRICT OF Rhode Island
Supreme Court

Norman Laurence

VS CA NO 07-81 ML

A.T. WALL ET AL

# Appeal

Now comes The plaintiff in this above Matter and Appeals The decision of Honorable chief united STATES DISTRICT JUDGE Mary M Lisi on march 10, 2008, IM A pro-SE MenTaly ILL prisoner Being subjected To cruel and unusual Living conditions By The use of ELECTRONIC Surveillance

on or near 3/2/07 I Filed A civil complaint Then on 4/17/07 I Filed another complaint. one was 116 pges The other was 80, After The defendants would not let me serve the defendants I Requested A court order and that was denied. IT was Then dismissed on 6/27/07. I was allowed To File an amended complaint and it was Finaly Granted on 9/4/07. I received a copy I Then made 38 copys For 68.00 I Enclosed the copy Bill Exhibit I Then obtained 42 waivers

and notice's and served 21 people See Exhibit 4, I Then OBTAined 15 more waivers cause defendants complained I Filled one out wrong I Then OB TAined 40 more waivers and ser ved 22 Threw 39, I served Mr Dime-zza and cindy Soccio LAST, IF The court will Look AT ALBenzio Di Mezzas waiver Thats in Evidence you will see AT The Top OF PG The number 40 which means 40 copys. at The Bottom its sighned By Deputy Sheriff Missy Fiorentino 11/2/07 with All due respect These

Enclosed 3 Exhibits should prove That I Effected service on all named defendants Im Being Abused with Electronic Surveillance Im watched every second They watched me serve each defendant properly Im a paranoid schizo prenic I checked each envelope at least Twice. Before placing them on The mail Box The Exhibits in Evidence show a paper Trail where fore I pray for Relief 3/18/08

Respectfully
Norman Lawrence Jr