UNITED STATES DISTRICT COURT
For The DISTRICT OF Rhode ISLand
Supreme COURT

norman Laurence

v CA no07-081ML

A.T. WALL, eTal

MoTion To waive Filing Fees

I norman Laurence The plaintiff in The Above matter move this Honorable court To waive Filing Fees AS I'm incarcerated and I own no property.

Where Fore I pray This motion will Be Granted

Respect Fully
Submitted
Norman Laurence Jr

FILED