UNITED STATES DISTRICT COURT
For The District of Rhode Island
Supreme Court

norman Laurence

v CA no 07-081ML

A.T. WALL, eT al

RECEIVED
MAR 21 2008
Property of U.S. District Court
District of Rhode Island

Motion To waive Filing Fees

I norman Laurence The plaintiff in The Above matter move This Honorable court To waive Filing Fees AS I'M incarcerated and I own no property.

Where Fore I pray This motion will Be Granted

Respectfully Submitted
Norman Laurence Jr

Granted
Mary M. Lisi
USDJ
3/24/08

36