UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.                                                          CA 07-081 ML

ASHBEL T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection (Docket #46) to a Report and Recommendation (Docket #45) issued by Magistrate Judge Almond on May 18, 2011. The Court has reviewed the Report and Recommendation, Plaintiff's objection, and the history of the many lawsuits filed by this inmate as described in the Report and Recommendation by Magistrate Judge Almond. The Court finds no merit in Plaintiff's Objection. The Court also finds that the Report and Recommendation accurately describes the deficiencies in Plaintiff's Complaint. Further, the Court finds that Plaintiff, having now filed five separate actions, all involving the same or similar complaints, has now qualified for treatment pursuant to 28 U.S. C. § 1915(g).

Accordingly, the Court adopts the Report and Recommendation in its entirety. The Complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). This dismissal shall constitute the "third strike" for purposes of 28 U.S. C. § 1915(g).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June 8 , 2011