UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.                                              C.A. 07-081 ML

ASHBEL T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 30, 2011. Plaintiff has not filed an objection and the time for doing so has long passed. The Court, therefore, adopts the Report and Recommendation. Plaintiff's Motion for Leave to Appeal In Forma Pauperis is DENIED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
August 23, 2011